JOHN B. BULGOZDY (Cal. Bar No. 219897)
Email:  bulgozdyj@sec.gov
MANUEL VAZQUEZ (Cal. Bar No. 295576)
Email:  vazquezm@sec.gov
MATTHEW T. MONTGOMERY (Cal. Bar No. 260149)
Email:  montgomerym@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Dabney O'Riordan, Associate Regional Director
John W. Berry, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BIC REAL ESTATE DEVELOPMENT CORPORATION and DANIEL R. NASE, individually and d/b/a BAKERSFIELD INVESTMENT CLUB,<br><br>　　　　　Defendants,<br><br>BIC SOLO 401K TRUST and MARGARITA NASE,<br><br>　　　　　Relief Defendants. | Case No. 1:16-cv-00344-LJO-JLT<br><br>**ORDER ON STIPULATION TO ALLOW ISSUANCE OF DOCUMENT SUBPOENAS TO THIRD PARTIES** |

1  This matter is now before the Court on the Stipulation of Plaintiff Securities
2  and Exchange Commission and Defendants BIC Real Estate Development
3  Corporation and Daniel R. Nase d/b/a Bakersfield Investment Club and Relief
4  Defendants BIC Solo 401k Trust and Margarita Nase (collectively "Defendants"), to
5  allow the parties forthwith to issue subpoenas to third parties to compel the
6  production of documents in preparation for the hearing on a preliminary injunction
7  set for April 1, 2016.  For good cause shown,

8  IT IS ORDERED that the stipulation is granted and that Plaintiff and
9  Defendants forthwith may issue subpoenas to third parties to compel the production
10 of documents.

11 The parties are reminded that they each have three hours to present their
12 positions, in whatever form they choose. Presenting documents for the Court to read
13 after the hearing is not an available option.

IT IS SO ORDERED.

Dated:   **March 22, 2016**                    **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE