UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BIC REAL ESTATE DEVELOPMENT CORP. and DANIEL R. NASE, individually and dba BAKERSFIELD INVESTMENT CLUB,**<br><br>Defendants,<br><br>**BIC SOLO 401K TRUST and MARGARITA NASE,**<br><br>Relief Defendants. | 1:16-CV-344-LJO-JLT<br><br>**ORDER RE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (Doc. 2)** |

The Court held a hearing on the Securities and Exchange Commission's ("the SEC") motion for preliminary injunction. (Doc. 2). John Bulgozdy, Manuel Vazquez, and Matthew Thomas Montgomery appeared on behalf of the SEC. Scott Vick appeared on behalf of Defendants. Pursuant to the parties' on the record discussion with the Court at the hearing, the parties stipulate to and the Court ORDERS the following:

1. The terms of the March 11, 2016 Temporary Restraining Order ("TRO") shall remain in full force and effect until the Court issues an order on the parties' to-be-received written stipulation to enter a preliminary injunction.

2. The parties shall file their substantive stipulation for a preliminary injunction by 3:00 P.M. on April 8, 2016.

3. Although the terms of the Federal Equity Receiver's appointment shall be finalized by the Court's forthcoming preliminary injunction order, the Receiver may act with full authority commencing immediately.

4. Although the Federal Equity Receiver's analysis of the source of the funds contained in Defendant's personal bank account is due by April 15, 2016, Defendant Nase may withdraw no more than $2,500.00 one time to pay for personal living expenses.

5. The May 11, 2016, 9 a.m. scheduling conference before Magistrate Judge Thurston remains set.

IT IS SO ORDERED.

Dated:   **April 1, 2016**            /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

2