# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BIC REAL ESTATE DEVELOPMENT CORPORATION and DANIEL R. NASE, individually and d/b/a BAKERSFIELD INVESTMENT CLUB,<br><br>　　　　Defendants,<br><br>BIC SOLO 401K TRUST and MARGARITA NASE,<br><br>　　　　Relief Defendants. | Case No. 1:16-cv-344-LJO-JLT<br><br>**ORDER ON STIPULATION TO ALLOW TRANSFER OF REAL PROPERTIES TO DEFENDANT BIC REAL ESTATE DEVELOPMENT CORPORATION BY DANIEL E. NASE AND OSCAR ARGUETA** |

This matter is now before the Court on the Stipulation of Plaintiff Securities and Exchange Commission, Oscar Argueta, Daniel E. Nase, and Defendants Daniel R. Nase and BIC Real Estate Development Corporation to allow the transfer, by Oscar Argueta to Defendant BIC Real Estate Development Corporation, of real property located at 2501 Lake St Bakersfield, CA 93306; and to allow the transfer, by Daniel E. Nase to Defendant BIC Real Estate Development Corporation, of real property located at:

   137 Dunlap St Bakersfield, CA 93309

   409 Villa St Bakersfield, CA 93307

   533 Stephens Dr Bakersfield, CA 93304

   1504 Flower St Bakersfield, CA 93305

   137 N Stine Rd Bakersfield, CA 93309.

   For good cause shown,

   IT IS ORDERED that the stipulation is granted and that Oscar Argueta and Daniel E. Nase forthwith shall[1] transfer forthwith the properties listed above to Defendant BIC Real Estate Development Corporation.

IT IS SO ORDERED.

   Dated:   **April 1, 2016**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

---

[1] The parties' proposed language—"may transfer"—does not comport with the parties' stipulation as discussed at the April 1, 2016 hearing.

1