UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BIC REAL ESTATE DEVELOPMENT CORPORATION, et al.,<br><br>Defendants. | 1:16-cv-344-LJO-JLT<br><br>ORDER RE EX PARTE APPLICATION (Doc. 38) |

The Court has received and reviewed the ex parte application of Federal Equity Receiver David Stapleton ("the Receiver") in which he seeks a court order (1) authorizing his 6-month budget plan for the Receivership and (2) authorizing his use of the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins") to assist the Receivership. *See* Doc. 38 at 2. The Receiver requests that the Court permit him to incur $160,000-$200,000 in costs and for Allen Matkins to incur $130,000-$175,000 in costs in the next six months. *See* Doc. 39 at 4.

The Court authorizes the Receiver to incur $80,000 in costs and Allen Matkins to incur $65,000 in costs through June 12, 2016. On or before June 12, 2016, the Receiver shall submit a report to the Court in which he shall (1) outline the tasks the Receivership has performed and the costs it has incurred; (2) outline the tasks the Receivership intends to perform through October 2016; and (3) provide a reasoned estimate of the Receiver's and Allen Matkins's projected costs through October 2016.

IT IS SO ORDERED.

Dated:  **April 12, 2016**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1