UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>      v.<br><br>BIC REAL ESTATE DEVELOPMENT CORP., et al.,<br><br>            Defendants. | 1:16-cv-344-LJO-JLT<br><br>**ORDER RE RECEIVER'S STATEMENT OF ANALYSIS OF SOURCE OF FUNDS IN DEFENDANT'S PERSONAL ACCOUNT (Doc. 44)** |

The Court-appointed Receiver recently submitted his analysis of the source of funds located in Defendant Daniel Nase's personal Wells Fargo Bank account (ending in 4508) ("the Personal Account"). The Receiver states, among other things, that between February 29, 2016 and April 1, 2016,

> [the] Personal Account was the recipient [of] nearly $65,000 in funds transferred from the Receivership Entities (including the more than $57,000 addressed in the Receiver's previously submitted Initial Report and Inventory), as well as nearly $144,000 in funds transferred from Lending Club, which funds the Commission has alleged originated with Receivership Entity investors.

Doc. 44 at 4. Accordingly, the Receiver requests that the entire balance of the Personal Account, as it stood on April 1, 2016, be turned over to the Receiver. *Id.* at 5.

The Court ORDERS Defendant Daniel Nase to comply with the Receiver's request by April 20,

1

2016.[1] Further, commencing immediately, the Court ORDERS the Personal Account frozen until the Court can confirm the amount and source of its funds.

IT IS SO ORDERED.

    Dated: **April 18, 2016**          /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

---

[1] The Court requests that the Receiver inform the Court immediately if Defendant has not complied with this Order.