VICK LAW GROUP, APC
  Scott Vick (No. 171944)
800 West Sixth Street, Suite 1220
Los Angeles, California 90017
Telephone:  (213) 784-6227
Facsimile:  (213) 784-6226
E-Mail:    Scott@vicklawgroup.com

Attorneys for Defendants
DANIEL R. NASE, and Relief Defendants
BIC SOLO 401K TRUST and
MARGARITA NASE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>              vs.<br><br>BIC REAL ESTATE DEVELOPMENT CORPORATION and DANIEL R. NASE, individually and d/b/a BAKERSFIELD INVESTMENT CLUB,<br><br>              Defendants,<br><br>BIC SOLO 401K TRUST and MARGARITA NASE,<br><br>              Relief Defendants. | Case No. 1:16-cv-00344-LJO-JLT<br><br>**STIPULATION AND ORDER REGARDING (1) DEPOSIT OF CAPITAL ONE CHECKS; (2) UNEMPLOYMENT CHECKS; AND (3) STUDENT LOANS** |

WHEREAS, on April 8, 2016, the Court entered an order that, among other things, imposed an "immediate freeze … on all monies and assets" held by the Defendants and Relief Defendants (Dkt. No. 42);

WHEREAS, Defendant Daniel Nase ("D. Nase") and Relief Defendant Margarita Nase ("M. Nase"), through their counsel, represent as follows:

    A.    By letters dated April 13, 2016, D. Nase and M. Nase were advised by the California Employment Development Department that they will be receiving unemployment checks (with a weekly benefit of $450 for each), but have not yet received or cashed any such checks;

    B.    M. Nase is enrolled and taking classes at Fresno Pacific University ("FPU"), and is eligible for $4,500 in subsidized federal student loans and $6,000 in unsubsidized federal student loans to pay for tuition at FPU, and the FPU financial aid department has asked her to sign certain paperwork so that she may obtain this student loan financing;

    C.    On March 10, 2016 (before the SEC brought this action), M. Nase obtained a personal line of credit advance from her Capital One credit card account (ending in 7180) in the amount of $50,000, in the form of a check payable to Margarita Nase, which will no longer be negotiable, by its terms, after Saturday, April 23, 2016 (in less than two days);

    D.    On March 10, 2016 (before the SEC brought this action), D. Nase obtained a personal line of credit advance from his Capital One credit card account (ending in 1764) in the amount of $43,962.29, in the form of a check payable to Daniel Nase, which will no longer be negotiable, by its terms, after Saturday, April 23, 2016 (less than two days); and

    E.    Each of the FPU student loan financing, the $50,000 advance on the line of credit on M. Nase's Capital One credit card, and the $43,962.29 advance on the line of credit on D. Nase's Capital One credit card are unsecured liabilities for which no collateral has been offered as security.

1

WHEREAS, D. Nase and M. Nase request that the Court permit:

    A.    Each of D. Nase and M. Nase to cash unemployment checks payable to each and issued by the California Employment Development Department, in the amount of $450 per week, to be used solely for living expenses or as otherwise permitted by law or regulation;

    B.    M. Nase to execute a promissory note and to sign the paperwork called for by the financial aid department of FPU in order to obtain student loans (in the amount of $4,500 (subsidized) and $6,000 (unsubsidized) for the school year), to be used soley to pay for her tuition at FPU or as otherwise permitted by law or regulation;

    C.    The Capital One line of credit checks (in the aggregate amount of $93,962.29) to be negotiated and deposited into the Vick Law Group client trust account, where those funds will be held and not drawn upon, pending further order of the Court; and

WHEREAS, the SEC does not object to the relief requested by D. Nase or M. Nase, provided that the representations above made by D. Nase and M. Nase, through their counsel, are true and no material facts have been omitted (and the SEC makes no assurance as to the accuracy of these representations, or the manner in which the unemployment insurance, the student loans, or the Capital One lines of credit were obtained).

NOW THEREFORE, D. Nase and M. Nase agree, and the SEC does not object that:

    A.    Each of D. Nase and M. Nase may cash unemployment checks payable to each and issued by the California Employment Development Department, in the amount of $450 per week, where such proceeds shall be used solely for living expenses or as otherwise permitted by applicable law or regulation;

    B.    M. Nase may execute a promissory note and to sign the paperwork called for by the financial aid department of FPU in order to obtain student loans (in the amount of $4,500 (subsidized) and $6,000 (unsubsidized) for the school year), where such loan proceeds shall be used to pay for M. Nase's tuition at

2

FPU or as otherwise permitted by applicable law or regulation;

C. The Capital One line of credit checks (in the aggregate amount of $93,962.29) may be negotiated and deposited into the Vick Law Group client trust account, provided that those funds (and any interest thereon) must be preserved in their entirety and not drawn upon, pending further order of the Court.

Dated:  April 21, 2016                          /s/ *Matthew T. Montgomery*
                                                John B. Bulgozdy
                                                Manuel Vazquez
                                                Matthew T. Montgomery
                                                Attorneys for Plaintiff
                                                Securities and Exchange Commission


Dated: April 21, 2016                           /s/ *Scott Vick*
                                                Scott Vick
                                                Vick Law Group, APC
                                                Attorneys for Defendants
                                                Daniel R. Nase and Relief Defendants
                                                BIC Solo 401k Trust and Margarita Nase

IT IS SO ORDERED.

   Dated:   **April 22, 2016**                       **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE

3