UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BIC REAL ESTATE DEVELOPMENT CORPORATION and DANIEL R. NASE, individually and d/b/a BAKERSFIELD INVESTMENT CLUB,<br><br>Defendants,<br><br>BIC SOLO 401K TRUST and MARGARITA NASE,<br><br>Relief Defendants. | Case No. 1:16-cv-00344-LJO-JLT<br><br>SUPPLEMENTAL ORDER IN AID OF RECEIVERSHIP |

The Motion of Receiver, David P. Stapleton (the "Receiver"), the Court-appointed Receiver for Defendants BIC Real Estate Development Corporation and

its subsidiaries and affiliates, including but not limited to, WM Petroleum; Target Oil & Gas Drilling, Inc.; Tier 1 Solar Power Company; Tier 1 Solar Power Company, LLC; and Home Sweet Holdings (collectively, the "Receivership Entities"), for a Supplemental Order in Aid of Receivership (the "Motion") and any response(s) thereto having been considered by the Court, this Court ORDERS as follows:

1. The Motion is GRANTED, in its entirety;

2. The Court AUTHORIZES the Receiver to implement his proposed procedures to protect the privacy of investors in the Receivership Entities, including;

   a. Whenever a certificate of service contains addresses of Receivership Entity investors ("Investors"), using only the first initial and last name of any Investor, and redacting the street address before filing with the Court;

   b. Redacting any documents containing Investor email addresses before filing with the Court;

   c. If and when a proof of claim form is devised for the filing of claims by creditors in this case, including by Investors, and should any claim objection be filed, redacting the last four digits of any EIN (federal employer identification number) or social security numbers.  Similarly, the Receiver will redact personal account identifiers and the names of minor children, if known, before any document is filed with the Court;

3. The Court AUTHORIZES the Receiver to use a receivership-specific website, www.bicreceivership.com, and email, to provide information about the receivership case and to provide notice of filings and other material developments to all interested parties, in conjunction with, or in addition to, electronic notices, as detailed in the concurrently-filed Memorandum of Points and Authorities; and

4. The Court AUTHORIZES the Receiver to administer the receivership in accordance with generally accepted bankruptcy principles, as detailed in the

Memorandum of Points and Authorities filed in support of the Motion, and AUTHORIZES the Receiver to submit interim reports and applications for interim payment of fees and reimbursement of expenses approximately every 90 to 120 days.

IT IS SO ORDERED.

Dated: __**May 6, 2016**__          _____/s/ Lawrence J. O'Neill_____
                                    UNITED STATES CHIEF DISTRICT JUDGE