# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | 1:16-cv-344-LJO-JLT |
| Plaintiff, | **ORDER ON STIPULATION** |
| v. | |
| BIC REAL ESTATE DEVELOPMENT CORP., et al., | |
| Defendants. | |

Pursuant to the parties' stipulation (Doc. 60), the Court ORDERS:

1. Wells Fargo is ordered and directed to provide the Receiver with complete and exclusive access to and control over any accounts at Wells Fargo held in the name of, or maintained for the benefit of, the Receivership Entities, as already provided in the Appointment Order;

2. Wells Fargo is ordered and directed to turn over to the Receiver the sum of $95,677.77 from Mr. Nase's Personal Account (ending in "4058"); and

3. All other provisions of the Court's prior orders remain in full force and effect.

IT IS SO ORDERED.

  Dated:   **May 10, 2016**          /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE

1