# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br> v.<br><br>BIC REAL ESTATE DEVELOPMENT CORPORATION, et al.,<br><br>   Defendants. | Case No.: 1:16-CV-00344  LJO  JLT<br><br>ORDER RE: DISCOVERY ISSUES |

At the scheduling conference, the Court and counsel addressed two emerging discovery issues. As a result, the Court **ORDERS**:

1. No later than 5:00 p.m. on **May 12, 2016**, counsel for Defendants **SHALL** notify counsel for the receiver where the Bentley automobile is located and when the receiver and his counsel may view it. This date for the inspection of the car **SHALL** not be later than **May 18, 2016** unless the receiver requests a later date;

2. No later than noon on **May 12, 2016**, Plaintiff's counsel **SHALL** send via e-mail to counsel for Defendants and the receiver, a brief explanation of why the images of Mr. Nase and Mrs. Nase's computers should be made immediately and why the images should be held by the receiver. The statement SHALL cite the legal authorities Plaintiff believes supports this position. No later than 4 p.m. on **May 13, 2016**, Defendants' counsel **SHALL** send via e-mail to

1

counsel for the Plaintiff and the receiver, a brief explanation of the positions of Mr. Nase and Mrs. Nase related to allowing an image of their computers to be taken and held by the receiver. The statement **SHALL** cite the legal authorities upon which the Nase's believe supports their position.

If, after review of the Nases position, it is apparent the matter has not resolved, Plaintiff's counsel **SHALL** send an e-mail, with a copy of the documents exchanged by counsel, to JLTOrders@caed.uscourts.gov with a "cc" to all counsel. This email must be received by the Court no later than 8:00 a.m. on May 16, 2016. Unless there is full agreement as to the taking of the computer images and the images being held by the receiver, the Court will conduct an informal telephonic conference on **May 16, 2016** at 10:00 a.m. Plaintiff's counsel **SHALL** provide dial-in instructions for the conference call via e-mail to all counsel and the Court no later than 8:00 a.m. on May 16, 2016.

IT IS SO ORDERED.

   Dated:   **May 11, 2016**              **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE