# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BIC REAL ESTATE DEVELOPMENT, CORP., et al.,<br><br>Defendants. | Case No. 1:16-cv-00344-LJO-JLT<br><br>**STIPULATED ORDER MODIFYING PRELIMINARY INJUNCTION TO REMOVE PROPERTIES**<br><br>Judge:   Hon. Lawrence J. O'Neill |

The Court has reviewed and considered the Stipulation to Modify Preliminary Injunction to Remove Properties entered into by and between (1) the plaintiff Securities and Exchange Commission; (2) Defendant Daniel Nase; and (3) David P. Stapleton (the "Receiver"), the permanent receiver for Defendant BIC Real Estate Development Corporation and its subsidiaries and affiliates, including but not limited to WM Petroleum; Target Oil & Gas Drilling, Inc.; Tier 1 Solar Power Company, Tier 1 Solar Power Company, LLC; and Home Sweet Holdings (collectively, the "Receivership Entities").  Good cause appearing therefor, the Court ORDERS as follows:

1049121.01/LA

1. The property located at 9633 Staffordshire Way, Bakersfield, CA shall be released from the asset freeze imposed by the Court's April 8, 2016 Stipulated Preliminary Injunction and Orders (1) Freezing Assets, and (2) Appointing a Permanent Receiver (the "Preliminary Injunction");
2. The property located at 1024 Bernard Street, Bakersfield, CA shall be released from the asset freeze imposed by the Preliminary Injunction; and
3. All other provisions of the Court's prior orders remain in full force and effect.

IT IS SO ORDERED.

Dated: **July 26, 2016**           **/s/ Lawrence J. O'Neill**
                                   UNITED STATES CHIEF DISTRICT JUDGE

1049121.01/LA                                    -2-