UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BIC REAL ESTATE DEVELOPMENT CORP., et al.,<br><br>Defendants. | 1:16-CV-344-LJO-JLT<br><br>**ORDER RE RECEIVER'S SUPPLEMENTAL STATUS REPORT** |

On August 3, 2016, the Court-appointed Receiver requested that the Court order: (1) LendingClub.com to turn over to the Receiver all funds held in Defendant Daniel Nase's Lending Club Account (ending in 1059) and (2) reaffirming the Receiver's exclusive authority and control over BIC Real Estate Corporation's Lending Club Account (ending in 7613) and directing LendingClub.com to comply with all instructions from the Receiver and his staff.

There being no objection from Defendants, the Court GRANTS the Receiver's requests, as outlined more fully in his August 3, 2016 supplemental status report (Doc. 85).

IT IS SO ORDERED.

    Dated:   **August 16, 2016**              /s/ Lawrence J. O'Neill
                                                         UNITED STATES CHIEF DISTRICT JUDGE