UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BIC REAL ESTATE DEVELOPMENT CORPORATION and DANIEL R. NASE, individually and d/b/a BAKERSFIELD INVESTMENT CLUB,<br><br>Defendants,<br><br>BIC SOLO 401K TRUST and MARGARITA NASE,<br><br>Relief Defendants. | Case No. 1:16-cv-00344-LJO-JLT<br><br>ORDER GRANTING STIPULATION TO WAIVE REQUIREMENTS OF 28 U.S.C. § 2001(a) AND (b) IN CONNECTION WITH, AND TO ESTABLISH SALES PROCEDURES FOR, RECEIVER'S SALES OF RESIDENTIAL REAL PROPERTY<br><br>Date:   NO HEARING REQUIRED<br>Time:   10:00 a.m.<br>Ctrm:   4<br>Judge:  Hon. Lawrence J. O'Neill |

## **ORDER**

The Court has reviewed and considered the Stipulation to Waive Requirements of 28 U.S.C. § 2001(a) and (b) in Connection with, and to Establish Sales Procedures For, Receiver's Sales of Residential Real Property (the "Stipulation") entered into by and between (1) David P. Stapleton (the "Receiver"), the Court-appointed receiver in the above-entitled matter; (2) Plaintiff Securities and Exchange Commission; and (3) Defendant Daniel R. Nase ("Mr. Nase")

(collectively, the "Parties"). Good cause appearing therefor, the Court orders as follows:

1. The Stipulation is granted, in its entirety;

2. By agreement, the Parties have waived the requirements of 28 U.S.C. § 2001(a) and (b) in connection with the Receiver's anticipated sales of those residential real properties (the "Properties") included within the receivership estate established and governed by this Court's April 8, 2016 Stipulated Preliminary Injunction and Orders (1) Freezing Assets, and (2) Appointing a Permanent Receiver;

3. Accordingly, the Receiver is excused from compliance with 28 U.S.C. § 2001(a) and (b) in connection with the Receiver's anticipated sales of the Properties;

4. The Sales Procedures, as the term "Sales Procedures" is defined in the Stipulation, shall govern the Receiver's sales of all the Properties, unless otherwise ordered by the Court;

5. The Receiver may immediately commence the marketing and sale of the Properties in accordance with the Sales Procedures; and

6. The Parties retain and reserve any and all other of their respective rights arising in connection with the above-entitled action.

IT IS SO ORDERED.

Dated: **September 19, 2016**          /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE