# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BIC REAL ESTATE DEVELOPMENT, CORP., et al.,<br><br>Defendants. | Case No. 1:16-cv-00344-LJO-JLT<br><br>ORDER MODIFYING PRELIMINARY INJUNCTION TO RELEASE REAL PROPERTIES |

The Court has reviewed and considered the Stipulation to Modify Preliminary Injunction to Release Real Properties entered into by and between (1) the Plaintiff Securities and Exchange Commission; (2) Defendant Daniel Nase; and (3) David P. Stapleton (the "Receiver"), the permanent receiver for Defendant BIC Real Estate Development Corporation and its subsidiaries and affiliates, including but not limited to WM Petroleum; Target Oil & Gas Drilling, Inc.; Tier 1 Solar Power Company, Tier 1 Solar Power Company, LLC; and Home Sweet Holdings (collectively, the "Receivership Entities"). Good cause appearing therefor, the Court ORDERS as follows:

1. The property located at 1137 Mornington Avenue, Bakersfield, CA 93307 shall be released from the asset freeze imposed by the Court's April 8, 2016 Stipulated Preliminary Injunction and Orders (1) Freezing Assets, and (2) Appointing a Permanent Receiver (the "Preliminary Injunction"), and shall no longer fall within the ambit of the receivership estate;

2. The property located at 3724 Verdugo Lane, Bakersfield, CA 93312 shall be released from the asset freeze imposed by the Preliminary Injunction, and shall no longer fall within the ambit of the receivership estate; and

3. All other provisions of the Court's prior orders remain in full force and effect.

IT IS SO ORDERED.

Dated:   **November 30, 2016**           /s/ Lawrence J. O'Neill
                                          UNITED STATES CHIEF DISTRICT JUDGE