# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | 1:16-cv-344-LJO-JLT |
| Plaintiff, | **ORDER DENYING MOTION TO VACATE TRIAL AND PRE-TRIAL CONFERENCE (Doc. 128)** |
| v. | |
| BIC REAL ESTATE DEVELOPMENT CORP., et al., | |
| Defendants. | |

The parties "jointly move and stipulate to request that the Court vacate the pretrial and trial dates set in the Court's Scheduling Order." Doc. 128 at 3. The motion is DENIED. The Court will not vacate any pretrial or trial dates unless and until the parties have resolved the case and filed a Notice of Settlement.

IT IS SO ORDERED.

    Dated:  **December 8, 2016**          /s/ Lawrence J. O'Neill
                                                  UNITED STATES CHIEF DISTRICT JUDGE