# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BIC REAL ESTATE DEVELOPMENT CORP., et al.,<br><br>Defendants. | 1:16-cv-344-LJO-JLT<br><br>**ORDER RESETTING DEADLINE FOR DISPOSITIVE MOTIONS** |

The parties request an extension of the January 11, 2017 deadline for dispositive motions. The parties' request is GRANTED. All dispositive motions shall be noticed for April 14, 2017, or before.

IT IS SO ORDERED.

Dated: __December 13, 2016__         /s/ Lawrence J. O'Neill
                                                        UNITED STATES CHIEF DISTRICT JUDGE

1