# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BIC REAL ESTATE CORP., et al.,**<br><br>**Defendants.** | **1:16-CV-344-LJO-JLT**<br><br>**MEMORANDUM DECISION AND ORDER RE MOTION FOR ORDER APPROVING SETTLEMENT (Doc. 164)** |

On February 9, 2017, the Court-appointed Receiver filed a motion for an order approving a settlement reached between him and Steel Holdings LLC, Brian Steele, and Nancy Steele (collectively, the "Steeles"). Doc. 164-1. To date, the motion remains unopposed. The Court ORDERS that:

1. The Receiver's motion is GRANTED in its entirety; and

2. The parties' proposed settlement, as memorialized in the Settlement Agreement (Doc. 166-1), is APPROVED;

3. The Receiver and the Steeles are authorized to perform their respective obligations, as defined in the Settlement Agreement, and to consummate the settlement as soon as practicable; and

4. The hearing on the motion, currently set for March 9, 2017, is VACATED.

IT IS SO ORDERED.

Dated:   **March 4, 2017**          /s/ Lawrence J. O'Neill
                             UNITED STATES CHIEF DISTRICT JUDGE

5.

1