JOHN B. BULGOZDY (Cal. Bar No. 219897)
Email: bulgozdyj@sec.gov
MANUEL VAZQUEZ (Cal. Bar No. 295576)
Email: vazquezm@sec.gov
MATTHEW T. MONTGOMERY (Cal. Bar No. 260149)
Email: montgomerym@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka Patel, Associate Regional Director
John W. Berry, Acting Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BIC REAL ESTATE DEVELOPMENT CORPORATION and DANIEL R. NASE, individually and d/b/a BAKERSFIELD INVESTMENT CLUB,<br><br>Defendants,<br><br>BIC SOLO 401K TRUST and MARGARITA NASE,<br><br>Relief Defendants. | Case No. 1:16-cv-00344-LJO-JLT<br><br>**STIPULATION TO DISMISS CLAIMS AGAINST RELIEF DEFENDANT BIC SOLO 401K TRUST AND [PROPOSED] ORDER** |

WHEREAS, on March 11, 2016, the Securities and Exchange Commission ("SEC") commenced this action and named BIC Solo 401k Trust as a Relief Defendant; and

WHEREAS, the Receiver has informed the SEC that it has recovered from BIC Solo 401k Trust all funds and/or property in her possession, custody, or control which were traceable to the alleged fraud; and

WHEREAS, BIC Solo 401k Trust waives any rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended by Relief Defendant to defend against this action. For these purposes, Relief Defendant agrees that Relief Defendant is not the prevailing party in this action since the parties have reached a good faith settlement; and

WHEREAS, in light of the foregoing, the SEC and BIC Solo 401k Trust have agreed to stipulate to the dismissal of the SEC's claim against it as a Relief Defendant;

///
///
///
///
///
///
///
///
///
///
///

NOW THEREFORE, IT IS STIPULATED as follows:

The SEC's claim against Relief Defendant BIC Solo 401k Trust is dismissed.

Respectfully submitted,

Dated: March 22, 2017

*/s/ John B. Bulgozdy*
John B. Bulgozdy
Manuel Vazquez
Matthew T. Montgomery
Attorneys for Plaintiff
Securities and Exchange Commission

Dated: March 22, 2017

*/s/ Scott Vick*
Scott Vick
Vick Law Group, APC
Attorneys for Relief Defendant BIC Solo 401k Trust

I hereby attest that all other signatories listed concur in the filing of this document and have authorized its filing.

*/s/ John B. Bulgozdy*

**IT IS SO ORDERED.**

Dated: ___________________________

_______________________________
HON. LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
400 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On March 22, 2017, I caused to be served the document entitled **STIPULATION TO DISMISS CLAIMS AGAINST RELIEF DEFENDANT BIC SOLO 401K TRUST AND [PROPOSED] ORDER** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 22, 2017

*/s/ John B. Bulgozdy*
John B. Bulgozdy

***SEC v. BIC Real Estate Development Corporation, et al.***
**United States District Court – Eastern District of California**
**Case No. 1:15-cv-00344-LJO-JLT**

## SERVICE LIST

Scott Vick, Esq. ***(Served via ECF)***
Vick Law Group
800 West Sixth Street, Suite 1220
Los Angeles, CA 90017
E-mail: scott@vicklawgroup.com
***Attorney for Defendants Daniel Nase and Relief Defendants BIC Solo 401K Trust and Margarita Nase***

David R. Zaro, Esq. ***(Served via ECF)***
Joshua A. del Castillo, Esq. ***(Served via ECF)***
Peter A. Griffin, Esq. ***(Served via ECF)***
Allen Matkins Leck Gamble Mallory & Natsis, LLP
865 S. Figueroa Street, Suite 2800
Los Angeles, CA 90071-2543
Email: dzaro@allenmatkins.com
Email: jdelcastillo@allenmatkins.com
Email: pgriffin@allenmatkins.com
***Attorneys for David P. Stapleton, Receiver for BIC Real Estate Development Corporation***

Barry L. Goldner, Esq. ***(Served via ECF)***
Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP
4550 California Avenue, Second Floor
Bakersfield, CA 93309
Email: bgoldner@kleinlaw.com
***Attorney for [Proposed] Plaintiff-in-Intervention Valley Mortgage Investments, Inc.***

Matthew C. McCartney, Esq. ***(Served via ECF)***
N. Thomas McCartney, Esq. ***(Served via ECF)***
Eastman & McCartney LLP
1430 Truxtun Avenue, Suite 700
Bakersfield, CA 93301
Email: matt@eastmanmccartney.com
Email: tom@mccartneylaw.net
***Attorneys for Proposed Intervenor Sagar, LLC***