# STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

     vs.

BIC REAL ESTATE DEVELOPMENT
CORPORATION and DANIEL R.
NASE, individually and d/b/a
BAKERSFIELD INVESTMENT
CLUB,

        Defendants,

BIC SOLO 401K TRUST and
MARGARITA NASE,

        Relief Defendants.

Case No. 1:16-cv-00344-LJO-JLT

**STIPULATION TO DISMISS
CLAIMS AGAINST RELIEF
DEFENDANT BIC SOLO 401K
TRUST AND ORDER**

WHEREAS, on March 11, 2016, the Securities and Exchange Commission ("SEC") commenced this action and named BIC Solo 401k Trust as a Relief Defendant; and

WHEREAS, the Receiver has informed the SEC that it has recovered from BIC Solo 401k Trust all funds and/or property in her possession, custody, or control which were traceable to the alleged fraud; and

WHEREAS, BIC Solo 401k Trust waives any rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended by Relief Defendant to defend against this action.  For these purposes, Relief Defendant agrees that Relief Defendant is not the prevailing party in this action since the parties have reached a good faith settlement; and

WHEREAS, in light of the foregoing, the SEC and BIC Solo 401k Trust have agreed to stipulate to the dismissal of the SEC's claim against it as a Relief Defendant;

///
///
///
///
///
///
///
///
///
///
///

1

1    NOW THEREFORE, IT IS STIPULATED as follows:

2    The SEC's claim against Relief Defendant BIC Solo 401k Trust is dismissed.

3

4                                          Respectfully submitted,

5

6    Dated:  March 22, 2017               */s/ John B. Bulgozdy*
                                          John B. Bulgozdy
7                                         Manuel Vazquez
                                          Matthew T. Montgomery
8                                         Attorneys for Plaintiff
9                                         Securities and Exchange Commission

10

11   Dated:  March 22, 2017               */s/ Scott Vick*
                                          Scott Vick
12                                        Vick Law Group, APC
                                          Attorneys for Relief Defendant BIC Solo
13                                        401k Trust
14

15

16   I hereby attest that all other signatories listed concur in the filing of this document

17   and have authorized its filing.

18

19                                        */s/ John B. Bulgozdy*

20

21

22   IT IS SO ORDERED.

23   Dated:   **March 22, 2017**          **/s/ Lawrence J. O'Neill**
24                                        UNITED STATES CHIEF DISTRICT JUDGE

25

26

27

28

                                   2