# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

    vs.

BIC REAL ESTATE DEVELOPMENT
CORPORATION and DANIEL R.
NASE, individually and d/b/a
BAKERSFIELD INVESTMENT
CLUB,

          Defendants,

BIC SOLO 401K TRUST and
MARGARITA NASE,

          Relief Defendants.

Case No. 1:16-cv-00344-LJO-JLT

**STIPULATION TO DISMISS
CLAIMS AGAINST RELIEF
DEFENDANT MARGARITA NASE
AND ORDER**

WHEREAS, on March 11, 2016, the Securities and Exchange Commission ("SEC") commenced this action and named Margarita Nase as a Relief Defendant; and

WHEREAS, the Receiver has informed the SEC that it has recovered from Margarita Nase all funds and/or property in her possession, custody, or control which were traceable to the alleged fraud; and

WHEREAS, Margarita Nase waives any rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended by Relief Defendant to defend against this action.  For these purposes, Relief Defendant agrees that Relief Defendant is not the prevailing party in this action since the parties have reached a good faith settlement; and

WHEREAS, in light of the foregoing, the SEC and Margarita Nase have agreed to stipulate to the dismissal of the SEC's claim against her as a Relief Defendant;

///
///
///
///
///
///
///
///
///
///
///
///

1

1      NOW THEREFORE, IT IS STIPULATED as follows:

2      The SEC's claim against Relief Defendant Margarita Nase is dismissed.

3

4                      Respectfully submitted,

5

6 Dated:  March 22, 2017        */s/ John B. Bulgozdy*

7                      John B. Bulgozdy

                       Manuel Vazquez

8                      Matthew T. Montgomery

                     Attorneys for Plaintiff

9                      Securities and Exchange Commission

10

11 Dated:  March 22, 2017        */s/ Scott Vick*

12                      Scott Vick

                     Vick Law Group, APC

13                      Attorneys for Relief Defendant Margarita

14                      Nase

15

16 I hereby attest that all other signatories listed concur in the filing of this document

17 and have authorized its filing.

18

19                      */s/ John B. Bulgozdy*

20

21

22 IT IS SO ORDERED.

23     Dated:  **March 22, 2017**        **/s/ Lawrence J. O'Neill**

24                      UNITED STATES CHIEF DISTRICT JUDGE

25

26

27

28