UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiffs,<br><br>v.<br><br>BIC REAL ESTATE DEVELOPMENT CORPORATION, DANIEL R. DEFENDANT d/b/a BAKERSFIELD INVESTMENT CLUB<br><br>   Defendants, and<br><br>BIC SOLO 401K TRUST and MARGARITA DEFENDANT,<br><br>   Relief Defendants | CASE NO.  1:16-CV-00344 LJO JLT<br><br>**ORDER GRANTING THE STIPULATION REGARDING SALE OF THE RESIDENTIAL PROPERTY LOCATED AT 1117 ADELAIDE** |

   Having considered the Stipulation Regarding Sale of the Residential Property Located at 1117 Adelaide (the "Stipulation") entered into, by, and between (1) David P. Stapleton, the Court-appointed receiver in the above-entitled action; (2) Plaintiff Securities and Exchange Commission; and Relief Defendant Margarita Nase and good cause appearing therefor, the Court hereby orders as follows:

   Margarita Nase may complete the sale of the Adelaide Property and distribute funds

pursuant to the concurrently-filed Stipulation.

IT IS SO ORDERED.

    Dated:  **March 23, 2017**                     /s/ Lawrence J. O'Neill
                                                       UNITED STATES CHIEF DISTRICT JUDGE