VICK LAW GROUP, APC
  Scott Vick (No. 171944)
800 West Sixth Street, Suite 1220
Los Angeles, California 90017
Telephone: (213) 784-6225
Facsimile: (213) 784-6226
E-Mail:    Scott@vicklawgroup.com

Attorneys for Defendants
DANIEL R. NASE, and Relief Defendants
BIC SOLO 401K TRUST and
MARGARITA NASE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>    vs.<br><br>BIC REAL ESTATE DEVELOPMENT CORPORATION and DANIEL R. NASE, individually and d/b/a BAKERSFIELD INVESTMENT CLUB,<br><br>           Defendants,<br><br>BIC SOLO 401K TRUST and MARGARITA NASE,<br><br>           Relief Defendants. | Case No. 1:16-cv-00344-LJO-JLT<br><br>**ORDER GRANTING STIPULATION REGARDING SCHEDULE FOR FOR BRIEFING AND HEARING ON PLAINTIFF'S MOTION FOR MONETARY REMEDIES**<br><br>Ctrm:     4<br>Judge:    Hon. Lawrence J. O'Neill |

Having considered the Stipulation Regarding Schedule for the Briefing and Hearing on Plaintiff's Motion for Monetary Remedies entered into, by, and between Plaintiff Securities and Exchange Commission and Defendant Daniel R. Nase and good cause appearing therefor, the Court hereby orders as follows:

1. The hearing on Plaintiff's Motion for Monetary Remedies shall be continued from April 13, 2017 to April 27, 2017 at 8:30 a.m.
2. Defendant Daniel R. Nase's Opposition to Plaintiff's Motion shall be filed by April 13, 2017.
3. Plaintiff's Reply shall be filed by April 20, 2017.

IT IS SO ORDERED.

Dated:   **March 31, 2017**           /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE