# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BIC REAL ESTATE DEVELOPMENT CORPORATION and DANIEL R. NASE, individually and d/b/a BAKERSFIELD INVESTMENT CLUB,<br><br>Defendants,<br><br>BIC SOLO 401K TRUST and MARGARITA NASE,<br><br>Relief Defendants. | Case No. 1:16-cv-00344-LJO-JLT<br><br>ORDER AUTHORIZING AND APPROVING RECEIVER'S SALES PROCEDURES FOR OIL COMPANY AND AUTHORIZING RECEIVER'S ENGAGEMENT OF OIL COMPANY BROKER |

The Court has reviewed the Motion for Order Authorizing and Approving Sales Procedures for Oil Company and Authorizing Engagement of Oil Company Broker (the "Motion") filed by David P. Stapleton (the "Receiver"), the court-appointed permanent receiver for Defendant BIC Real Estate Development Corporation and its subsidiaries and affiliates, including but not limited to, WM Petroleum; Target Oil & Gas Drilling, Inc.; Tier 1 Solar Power Company; Tier 1 Solar Power Company, LLC; and Home Sweet Holdings (collectively, the "Receivership Entities").

The Motion came for hearing as noticed. Appearances, if any, were as stated on the record. Having considered the Motion, and all its supporting materials, and good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The sales procedures proposed in the Motion are approved;

2. The Receiver is authorized to market and sell the Receivership Entities' oil company assets (the "Oil Company Assets"), subject to Court-approval, pursuant to the sales procedures proposed in the Motion; and

3. The Receiver is authorized to engage EnergyNet.com to serve and be compensated as the Receiver's broker for, and assist in the marketing and sale of, the Oil Company Assets, pursuant to the terms set forth in the Motion, and as reflected in the Sale Brokerage/Consulting Agreement appended as **Exhibit A** to the Receiver's declaration in support of the Motion.

IT IS SO ORDERED.

Dated:   **June 29, 2017**          /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE