UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BIC REAL ESTATE DEVELOPMENT, CORP., et al.,<br><br>Defendants. | Case No. 1:16-cv-00344-LJO-JLT<br><br>ORDER ON FOURTH REPORT AND PETITION FOR FURTHER INSTRUCTIONS OF RECEIVER, DAVID P. STAPLETON<br><br>(ECF No. 295) |

The Court has reviewed the Fourth Interim Report and Petition for Instructions (the "Interim Report") of the Court-appointed Receiver, David P. Stapleton (the "Receiver"), the permanent receiver for Defendant BIC Real Estate Development Corporation ("BIC") and its subsidiaries and affiliates, including but not limited to WM Petroleum; Target Oil & Gas Drilling, Inc.; Tier 1 Solar Power Company, Tier 1 Solar Power Company, LLC; and Home Sweet Holdings (collectively, the "Receivership Entities" or "Entities").

Having considered the Interim Report, and the Receiver's recommendations as reflected therein, the Court ORDERS as follows:

1. The Receiver's Interim Report is accepted;

2. The Receiver's recommendations, as presented in the Interim Report, are accepted and approved, and the Receiver is authorized to continue his administration of the Receivership

1  Entities and their assets consistent with the Receiver's recommendations in the Interim Report and
2  this Court's previous orders; and

3      3.      The estimated budgets for the Receiver and his counsel of record, Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), for the period from March 1, 2017 through December 31, 2017, are approved, and the Receiver and Allen Matkins are authorized to incur the fees and costs identified therein.

IT IS SO ORDERED.

Dated: **October 5, 2017**        **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE