UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>BIC REAL ESTATE DEVELOPMENT, CORP., et al.,<br><br>    Defendants. | Case No. 1:16-cv-00344-LJO-JLT<br><br>ORDER GRANTING MOTION OF RECEIVER, DAVID P. STAPLETON, FOR ORDER EXTENDING OIL COMPANY ASSET SALE DEADLINES<br><br>(ECF No. 306) |

The Court has received and reviewed the Motion of the Court-appointed permanent Receiver, David P. Stapleton (the "Receiver"), for an Order Extending Oil Company Asset Sale Deadlines (the "Motion"). The Motion is unopposed, and is suitable for decision without oral argument pursuant to Local Rule 230(g). Having considered the Receiver's Motion, and the materials submitted in support thereof, and good cause appearing therefor, this Court orders as follows:

1. The Receiver's Motion (ECF No. 306) is GRANTED; and

2. All deadlines approved via the Court's Order Authorizing and Approving Receiver's Sales Procedures for Oil Company and Authorizing Receiver's Engagement of Oil Company Broker (ECF No. 268) are extended for a period of sixty (60) days.

IT IS SO ORDERED.

Dated: **November 14, 2017**   **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE