# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BIC REAL ESTATE DEVELOPMENT CORPORATION and DANIEL R. NASE, individually and d/b/a BAKERSFIELD INVESTMENT CLUB,<br><br>　　　　Defendants,<br><br>BIC SOLO 401K TRUST and MARGARITA NASE,<br><br>　　　　Relief Defendants. | Case No. 1:16-cv-00344-LJO-JLT<br><br>**[PROPOSED] ORDER GRANTING SECOND INTERIM APPLICATION FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF RECEIVER AND HIS PROFESSIONALS**<br><br>Date:　January 22, 2018<br>Time:　8:30 a.m.<br>Ctrm:　4<br>Judge:　Hon. Lawrence J. O'Neill |

　　The Court has reviewed the Second Interim Application for Payment of Fees and Reimbursement of Expenses (the "Application") filed by David P. Stapleton (the "Receiver"), the court-appointed permanent receiver for Defendant BIC Real Estate Development Corporation and its subsidiaries and affiliates, including but not limited to, WM Petroleum; Target Oil & Gas Drilling, Inc.; Tier 1 Solar Power Company; Tier 1 Solar Power Company, LLC; and Home Sweet Holdings (collectively, the "Receivership Entities" or "Entities"), together with the Receiver's counsel of record, Allen Matkins Leck Gamble Mallory & Natsis, LLP ("Allen

Matkins"), for services rendered for the period of November 1, 2016 to February 28, 2017.

The Application came for hearing as noticed. Appearances, if any, were as stated on the record. Having considered the Application, and all its supporting materials, the Court finds the requested fees and expenses are appropriate under the circumstances and will reasonably, but not excessively, compensate the Receiver and Allen Matkins for their efforts. Therefore, good cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Fees and expenses of the Receiver in the respective amounts of $181,901.50 and $602.91 are approved, and payment to the Receiver of 80% of his fees, or $145,521.20, and reimbursement of 100% of his expenses, or $602.91, is awarded on an interim basis; and

2. Fees and expenses of Allen Matkins in the respective amounts of $139,959.00 and $4,038.28 are approved, and payment to Allen Matkins of 80% of its fees, or $111,967.20, and 100% of its expenses, or $4,038.28 is awarded on an interim basis.

3. The Receiver is authorized to pay such sums out of assets of the Receivership Entities.

**IT IS SO ORDERED.**

Dated: _____

Hon. Lawrence J. O'Neill
Judge, United States District Court