1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 SECURITIES AND EXCHANGE COMMISSION, | Case No. 1:16-cv-00344-LJO-JLT |
| 12      Plaintiff, | [PROPOSED] ORDER GRANTING THIRD INTERIM APPLICATIONS OF |
| 13      v. | RECEIVER, DAVID P. STAPLETON, AND ALLEN MATKINS LECK |
| 14 BIC REAL ESTATE DEVELOPMENT | GAMBLE MALLORY & NATSIS LLP, GENERAL COUNSEL TO THE |
| 15 CORPORATION and DANIEL R. NASE, individually and d/b/a | RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF |
| 16 BAKERSFIELD INVESTMENT CLUB, | EXPENSES [March 1, 2017 – December 31, 2017] |
| 17      Defendants, | Date:  August 6, 2018 |
| 18 BIC SOLO 401K TRUST and MARGARITA NASE, | Time:  8:30 a.m. Ctrm:  4, 7th Floor |
| 19      Relief Defendants. | Judge  Hon. Lawrence J. O'Neill |
| 20 | |

21          Before the Court are the collective Third Interim Applications for Payment of

22 Fees and Reimbursement of Expenses (the "Application") filed by David P.

23 Stapleton (the "Receiver"), the court-appointed permanent receiver for Defendant

24 BIC Real Estate Development Corporation and its subsidiaries and affiliates,

25 including but not limited to, WM Petroleum; Target Oil & Gas Drilling, Inc.; Tier 1

26 Solar Power Company; Tier 1 Solar Power Company, LLC; and Home Sweet

27 Holdings (collectively, the "Receivership Entities"), together with the Receiver's

28 counsel of record, Allen Matkins Leck Gamble Mallory & Natsis, LLP ("Allen

Matkins"), for services rendered for the period of March 1, 2017 to December 31, 2017 (the "Application Period").  In the Application, the Receiver requests approval of his fees and expenses ($373,408.00 and $4,538.57, respectively), and payment of 75% of his fees ($280,056.00) and 100% of his expenses ($4,538.57).  The Receiver also requests approval of Allen Matkins' fees and expenses ($239,908.95 and $13,558.77, respectively), and payment of 75% of its fees ($179.931.71), and 100% of its expenses ($13,558.77).

The Application having been considered, and good cause appearing therefor, this Court orders as follows:

1.      The fees and expenses incurred by the Receiver during the Application Period, in the respective amounts of $373,408.00 and $4,538.57, are approved;

2.      The Receiver is authorized to pay himself, on an interim basis, 75% of his fees incurred during the Application Period, in the amount of $280,056.00 and 100% of his expenses incurred during the Application Period, in the amount of $4,538.57, from the assets of the Receivership Entities;

3.      The fees and expenses incurred by Allen Matkins During the Application Period, in the respective amounts of $239,908.95 and $13,558.77, are approved;

4.      The Receiver is authorized to pay Allen Matkins, on an interim basis, 75% of the fees it incurred during the Application Period, in the amount of $179,931.71 and 100% of the expenses it incurred during the Application Period, in the amount of $13,558.77, from the assets of the Receivership Entities; and

\\\
\\\
\\\
\\\
\\\

[PROPOSED] ORDER ON THIRD INTERIM
APPLICATION FOR PAYMENT OF FEES
AND REIMBURSEMENT OF EXPENSES

1    5.    The fees approved, but not paid, pursuant to this Order shall be subject

2   to final review by the Court in connection with the Receiver's and Allen Matkins'

3   final fee and expense applications, to be submitted contemporaneously with the

4   wind-down and termination of the receivership in the above-entitled matter.

5

6        SO ORDERED.

7

8   Dated: _____        _____

9                                         Hon. Lawrence J. O'Neill
                                          Judge, United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28