# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BIC REAL ESTATE DEVELOPMENT CORPORATION and DANIEL R. NASE, individually and d/b/a BAKERSFIELD INVESTMENT CLUB,<br><br>Defendants,<br><br>BIC SOLO 401K TRUST and MARGARITA NASE,<br><br>Relief Defendants. | Case No. 1:16-cv-00344-LJO-JLT<br><br>ORDER GRANTING MOTION OF RECEIVER, DAVID P. STAPLETON, FOR ORDER AUTHORIZING AND APPROVING SALE OF THE ASSETS OF WM PETROLEUM AND TARGET OIL & GAS DRILLING, INC.; APPOINTING RECEIVER TO CONDUCT AUCTION FOR QUALIFIED BIDDERS |

## **ORDER**

This Court has reviewed and considered the Motion for Order Authorizing and Approving Sale of the Assets of WM Petroleum and Target Oil and Gas Drilling, Inc. (the "Sale Motion") submitted by David P. Stapleton (the "Receiver"), the Court-appointed permanent Receiver for Defendant BIC Real Estate Development Corporation and its subsidiaries and affiliates, including but not limited to WM Petroleum; Target Oil & Gas Drilling, Inc.; Tier 1 Solar Power Company;

Tier 1 Solar Power Company, LLC; and Home Sweet Holdings.  The Court notes that the completion of such sale is subject to the overbid procedures previously approved by this Court.

       Having considered the Receiver's Motion, the Receiver's associated Declaration and exhibit, and good cause appearing therefor, this Court ORDERS as follows:

       1.      The Receiver's Motion is GRANTED, in its entirety;

       2.      The Receiver's proposed sale of the real and personal property assets of the Oil Company (as the term "Oil Company" is defined in the Sale Motion, and as further described in the Real Estate Asset and Purchase Agreement (the "PSA") that accompanied the Sale Motion), is APPROVED and AUTHORIZED;

       3.      The Receiver is AUTHORIZED to consummate the sale of the real and personal property assets of the Oil Company, as the term "Oil Company" is defined in the Motion, and as further described in the PSA, to the Buyer  (as the term "Buyer" is defined in the Motion) in a manner consistent with the PSA or, if the buyer designated by the Court is a Qualified Overbidder (as the term "Qualified Overbidder" is defined in this Court's prior Orders regarding the sale of Oil Company assets), in a manner consistent with the PSA, as modified for the Qualified Overbidder, again in a manner consistent with this Court's prior Orders regarding the sale of Oil Company assets.

       6.      The Receiver is AUTHORIZED to pay his broker, EnergyNet.com, Inc. ("EnergyNet"), a commission of 4% of the final purchase price for the Oil Company assets, less $7,500.00, as per the terms of the previously approved agreement for the Receiver's retention of EnergyNet.

       7.      The Court notes that a sale hearing is currently scheduled for Monday, July 16, 2018 at 8:30 AM in Courtroom 4.  Having approved the sale as set forth in the Receiver's Sale Motion, the Court finds that it is unnecessary for the Court to conduct a hearing to consider the terms of the Receiver's proposed sale.  In accordance with the sales procedures, the Court APPOINTS the Receiver, David P. Stapleton, to conduct an auction among the Qualified Bidders, if any, at that hearing.  For purposes of conducting any such auction, the Court AUTHORIZES the Receiver to use **Courtroom 3 on July 16, 2018 at 8:30 AM**.  The Receiver SHALL be

1 responsible for distributing a copy of this order to every individual appearing in person at that time. The Receiver shall conduct the auction in accordance with the Court's approved sales procedures. Should any issues arise at that time, the Receiver and/or any other party wishing to raise an objection is REQUIRED to contact chambers at (559) 499-5680. The Court will be available to go on the record if necessary.

8. After conducting an auction, if necessary, the Receiver shall submit a final proposed order identifying the highest bidder, whether it is the Buyer or a Qualified Overbidder, by name, so that the Court may confirm the sale.

IT IS SO ORDERED.

Dated: **July 10, 2018**      **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE