JOHN B. BULGOZDY (Cal. Bar No. 219897)
Email: bulgozdyj@sec.gov
MANUEL VAZQUEZ (Cal. Bar No. 295576)
Email: vazquezm@sec.gov
MATTHEW T. MONTGOMERY (Cal. Bar No. 260149)
Email: montgomerym@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka Patel, Associate Regional Director
John W. Berry, Associate Regional Director
Amy Jane Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BIC REAL ESTATE DEVELOPMENT CORPORATION and DANIEL R. NASE, individually and d/b/a BAKERSFIELD INVESTMENT CLUB,<br><br>Defendants,<br><br>BIC SOLO 401K TRUST and MARGARITA NASE,<br><br>Relief Defendants. | Case No. 1:16-cv-00344-LJO-JLT<br><br>(~~PROPOSED~~) **ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO STAY CASE DURING PARTIAL GOVERNMENT SHUTDOWN**<br>**(Doc. 412)** |

| | |
|---|---|
| 1 | This case is before the Court on the Motion of Plaintiff Securities and Exchange |
| 2 | Commission to Stay Case During Partial Government Shutdown.  For good cause |
| 3 | shown, the Motion is GRANTED, and the January 31, 2019 settlement conference is |
| 4 | vacated.  The parties shall meet and confer on a new date for a settlement conference |
| 5 | within seven days after the shut-down ends. |

IT IS SO ORDERED.

Dated: **January 18, 2019**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE