# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BIC REAL ESTATE DEVELOPMENT CORPORATION and DANIEL R. NASE, individually and d/b/a BAKERSFIELD INVESTMENT CLUB,**<br><br>Defendants,<br><br>**BIC SOLO 401K TRUST and MARGARITA NASE,**<br><br>**Relief Defendants.** | 1:16-cv-00344-LJO-JLT<br><br>**INTERIM ORDER ON SEC'S MOTION FOR TURNOVER OF DEFENDANT DANIEL NASE'S FROZEN CAPITAL ONE FUNDS (ECF No. 429)** |

The Court is in receipt of the SEC's Motion for Turnover of Daniel Nase's Frozen Capital One Funds. ECF No. 429. Daniel Nase's Capital One funds are **ORDERED** to remain frozen and the parties **SHALL** follow the standard briefing schedule in responding to the SEC's Motion. In addition to the expected opposition by Mr. Nase, the Receiver **SHALL** file either an opposition or statement of no opposition to the SEC's motion.

IT IS SO ORDERED.

    Dated: __**July 23, 2019**__          _____/s/ Lawrence J. O'Neill_____
                                                          UNITED STATES CHIEF DISTRICT JUDGE