UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>BIC REAL ESTATE DEVELOPMENT CORPORATION and DANIEL R. NASE, individually and d/b/a BAKERSFIELD INVESTMENT CLUB,<br><br>        Defendants,<br><br>BIC SOLO 401K TRUST and MARGARITA NASE,<br><br>        Relief Defendants. | 1:16-cv-00344-LJO-JLT<br><br>ORDER UNFREEZING MARGARITA NASE'S CAPITAL ONE FUNDS (ECF No. 327) |

      On July 10, 2019, this Court ordered that the frozen Capital One funds in the amount of $50,000 belonging to Margarita Nase held in the Vick Law Group client trust account shall be unfrozen in fourteen days from electronic service of that order, unless a party files an objection. ECF No. 428. That deadline has passed and no party has filed any objection to the unfreezing of Ms. Nase's funds.[1]

---

[1] In a separate order, the Court ordered the frozen Capital One funds belonging to Defendant Daniel Nase to remain frozen, due to the SEC's objection. ECF Nos. 429-30.

1

Therefore, the Capital One funds belonging to Ms. Nase, and any interested accrued thereupon, are **ORDERED** to be unfrozen and returned to Ms. Nase.

IT IS SO ORDERED.

Dated: **July 30, 2019**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE