Shuman Sohrn (Fla. Bar No. 669989)
Email: SohrnS@sec.gov
Division of Enforcement
Securities and Exchange Commission
100 F Street NE, Mail Stop 5628
Washington, D.C. 20549
Telephone: (202) 551-8472
Facsimile: (202) 304-1469
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff/Judgment-Creditor,<br><br>v.<br><br>BIC REAL ESTATE DEVELOPMENT CORP. and DANIEL R. NASE, individually and d/b/a BAKERSFIELD INVESTMENT CLUB,<br><br>Defendants/Judgment-Debtors,<br><br>BIC SOLO 401K TRUST and MARGARITA NASE,<br><br>Relief Defendants. | Case No.: 1:16-cv-00344-LJO-JLT<br><br>**STIPULATION AND PROPOSED ORDER DIRECTING THE TURNOVER OF FROZEN CAPITAL ONE LINE OF CREDIT FUNDS** |

Upon consideration of Plaintiff/Judgment-Creditor Securities and Exchange Commission ("SEC") Motion for an Order Directing the Turnover of Frozen Capital One Line of Credit Funds (the "Motion" [Doc. 429]) and Receiver David P. Stapleton's (the "Receiver") Statement of Support for the Motion (the "Receiver's Statement" [Doc. 431]), and pursuant to the stipulation by and between the SEC and Defendant Daniel R. Nase ("Mr. Nase"), as evidenced by the

2

endorsement of their respective counsel of record below, and with this Court's approval, it is hereby STIPULATED, AGREED, and ORDERED as follows:

1. The SEC's Motion is GRANTED pursuant to the terms set forth herein;

2. The SEC, as a judgment-creditor of Mr. Nase, is entitled to collect the entirety of the Capital One line of credit funds issued to Mr. Nase, including the $43,962.29 in credit line proceeds issued from Mr. Nase's Capital One credit account ending in x-1764, presently being held in Vick Law Group's (Mr. Nase's counsel of record) trust account(s), together with all interest accrued thereon (collectively, the "Mr. Nase Funds"). However, pursuant to an agreement between the SEC and Mr. Nase, $1,000 of the Mr. Nase Funds may be retained by Mr. Nase and applied to his attorneys' fees obligations owed to the Vick Law Group (the "Carveout").

3. Vick Law Group, counsel of record for Defendant Mr. Nase, is directed to pay all of the Mr. Nase Funds, including all interest accrued thereon, <u>less the $1,000 Carveout</u>, by check payable to the "United States Securities and Exchange Commission" and mail or deliver the check(s) to the following address: Enterprise Services Center, Accounts Receivable Branch, 6500 South MacArthur Boulevard, Oklahoma City, OK 73169. Such payment shall be made within five (5) business days of the entry of this order, and accompanied by a cover letter copied to the Commission's counsel of record that identifies the caption and action

number of this case, the name of this Court, and indicates that the funds are being paid pursuant to the Final Judgment entered in this matter on May 17, 2017 (Doc. 225).

4. The Court reserves jurisdiction to enforce this order.

SO STIPULATED.

Dated: August 6, 2019.

/s/ Shuman Sohrn
Shuman Sohrn (Fla. Bar No. 669989)
Email: SohrnS@sec.gov
Division of Enforcement
Securities and Exchange Commission
100 F Street NE, Mail Stop 5628
Washington, D.C. 20549
Telephone: (202) 551-8472
*Counsel for Securities and Exchange Commission*

/s/ Scott Vick
Scott Vick (Ca. Bar No. 171944)
Email: Scott@vicklawgroup.com
Vick Law Group, APC
800 West 6th Street, Suite 1220
Los Angeles, CA 90017
Telephone: (213) 784-6227
*Counsel for Daniel R. Nase*

**ORDER**

The above Stipulation is APPROVED.

**IT IS SO ORDERED.**

Dated: **August 6, 2019**           **/s/ Lawrence J. O'Neill**
                                    **UNITED STATES CHIEF DISTRICT JUDGE**