UNITED STATES DISTR/ICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BIC REAL ESTATE DEVELOPMENT CORPORATION and DANIEL R. NASE, individually and d/b/a BAKERSFIELD INVESTMENT CLUB,<br><br>Defendants,<br><br>BIC SOLO 401K TRUST and MARGARITA NASE,<br><br>Relief Defendants. | 1:16-cv-00344-LJO-JLT<br><br>MEMORANDUM DECISION AND ORDER RE SUPPLEMENTAL REPORT OF RECEIVER, DAVID P. STAPLETON, RE: COMPLETION OF SALE OF OIL COMPANY ASSETS (ECF NO. 435) |

The Receiver's Supplemental Report (ECF No. 435) is accepted. The Receiver is authorized to continue his administration of the Receivership Entities and their assets consistent with this Order and the Court's prior orders.

IT IS SO ORDERED.

Dated: **October 1, 2019**         /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE

1