UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BIC REAL ESTATE DEVELOPMENT CORPORATION and DANIEL R. NASE, individually and d/b/a BAKERSFIELD INVESTMENT CLUB,<br><br>　　　　Defendants,<br><br>BIC SOLO 401K TRUST and MARGARITA NASE,<br><br>　　　　Relief Defendants. | Case No. 1:16-cv-00344-LJO-JLT<br><br>[PROPOSED] ORDER GRANTING FOURTH INTERIM APPLICATIONS OF RECEIVER, DAVID P. STAPLETON, AND ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, GENERAL COUNSEL TO THE RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES [January 1, 2018 - June 30, 2018]<br><br>Ctrm:　4, 7th Floor<br>Judge Lawrence J. O'Neill |

　　　Before the Court are the collective Fourth Interim Applications for Payment of Fees and Reimbursement of Expenses (the "Application") filed by David P. Stapleton (the "Receiver"), the Court-appointed permanent receiver for Defendant BIC Real Estate Development Corporation and its subsidiaries and affiliates including, but not limited to, WM Petroleum, Target Oil & Gas Drilling, Inc., Tier 1 Solar Power Company, Tier 1 Solar Power Company, LLC, and Home Sweet Holdings (collectively, the "Receivership Entities"), together with the Receiver's counsel of record, Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen

Matkins"), for services rendered for the period of January 1, 2018 to June 30, 2018 (the "Application Period"). In the Application, the Receiver requests approval of his fees and expenses ($175,806.50 and $1,823.90, respectively), and payment of 75% of his fees ($131,854.88) and 100% of his expenses ($1,823.90). The Receiver also requests approval of Allen Matkins' fees and expenses ($128,318.85 and $3,709.17, respectively), and payment of 75% of its fees ($96,239.14), and 100% of its expenses ($3,709.17).

The Application having been considered, and good cause appearing therefor, this Court orders as follows:

1. The fees and expenses incurred by the Receiver during the Application Period, in the respective amounts of $175,806.50 and $1,823.90, are approved;

2. The Receiver is authorized to pay himself, on an interim basis, 75% of his fees incurred during the Application Period, in the amount of $131,854.88 and 100% of his expenses incurred during the Application Period, in the amount of $1,823.90, from the assets of the Receivership Entities;

3. The fees and expenses of Allen Matkins during the Application Period, in the respective amounts of $128,318.85 and $3,709.17, are approved;

4. The Receiver is authorized to pay Allen Matkins, on an interim basis, 75% of the fees it incurred during the Application Period, in the amount of $96,239.14 and 100% of the expenses it incurred during the Application Period, in the amount of $3,709.17, from the assets of the Receivership Entities; and

\\\
\\\
\\\
\\\
\\\
\\\
\\\

5. The fees approved, but not paid, pursuant to this order shall be subject to final review by the Court in connection with the Receiver's and Allen Matkins' collective final fee and expense applications, to be submitted contemporaneously with the wind-down and termination of the receivership in the above-entitled matter.

**SO ORDERED.**

Dated: _____

                                          Hon. Lawrence J. O'Neill
                                          Judge, United States District Court

# **PROOF OF SERVICE**

*Securities and Exchange Commission v. BIC Real Estate Development Corporation and Daniel R. Nase, et al.*
USDC, Eastern District of California – Case No. 1:16-cv-00344 (LJO) JLT

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 865 S. Figueroa Street, Suite 2800, Los Angeles, California 90017-2543.

On **October 1, 2019**, I caused to be served the document entitled: **[PROPOSED] ORDER GRANTING FOURTH INTERIM APPLICATIONS OF RECEIVER, DAVID P. STAPLETON, AND ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, GENERAL COUNSEL TO THE RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES [January 1, 2018 – June 30, 2018]** on all the parties to this action addressed as stated on the attached service list.

☒ **OFFICE MAIL**:   By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with the firm's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **OVERNIGHT DELIVERY**:   I deposited in a box or other facility regularly maintained by Fedex, or delivered to a courier or drive authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in sealed envelope(s) or package(s) designed by the express service carrier, with fees for overnight delivery paid or provided for.

☐ **HAND DELIVERY**:   I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **ELECTRONIC MAIL**:   By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING**: By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX**: By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on **October 1, 2019** at Los Angeles, California.

/s/ *Martha Diaz*
Martha Diaz

# SERVICE LIST

*Securities and Exchange Commission v. BIC Real Estate Development Corporation and Daniel R. Nase, et al.*
USDC, Eastern District of California – Case No. 1:16-cv-00344 (LJO) JLT

| | |
|---|---|
| Franchise Tax Board (FTB)<br>P.O. Box 2952<br>Sacramento, CA  95812-2952 | **VIA U.S. MAIL** |
| Internal Revenue Service<br>880 Front Street<br>San Diego, CA  92101-8869 | **VIA U.S. MAIL** |