UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BIC REAL ESTATE DEVELOPMENT CORPORATION and DANIEL R. NASE, individually and d/b/a BAKERSFIELD INVESTMENT CLUB,<br><br>Defendants,<br><br>BIC SOLO 401K TRUST and MARGARITA NASE,<br><br>Relief Defendants. | Case No. 1:16-cv-00344-LJO-JLT<br><br>ORDER GRANTING MOTION OF RECEIVER, DAVID P. STAPLETON, FOR ORDER AUTHORIZING FIRST INTERIM DISTRIBUTION ON ALLOWED, NON-SUBORDINATED CLAIMS<br><br>(ECF No. 440) |

**<u>ORDER</u>**

Before the Court is the Motion of Receiver, David P. Stapleton, for Order Authorizing First Interim Distribution on Allowed, Non-Subordinated Claims (the "Motion"). By the Motion, the Court-appointed permanent receiver, David P. Stapleton (the "Receiver"), requests that this Court authorize him to make a first interim, *pro rata* distribution in the aggregate amount of $1.5 million on non-subordinated claims previously deemed allowed by the Court. ECF No. 440.

| | |
|---|---|
| 1 | Plaintiff, the United States Securities and Exchange Commission, supports the |
| 2 | Motion. ECF No. 442. |
| 3 |     The Motion having been considered, and good cause appearing therefor, this |
| 4 | Court orders as follows: |
| 5 |     1.    The Motion is GRANTED, in its entirety; and |
| 6 |     2.    The Receiver is AUTHORIZED to make the first interim, *pro rata* |
| 7 | distribution on allowed, non-subordinated claims, in the aggregate amount of |
| 8 | $1.5 million and as recommended in the motion and presented in **Exhibit 1** to |
| 9 | the Receiver's contemporaneously filed, supporting declaration. |
| 10 | |
| 11 | IT IS SO ORDERED. |
| 12 | Dated: **December 1, 2019**    /s/ Lawrence J. O'Neill<br>UNITED STATES CHIEF DISTRICT JUDGE |