DAVID R. ZARO (BAR NO. 124334)
JOSHUA A. DEL CASTILLO (BAR NO. 239015)
NORMAN M. ASPIS (BAR NO. 313466)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone:  (213) 622-5555
Fax:  (213) 620-8816
E-Mail:  dzaro@allenmatkins.com
         jdelcastillo@allenmatkins.com
         naspis@allenmatkins.com

Attorneys for Receiver
DAVID P. STAPLETON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>      v.<br><br>BIC REAL ESTATE DEVELOPMENT CORPORATION and DANIEL R. NASE, individually and d/b/a BAKERSFIELD INVESTMENT CLUB,<br><br>      Defendants,<br><br>BIC SOLO 401K TRUST and MARGARITA NASE,<br><br>      Relief Defendants. | Case No. 1:16-cv-00344-NONE-JLT<br><br>FINAL APPLICATION OF RECEIVER, DAVID P. STAPLETON, AND ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, GENERAL COUNSEL TO THE RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES<br><br>[Notice of Motion and Motion; Memorandum of Points and Authorities; Declaration of David P. Stapleton; Final Report and Accounting; and [Proposed] Order submitted concurrently herewith]<br><br>Date:  July 1, 2020<br>Time:  8:30 a.m.<br>Ctrm:  4, 7th Floor |

1

## <u>TABLE OF CONTENTS</u>

2
<u>Page</u>

3

I.  INTRODUCTION ...................................................................................4

4

II.  GENERAL SUMMARY ...........................................................................7

5

III.  RELEVANT FACTUAL BACKGROUND ...........................................8

6

IV.  SERVICES RENDERED BY RECEIVER DURING THE
APPLICATION PERIOD .......................................................................9

7

8          A.  Asset Identification And Recovery ....................................9

9          B.  Accounting And Financial Matters ...................................10

10         C.  Administrative Matters ......................................................10

11         D.  Asset Management .............................................................10

12         E.  Communication With Counsel And The Commission .......11

13         F.  Claims Management ...........................................................11

14         G.  Case Management ...............................................................11

15         H.  Disposition of Assets and Coordination ...........................12

16         I.  Communication With Investors .........................................13

17         J.  Money-In / Money-Out Analysis .......................................13

18         K.  Oil Company ......................................................................13

19         L.  Reporting ...........................................................................14

20         M.  Solar Assets .......................................................................14

21         N.  Tax Issues ..........................................................................14

22  V.  SERVICES RENDERED BY ALLEN MATKINS DURING
THE APPLICATION PERIOD .............................................................15

23
           A.  Allen Matkins As Counsel To The Receiver ....................15
24
                1.  General Receivership.............................................16
25
                2.  Asset Recovery and Administration .....................17
26
                3.  Investigation/Reporting ........................................17
27
                4.  Investor Issues .....................................................18
28
                5.  Sale of Assets/Disposition ...................................19

**Page**

6.     Pending Litigation ...................................................19

7.     Claims/Distribution..................................................20

VI.    THE FEES AND EXPENSES ARE REASONABLE AND SHOULD BE ALLOWED...........................................................21

VII.   CONCLUSION .........................................................23

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

1205702.01/LA

-3-

1  **I.      INTRODUCTION.**

2        David P. Stapleton (the "Receiver"), the Court-appointed permanent receiver

3  for Defendant BIC Real Estate Development Corporation and its subsidiaries and

4  affiliates including, but not limited to, WM Petroleum, Target Oil & Gas Drilling,

5  Inc., Tier 1 Solar Power Company, Tier 1 Solar Power Company, LLC, and Home

6  Sweet Holdings (collectively, the "Receivership Entities" or "Entities"), and his

7  counsel of record, Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen

8  Matkins")[1], hereby submit their collective Final Application for Payment of Fees

9  and Reimbursement of Expenses (the "Application").  The Receiver and Allen

10  Matkins submit this Application as part of the Receiver's concurrently submitted

11  Motion for Order:  (1) Approving Final Report and Accounting; (2) Authorizing

12  Payment of Final Fee Application of Receiver and Professionals; (3) Authorizing

13  Final Distribution on Allowed Claims; (4) Authorizing Submission of Appropriate

14  Tax Returns; (5) Authorizing Abandonment or Destruction of Records; and

15  (6) Closing Receivership Case and Discharging Receiver (the "Wind-Down

16  Motion").

17        By way of this Application, the Receiver and his Professionals request

18  authorization for payment of:  (1) the fees and expenses incurred by the Receiver

19  and his Professionals during the period from July 1, 2018 through March 31, 2020

20  (the "Application Period"); (2) the so-called hold-backs of fees already approved by

21  this Court in connection with prior fee and expense applications, but as yet unpaid

22  (the "Hold-backs"); and (3) the administrative and professional fees and expenses

23  for the period from April 1, 2020 through the termination of the instant receivership

24  (the "Wind-Down Fees"), as follows:

25

26

27

28  _____
[1]   Allen Matkins is occasionally referred to herein as the Receiver's "Professionals."

| Application Period Fees and Expenses | | | |
|---|---|---|---|
| Applicant | Fees | Expenses | **TOTAL:** |
| Receiver | $245,833.50 | $2,448.60 | $248,282.10 |
| Allen Matkins | $201,006.90 | $2,360.56 | $203,367.46 |
| **TOTAL:** | $446,840.40 | $4,809.16 | $451,649.56 |

| Hold-backs | |
|---|---|
| Applicant | Amount Requested for Payment |
| First Interim Hold-back (Receiver) | $89,273.07 |
| First Interim Hold-back (Allen Matkins) | $37,656.18 |
| Second Interim Hold-back (Receiver) | $36,380.30 |
| Second Interim Hold-back (Allen Matkins) | $27,754.56 |
| Third Interim Hold-back (Receiver) | $93,352.00 |
| Third Interim Hold-back (Allen Matkins) | $59,977.24 |
| Fourth Interim Hold-back (Receiver) | $43,951.62 |
| Fourth Interim Hold-back (Allen Matkins) | $32,079.81 |
| **RECEIVER TOTAL:** | $262,956.99 |
| **ALLEN MATKINS TOTAL:** | $157,467.79 |
| **TOTAL:** | $420,424.78 |

| Wind-Down Fees and Expenses | |
|---|---|
| Applicant | Amount Requested for Payment |
| Receiver | $25,000.00 |
| Allen Matkins | $25,000.00 |
| **TOTAL:** | $50,000.00 |

| Total Administrative and Professional Fees and Expenses | | | | |
|---|---|---|---|---|
| Applicant | Application Period Fees and Expenses | Hold-backs | Wind-down Fees and Expenses | TOTAL: |
| Receiver | $248,282.10 | $262,956.99 | $25,000.00 | $536,239.09 |
| Allen Matkins | $203,367.46 | $157,467.79 | $25,000.00 | $385,835.25 |
| TOTAL: | $451,649.56 | $420,424.78 | $50,000.00 | $922,074.34 |

Accordingly, the Receiver and Allen Matkins seek authorization for payment, in full, of their:  (1) respective fees and expenses incurred during the Application Period, in the aggregate amount of $451,649.56; (2) Hold-backs, which constitutes the portion of their fees already incurred and already approved by this Court, as reflected in prior applications, but as yet unpaid, in the aggregate amount of $420,424.78; and (3) Wind-Down Fees, which represents the Receiver's and Allen Matkins' anticipated administrative and professional fees and expenses for the period from April 1, 2020 through the termination of the instant receivership, in the aggregate amount of $50,000.00.  As discussed below, the Receiver's gross recoveries in this matter exceeded $12 million, including the proceeds collected from the sale of the assets of WM Petroleum and Target Oil & Gas Drilling, Inc. (collectively, the "Oil Company").  Therefore, the Receiver's and Allen Matkins' aggregate fees and expenses, including those in issue here, fall well below 33% of the total recoveries in the instant receivership, which was identified by the Court as its baseline for determining reasonableness (see ECF No. 346), and the 25% benchmark established by the Ninth Circuit as presumptively reasonable.[2]  Indeed, the Receiver's and Allen Matkins' aggregate fees and expenses, including those in issue here, are approximately 20% of the total recoveries in this case.

---

[2]   See, e.g., Powers v. Eichen, 229 F.3d 1249, 1256-57 (9th Cir. 2000) (25% determined to be an appropriate benchmark in common fund matters.)

1    The Receiver believes he has – with the assistance of his Professionals –

2  fulfilled each of his responsibilities, to the fullest extent possible, under this Court's:

3  (a) April 8, 2016 Stipulated Preliminary Injunction and Orders (1) Freezing Assets,

4  and (2) Appointing A Permanent Receiver (the "Appointment Order") (ECF

5  No. 42); (b) May 6, 2016 Supplemental Order in Aid of Receivership (the "Order in

6  Aid") (ECF No. 58); and (c) June 14, 2016 Order on First Interim Report and

7  Petition for Further Instructions (the "First Interim Report Order") (ECF No. 76),

8  and that further efforts to administer the receivership would not yield a net benefit to

9  the estate of the Receivership Entities (the "Estate").[3]  Therefore, the Receiver

10  respectfully submits that it is now appropriate to request payment of his, and his

11  Professionals', fees and expenses, as noted above and as further detailed below, in

12  the aggregate amount of $922,074.34, and to wind-down and terminate the instant

13  receivership.

14  **II.    GENERAL SUMMARY.**

15    As reflected in his prior submissions to this Court, the Receiver, with the

16  assistance of Allen Matkins, made substantial progress toward, and ultimately

17  satisfied, each of his duties as identified in the Appointment Order, the Order in Aid,

18  and the First Interim Report Order.  The specific actions undertaken by the Receiver

19  and his Professionals during the course of the instant receivership are as identified in

20  the Receiver's various quarterly, supplemental, and accounting reports (see, e.g.,

21  ECF Nos. 30, 69, 74, 85, 101, 151, 167, 295, 342, 420, and 435).  By way of short

22  summary, and among other things, the Receiver has:

23    •    Continued to administer the Receivership Entities and their Estate,

24  including by attending to ongoing operational issues;

25

26

---

27  [3]  The specific accomplishments of the Receiver and his Professionals are summarized in the Wind-Down Motion, and in the Receiver's Final Report and

28  Accounting (the "Final Report"), submitted concurrently with the instant Application.

1 • Marshalled and preserved the Entities' assets ("Receivership Assets" or

2 "Assets"), including via the management and sale of real and personal property

3 Assets, rents collected from the Entities' portfolio of residential real properties (the

4 "Properties"), and funds turned over from receivership-related bank accounts.  To

5 that end, the Receiver recovered and collected a total of more than $12 million for

6 the administration of the Receivership Entities, and for the benefit of their investors

7 and creditors, as reflected in his concurrently submitted Final Report;

8 • Completed a detailed review and analysis of the business and financial

9 activities of the Receivership Entities, which, among other things, enabled the

10 Receiver to complete a money-in/money-out ("MIMO") accounting of the net

11 contributions of investors in, and creditors of, the Receivership Entities;

12 • Eliminated Receivership Entity liabilities, including via the

13 abandonment of certain Properties worth less than the debt they secured;

14 • Developed, and secured Court approval of, his proposed first interim

15 distribution to claimants, pursuant to which the Receiver made an initial

16 distribution, in the aggregate amount of $1.5 million, on a *pro rata* basis on allowed,

17 non-subordinated claims, which also contemplated a second and final distribution of

18 more than $500,000 on allowed, non-subordinated claims (now ready to be

19 completed, in an estimated amount exceeding $610,000); and

20 • Prepared and submitted periodic reports to the Court regarding the

21 status and results of the Receiver's administration of the Estate.

22 **III.   RELEVANT FACTUAL BACKGROUND.**

23 The Receiver invites the Court and all interested parties to review his prior

24 quarterly, supplemental, and accounting reports for a general summary of the

25 relevant facts underlying the above-captioned receivership case, the Receiver's

26 MIMO analysis, and the activities of the Receiver and his Professionals.

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

1205702.01/LA

-8-

## IV.   SERVICES RENDERED BY RECEIVER DURING THE APPLICATION PERIOD.

During the Application Period, and as detailed herein, the Receiver and his staff devoted approximately 1,360.2 hours working on behalf of the Receivership Entities, at a weighted-average hourly billing rate of $180.73.  The Receiver's fees and weighted-average hourly billing rate represent significant savings to the Estate due, in substantial part, to the discount the Receiver has applied to all time on this matter, and the efficient utilization of the Receiver's and his team's expertise and experience in accounting and asset disposition efforts.

A true and correct copy of all of the Receiver's invoices for the Application Period are attached to his concurrently filed declaration.  (See concurrently filed Declaration of David P. Stapleton, ¶ 9, Ex. A.)  In his reasonable business judgment, the Receiver believes that the hourly rates charged were appropriate, given the requirements of the instant receivership, that every effort was made to have tasks completed at the lowest possible billing rate, and that the total fees for which he seeks authorization for payment are fair and reasonable.  (Id. at ¶ 9.)  The Receiver has also prepared an updated Standardized Fund Accounting Report for the Estate, in accordance with the Plaintiff Securities and Exchange Commission's ("Commission") billing requirements, summarizing the Receiver's collections, disbursements, and financial activities on behalf of the Receivership Entities and the Estate.  (Id. at ¶ 10; see also Final Report at Ex. 1.)

The services performed by the Receiver during the Application Period are described below, and in more detail in the Receiver's invoices, which are attached as **Exhibit A** to the Declaration of David P. Stapleton.

### A.   Asset Identification And Recovery.

The Receivership Entities possessed multiple forms of Assets, largely comprised of cash, the Properties, and the Oil Company.  During the Application Period, the Receiver continued his efforts to manage these Assets.

With regard to the Properties, the Receiver's team continued its due diligence, management, and sale efforts, and particularly focused on the turnover of six abandoned Properties to Valley Mortgage Investments, Inc. ("VMI"), thereby enabling VMI to enforce its security interest by foreclosure.  In pursuit of turning over these abandoned Properties, the Receiver:  (1) reviewed updated title reports; (2) assisted in the turnover of security deposits, rents, and keys; (3) engaged eviction services; and (4) reviewed the status of mortgage payments in connection with these Properties.  During the Application Period, the Receiver also devoted a limited amount of time to processing wire transfers of funds to receivership bank accounts.

**B.     Accounting And Financial Matters.**

During the Application Period, the Receiver further examined bank statement activity, including checks issued, deposits, and withdrawals, to assess the amount of cash available and overall transaction history of the Receivership Entities.  The Receiver also continued to implement procedures for the processing of accounts payable, such as property taxes and accounts receivable.  The Receiver prepared periodic cash and financial reports for the Receivership Entities, which involved reviewing the Entities' accounts for incoming wires, processing check deposits and invoices, and reconciling bank statements, among other tasks.

**C.     Administrative Matters.**

The Receiver's staff recorded general administrative tasks relevant to other categories of work in this category, including Asset management, certain tax issues, and keeping Entity investors apprised of the status of the Receiver's efforts by consistently posting to the receivership website.

**D.     Asset Management.**

During the Application Period, the Receiver and his staff largely devoted time within this category to reviewing ACH and incoming wire transfer activity for the receivership accounts, which related to the Receiver's underlying Asset management and administration efforts, and ensured consistent reconciliations across all

1  receivership accounts.  The Receiver and his staff also devoted time within this

2  category to addressing certain issues in connection with the Properties, including

3  valuations, processing abandoned Properties, and resolving squatter activity.

4      **E.      Communication With Counsel And The Commission.**

5          During the Application Period, the Receiver spent a limited amount of time

6  communicating with Allen Matkins regarding his administration of the Receivership

7  Entities and the Estate, including in connection with the Receiver's recommended

8  treatment of investor and creditor claims against the Receivership Entities, the

9  Receiver's handling of specific objections to claims, including VMI's claim, general

10  accounting and recovery issues, and the status of the Oil Company's sale out of

11  receivership, amongst other topics.

12      **F.      Claims Management.**

13          During the Application Period, the Receiver and his staff spent time

14  reviewing and processing submitted claims, corresponding with investors regarding

15  inquiries and claims, and preparing summary schedules and other claims reporting

16  materials.  The majority of time spent within this category was devoted to

17  responding to investor inquiries regarding the claims process, and generally keeping

18  investors apprised of the Receiver's distribution efforts.  The Receiver and his staff

19  also devoted a limited amount of time within this category distinguishing retirement

20  and non-retirement claims, and assessing potential distribution issues in connection

21  therewith.

22      **G.      Case Management.**

23          During the Application Period, the Receiver and his staff assisted in the

24  preparation of several documents filed in this Court, including the Receiver's

25  Motion for Order:  (1) Approving Receiver's Recommended Treatment of Claims;

26  and (2) Authorizing Recommended Distribution on Allowed Claims (ECF No. 393),

27  the Receiver's Sixth Interim Report and Petition for Further Instructions (the "Sixth

28  Report") (ECF No. 420), and the Receiver's Motion for Order Authorizing First

1  Interim Distribution on Allowed, Non-Subordinated Claims (ECF No. 440).  As

2  discussed in the Sixth Report, the Receiver attended to case administration issues,

3  during the Application Period, in connection with VMI's claim for repayment on

4  outstanding loans, plus attorneys' fees, and the Receiver's Motion for Order

5  Instructing VMI to Make Payment to the Receiver (ECF No. 394), pursuant to

6  which the Receiver sought reimbursement from VMI for administrative expenses

7  that the Receiver incurred for managing and maximizing the value of those

8  Properties that served as collateral for VMI's loans.  The Receiver devoted time

9  within this category to attending the Court-ordered settlement conference before

10 Magistrate Judge McAuliffe on March 28, 2019, in connection with VMI's then-

11 outstanding claim and the Receiver's reimbursement claim.  Ultimately, as discussed

12 in the Final Report, VMI withdrew its claim against the Estate for attorneys' fees

13 and costs, yielding a net savings to the Estate of $87,000.

14     The Receiver and his staff also devoted time within this category to

15 performing an accounting of Receivership Assets, including an assessment of gross

16 recoveries and expenses, cash on-hand, and revenues generated from the Oil

17 Company.  Moreover, time billed within this category also comprised the Receiver's

18 and his staff's work in connection with the distribution process on allowed claims,

19 and attention to certain tax issues in connection therewith.

20     **H.     Disposition of Assets and Coordination.**

21     During the Application Period, the Receiver and his team coordinated with

22 Allen Matkins, the Receiver's real property professionals, and prospective buyers

23 regarding the disposition of certain Properties.  The Receiver, in conjunction with

24 counsel, implemented his Court-approved disposition plan, pursuant to which he

25 effectuated the sale of several of the Properties, which involved attending to closing

26 documents, including escrow documents, and conferring with the Receiver's real

27 property professionals.  Additionally, the Receiver coordinated with Allen Matkins

28

1  on issues related to the abandonment of six (6) residential real Properties to VMI,

2  thereby enabling VMI to enforce its security interests via foreclosure.

3  **I.      Communication With Investors.**

4  This matter involves a pool of more than 500 Entity investors, whom the

5  Receiver has sought to keep informed regarding his progress in administering the

6  Receivership Entities and the Estate.  During the Application Period, the Receiver

7  responded to inquiries from investors who requested general information regarding

8  the nature and status of the receivership, including the claims process, the status of

9  sales of the Properties and the Oil Company, and the timeline for a resolution and

10  distribution to investors, among other issues.  The Receiver also managed the

11  receivership website to provide case updates to the investors, and monitored the

12  website's message portal, another avenue by which investors are able to correspond

13  with the Receiver.

14  **J.      Money-In / Money-Out Analysis.**

15  During the Application Period, the Receiver devoted a very limited amount of

16  time toward his MIMO efforts, which were focused on reviewing certain

17  transactions involving Daniel Nase, and certain banking transactions in connection

18  with the Receiver's submissions to the Court.

19  **K.      Oil Company.**

20  During the Application Period, the Receiver devoted a significant amount of

21  time to operating the Oil Company as a going concern, the successful operation of

22  which significantly supported the costs of the instant receivership, and facilitating its

23  Court-approved sale.  On July 10, 2018, the Court entered its Order Granting

24  Motion of Receiver, David P. Stapleton, for Order Authorizing and Approving Sale

25  of the Assets of WM Petroleum and Target Oil & Gas Drilling, Inc.; Appointing

26  Receiver to Conduct Auction For Qualified Bidders (ECF No. 381), pursuant to

27  which the Court authorized the Receiver to consummate the sale of the Oil

28  Company to the buyer, in a manner consistent with the Purchase and Sale

1  Agreement and the Court's prior orders regarding the sale of the Oil Company.

2  After entry of the Court's July 10, 2018 Order, and its July 18, 2018 Supplemental

3  Order on Motion of Receiver, David P. Stapleton, for Order Authorizing and

4  Approving Sale of the Assets of WM Petroleum and Target Oil & Gas Drilling, Inc.

5  (ECF No. 390), the Oil Company's mineral rights holders and the Receiver's buyer

6  attended to and arranged for all necessary assignments of the Oil Company-

7  associated mineral leases, which the Receiver and his staff facilitated extensively

8  during the Application Period.  Ultimately, after facilitating the Oil Company's lease

9  assignments and operating the Oil Company as a going concern, the Receiver

10  administered the Oil Company's Court-approved sale, at the Court-approved sale

11  price of $900,000.

12      **L.      Reporting.**

13      During the Application Period, the Receiver and his staff devoted a limited

14  amount of time within this category in connection with various Court filings,

15  including filings related to the treatment of VMI's claims and the Receiver's

16  reimbursement claim against VMI.

17      **M.      Solar Assets.**

18      During the Application Period, the Receiver and his team received, reviewed,

19  and reconciled financial documentation regarding the solar business of the

20  Receivership Entities, including bank statements, as well as a summary report and

21  vendor ledger.

22      **N.      Tax Issues.**

23  During the Application Period, the Receiver and his team reviewed and processed

24  tax payments, amended returns, and prepared relevant tax-related documents,

25  including general ledgers and schedules for property sales, and corresponded with

26  tax accountants.

27

28

**V.   SERVICES RENDERED BY ALLEN MATKINS DURING THE**
**APPLICATION PERIOD.**

**A.   Allen Matkins As Counsel To The Receiver.**

The Order approving the Receiver's engagement of Allen Matkins was entered on April 12, 2016 (ECF No. 43).  The Receiver selected Allen Matkins as his general counsel because of the Firm's extensive experience and expertise in federal equity receiverships, as well as bankruptcy and litigation matters.  Allen Matkins has served as counsel to federal equity receivers in dozens of cases, has represented a variety of entities in bankruptcy matters, and has significant substantive experience in related areas such as corporate and securities laws, real estate, and other matters.

During the Application Period, Allen Matkins staffed each task as efficiently as possible, using a team of core attorneys, with the assistance of specialized expertise as necessary.  Allen Matkins spent approximately 342.9 hours working on behalf of the Receiver, at a weighted-average hourly billing rate of approximately $586.20.  The fees sought by Allen Matkins and its weighted-average hourly billing rate represent significant savings to the Receivership Estate due primarily to:  (1) an across-the-board discount of 10% applied to attorney time on this matter; and (2) the efficiencies created by Allen Matkins' commitment to staffing each task with a core team of attorneys that have extensive experience and expertise in federal equity receiverships.

Detailed descriptions of the services rendered by Allen Matkins are contained in **Exhibit A**, attached hereto.  Biographical information of the Allen Matkins attorneys who have rendered significant services to the Receiver during the Application Period are attached hereto as **Exhibit B**.  During the Application Period, Allen Matkins recorded its time in the following categories:[4]

---

[4]   While every effort is made to be consistent and accurate in the allocation of activities to the various categories, certain activities may lend themselves to more

1.      General Receivership;

2.      Asset Recovery and Administration;

3.      Investigation/Reporting;

4.      Investor Issues;

5.      Sale of Assets/Disposition;

6.      Pending Litigation; and

7.      Claims/Distribution.

1.      <u>General Receivership.</u>

Services in the "General Receivership" category relate to assisting the Receiver with the general administration of the Receivership Estate.  During the Application Period, Allen Matkins attorneys assisted the Receiver by preparing various submissions to the Court, including in connection with the instant wind-down and termination efforts.  Allen Matkins further assisted the Receiver in the implementation of the Receiver's Estate administration plans, and addressed general case administration matters, including accounting, reporting, and Asset recovery issues, as they arose.

The following Allen Matkins personnel billed material time to this category:

| Name | Title | Rate | Hours | Fees |
|------|-------|------|-------|------|
| K. Kraus | Partner | $652.50 | 1 | $652.50 |
| J. del Castillo | Partner | $594.00 | 19.9 | $11,820.60 |
| J. del Castillo | Partner | $562.50 | 14.5 | $8,156.25 |
| **TOTAL:** | | | **35.4** | **$20,629.35** |
| **Average Hourly Rate[5]** | | **$582.75** | | |
| **Total Expenses** | | | | **$2,274.30** |

than one category, or may simply be difficult to categorize.  Nevertheless, **Exhibit A** reflects the actual time spent on any given activity and contains an accurate description of the services provided.

[5] All "Average Hourly Rate" entries reflect weighted averages to account for both the discount provided by Allen Matkins and the amount of time each time-keeper billed to a specific category.

2.      Asset Recovery and Administration.

Services in the "Asset Recovery and Administration" category relate directly to the Receiver's efforts to identify, secure, and recover Receivership Assets.

During the Application Period, Allen Matkins generally advised and assisted the Receiver in implementing strategies for Asset recovery, and provided assistance to address issues relating to the sale and abandonment of certain Properties.  Allen Matkins also recorded significant time in this category in connection with the administration and adjudication of VMI's claim against the Entities for reimbursement of attorneys' fees, and the Receiver's motion to surcharge VMI for certain of the Receiver's costs incurred in connection with his management of several Properties.  Allen Matkins also devoted time within this category to assisting the Receiver in the management and sale of the Oil Company.

The following Allen Matkins personnel billed material time to this category:

| Name | Title | Rate | Hours | Fees |
|------|-------|------|-------|------|
| D. Zaro | Partner | $742.50 | 2.2 | $1,633.50 |
| J. del Castillo | Partner | $594.00 | 3.8 | $2,257.20 |
| J. del Castillo | Partner | $562.50 | 2.4 | $1,350.00 |
| **TOTAL:** | | | **8.4** | **$5,240.70** |
| **Average Hourly Rate** | | **$623.89** | | |
| **Total Expenses** | | | | **$0** |

3.      Investigation/Reporting.

Services in the "Investigation/Reporting" category relate to the Receiver's and Allen Matkins' efforts to investigate the nature and location of Receivership Assets, along with the business and financial activities of the Entities, and provide related reports to the Court.  During the Application Period, Allen Matkins drafted, reviewed, and conferred with the Receiver to prepare the Receiver's Sixth Report and Final Report.

The following Allen Matkins personnel billed material time to this category:

| Name | Title | Rate | Hours | Fees |
|------|-------|------|-------|------|
| D. Zaro | Partner | $742.50 | 0.4 | $297.00 |
| J. del Castillo | Partner | $594.00 | 6.1 | $3,623.40 |
| J. del Castillo | Partner | $562.50 | 8.5 | $4,781.25 |
| N. Aspis | Associate | $405.00 | 6.4 | $2,592.00 |
| N. Aspis | Associate | $351.00 | 2 | $702.00 |
| **TOTAL:** | | | **23.4** | **$11,995.65** |
| **Average Hourly Rate** | | **$512.63** | | |
| **Total Expenses** | | | | **$0** |

### 4.   Investor Issues

Services in the "Investor Issues" category relate to Allen Matkins' efforts to review and respond to inquiries from Receivership Entity investors regarding the status and effect of the receivership.

The following Allen Matkins personnel billed material time to this category:

| Name | Title | Rate | Hours | Fees |
|------|-------|------|-------|------|
| D. Zaro | Partner | $787.50 | 0.2 | $157.50 |
| J. del Castillo | Partner | $594.00 | 3.6 | $2,138.40 |
| J. del Castillo | Partner | $562.50 | 10.7 | $6,018.75 |
| **TOTAL:** | | | **14.5** | **$8,314.65** |
| **Average Hourly Rate** | | **$573.42** | | |
| **Total Expenses** | | | | **$0** |

5.      Sale of Assets/Disposition.

During the Application Period, Allen Matkins devoted a significant amount of time assisting the Receiver in implementing his strategies for the disposition of Receivership Assets, specifically in connection with the Receiver's then-anticipated disposition of the Oil Company, which entailed:  (1) assisting with marketing and sale-related efforts for the Oil Company; (2) administering offers from prospective buyers; (3) preparing a form Purchase and Sale Agreement; (4) negotiating and tailoring the PSA to the purchase terms agreed to by the Receiver's original stalking horse bidder; and (5) handling issues in connection with the Court-approved overbidding process.

The following Allen Matkins personnel billed material time to this category:

| Name | Title | Rate | Hours | Fees |
|------|-------|------|-------|------|
| D. Zaro | Partner | $787.50 | 0.3 | $236.25 |
| D. Zaro | Partner | $742.50 | 15.1 | $11,211.75 |
| J. del Castillo | Partner | $594.00 | 17.3 | $10,276.20 |
| J. del Castillo | Partner | $562.50 | 42.1 | $23,681.25 |
| T. Hsu | Senior Counsel | $472.50 | 0.5 | $236.25 |
| M. Shapiro | Associate | $445.50 | 1.2 | $534.60 |
| N. Aspis | Associate | $405.00 | 0.2 | $81.00 |
| **TOTAL:** | | | **76.7** | **$46,257.30** |
| **Average Hourly Rate** | | **$603.09** | | |
| **Total Expenses** | | | | **$0** |

6.      Pending Litigation.

Services provided in this category include reviewing subpoenas issued by Benny Morales in *Benny Morales, et al. v. The Travelers Indem. Co., et al.* related to

the Oil Company, and reviewing documents for production pursuant to said subpoenas.

The following Allen Matkins personnel billed material time to this category:

| Name | Title | Rate | Hours | Fees |
|------|-------|------|-------|------|
| J. del Castillo | Partner | $562.50 | 4.2 | $2,362.50 |
| P. Griffin | Associate | $387.00 | 0.5 | $193.50 |
| N. Aspis | Associate | $351.00 | 0.3 | $105.30 |
| **TOTAL:** | | | **5** | **$2,661.30** |
| **Average Hourly Rate** | | **$532.26** | | |
| **Total Expenses** | | | | **$0.70** |

7.    Claims/Distribution.

During the Application Period, Allen Matkins attorneys worked closely with the Receiver and his staff to assist the Receiver in securing Court approval of his November 2, 2018 Omnibus Motion for Order:  (1) Approving Receiver's Recommended Treatment of Claims; and (2) Authorizing Recommended Distribution on Allowed Claims (ECF No. 393), pursuant to which the Receiver recommended that the Court allow, in whole or in part, a total of 236 investor claims, one Oil Company investor claim, 9 trade creditor or vendor claims, and that the remainder of the claims be either subordinated or denied.

With respect to VMI, Allen Matkins also devoted a considerable amount of time during the Application Period specifically addressing VMI's claims against the Entities, including its claim for reimbursement of attorneys' fees, and the Receiver's motion to surcharge VMI for certain of the Receiver's costs incurred in connection with his management of several Properties.  Time devoted to this effort included conferring with VMI's counsel, Barry Goldner, and the Commission.  Ultimately, Allen Matkins was able to assist the Receiver in securing the withdrawal of VMI's

claim against the Estate for attorneys' fees and costs, yielding a net savings to the Estate of $87,000.

Once the VMI claim was resolved, and the Court having approved the Receiver's recommended treatment of all other claims against the Receivership Entities, Allen Matkins assisted the Receiver with certain issues in connection with his interim distribution on allowed, non-subordinated claims, in the aggregate amount of $1.5 million, on a *pro rata* basis.

The following Allen Matkins personnel billed material time to this category:

| Name | Title | Rate | Hours | Fees |
|------|-------|------|-------|------|
| D. Zaro | Partner | $787.50 | 0.8 | $630.00 |
| D. Zaro | Partner | $742.50 | 35.9 | $26,655.75 |
| J. del Castillo | Partner | $594.00 | 24.3 | $14,434.20 |
| J. del Castillo | Partner | $562.50 | 107.8 | $60,637.50 |
| N. Aspis | Associate | $351.00 | 5 | $1,755.00 |
| S. Villagomez | Associate | $315.00 | 5.7 | $1,795.50 |
| **TOTAL:** | | | **179.5** | **$105,907.95** |
| **Average Hourly Rate** | | **$590.02** | | |
| **Total Expenses** | | | | **$85.56** |

# VI.    THE FEES AND EXPENSES ARE REASONABLE AND SHOULD BE ALLOWED.

The Receiver and his Professionals respectfully submit that the fees and expenses that were incurred during the Application Period were fair, reasonable, necessary, and significantly benefitted the Estate of the Receivership Entities. Further in order to align the fees and costs with the practical realities of the receivership, both Allen Matkins and the Receiver have discounted their bills, as outlined herein.  Accordingly, the Receiver and his Professionals request that this

Court authorize payment of:  (1) their respective fees and expenses incurred during the Application Period, in the aggregate amount of $451,649.56; (2) Hold-backs, which constitutes the portion of their fees already incurred and already approved by this Court, as reflected in prior applications, but as yet unpaid, in the aggregate amount of $420,424.78; and (3) Wind-Down Fees, which represents the Receiver's and Allen Matkins' anticipated administrative and professional fees and expenses for the period from April 1, 2020 through the termination of the instant receivership, in the aggregate amount of $50,000.00.

Notably, the total administrative and professional fees and expenses in this matter, inclusive of the fees and expenses at issue in this Application, reflect approximately ***20% of all funds recovered*** for the benefit and administration of the Estate.  As reflected in the Receiver's concurrently filed Final Report, the Receiver has collected a total of more than $12 million for the administration and benefit of the Receivership Entities, and the total administrative fees and expenses incurred in this matter is approximately $2.42 million.  The fees and expenses submitted to the Court for payment authorization in this Application, along with the fees and expenses already approved and paid in the instant receivership, fall well below both the 25% benchmark established by the Ninth Circuit as presumptively reasonable, and 33% of the total recoveries, which was identified by the Court as its baseline for determining reasonableness (see ECF No. 346).

The Receiver and Allen Matkins, therefore, respectfully submit that their respective fee and expense requests are fair and reasonable, that the requested fees and expenses incurred were necessary and significantly benefitted the Receivership Estate and, accordingly, that the Court should authorize the Receiver to pay the fees and expenses requested herein, from the Assets of the Receivership Entities, in the amounts set forth herein.

1  VII.  **CONCLUSION.**

2          Accordingly, the Receiver and Allen Matkins respectfully request that the

3  Court enter an Order:

4          1.      Authorizing the Receiver to pay the administrative and professional

5  fees and expenses incurred during the Application Period, as set forth above, in the

6  aggregate amount of $451,649.56, from the Entities' Assets;

7          2.      Authorizing the Receiver to pay the Hold-backs, which constitutes the

8  portion of the Receiver's and Allen Matkins' fees already incurred and already

9  approved by this Court, as reflected in prior applications, but as yet unpaid, in the

10  aggregate amount of $420,424.78, from the Entities' Assets; and

11          3.      Authorizing the Receiver to pay the administrative and professional

12  fees and expenses incurred from April 1, 2020 through the termination of the instant

13  receivership, in an aggregate amount not to exceed $50,000.00, from the Entities'

14  Assets.

15

16  Dated:  May 27, 2020                    ALLEN MATKINS LECK GAMBLE
                                             MALLORY & NATSIS LLP
17                                          DAVID R. ZARO
                                             JOSHUA A. DEL CASTILLO
18                                          NORMAN M. ASPIS

19
                                             By:    _/s/    Joshua A. del Castillo_
20                                                  JOSHUA A. DEL CASTILLO
                                                    Attorneys for Receiver
21                                                  DAVID P. STAPLETON

22

23

24

25

26

27

28

04/10/20 16:05:50 PROFORMA STATEMENT FOR MATTER 375816.00002 (David P. Stapleton/Receiver for BIC Real) (General Receivership)

*Preliminary Billing Form*

| | |
|---|---|
| Billing Atty: 001842 - Del Castillo, Joshua | Matter #: 375816.00002 | Client Name: David P. Stapleton/Receiver for BIC Real |
| Date of Last Billing: 11/19/19 | | Matter Name:  General Receivership |
| Proforma Number: 1031321 | | |

Client/Matter Joint Group # 375816-1

**Fees for Matter 375816.00002.(General Receivership)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/19/18 | 88187 | Attention to case administration issues and prepare summaries for Receiver re wind-down of case post-closing on Oil Company (0.9). | Del Castillo, Joshua | 0.90 | 506.25 | 506.25 | WO | HD | TR | ____ |
| 07/23/18 | 50002 | Attention to case administration issues and confer with Receiver's office re same (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 787.50 | WO | HD | TR | ____ |
| 09/26/18 | 87357 | Review voicemail from Receiver re case administration issues and respond (0.2); confer with Receiver's office re admin matters (0.5). | Del Castillo, Joshua | 0.70 | 393.75 | 1,181.25 | WO | HD | TR | ____ |
| 11/02/18 | 41398 | Attention to and confer with counsel re case administration and receivership wind-down issues (1.1). | Del Castillo, Joshua | 1.10 | 618.75 | 1,800.00 | WO | HD | TR | ____ |
| 11/08/18 | 31795 | Attention to case administration matters (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 2,081.25 | WO | HD | TR | ____ |
| 11/14/18 | 113441 | Attention to case and estate administration matters and calls and e-mails with Receiver's office and counsel re same (1.1). | Del Castillo, Joshua | 1.10 | 618.75 | 2,700.00 | WO | HD | TR | ____ |

04/10/20 16:05:50 PROFORMA STATEMENT FOR MATTER 375816.00002 (David P. Stapleton/Receiver for BIC Real) (General Receivership)

---

**Fees for Matter 375816.00002.(General Receivership)**

---

| Trans<br>Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | | Circle Action | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/28/18 | 54501 | Review e-mail from and confer with Receiver's office re inquiry from journalist re investor distributions (0.5); review and respond to Court request for Word versions of documents (0.3). | Del Castillo, Joshua | 0.80 | 450.00 | 3,150.00 | WO | HD | TR | ____ |
| 11/29/18 | 60970 | Confer with Receiver's office re inquiries from journalist (0.4). | Del Castillo, Joshua | 0.40 | 225.00 | 3,375.00 | WO | HD | TR | ____ |
| 11/30/18 | 54879 | Review voicemail from and teleconference with counsel for Capital One re pending claim for funds escrowed in Nase client trust account (0.3). | Del Castillo, Joshua | 0.30 | 168.75 | 3,543.75 | WO | HD | TR | ____ |
| 12/11/18 | 124854 | Confer with counsel re case administration matters and assemble and review documents re same (0.9). | Del Castillo, Joshua | 0.90 | 506.25 | 4,050.00 | WO | HD | TR | ____ |
| 12/17/18 | 21294 | Confer with counsel re BIC wind-down matters and attention to related issues (0.6). | Del Castillo, Joshua | 0.60 | 337.50 | 4,387.50 | WO | HD | TR | ____ |
| 01/03/19 | 127078 | Attention to case administration matters (0.3). | Del Castillo, Joshua | 0.30 | 168.75 | 4,556.25 | WO | HD | TR | ____ |
| 01/27/19 | 81116 | Attention to case wind-down issues, prepare associated outlines, and prepare inquiries to Receiver's office (0.9). | Del Castillo, Joshua | 0.90 | 506.25 | 5,062.50 | WO | HD | TR | ____ |
| 02/13/19 | 33393 | Confer with counsel and e-mails to Receiver's office re case administration issues (0.7). | Del Castillo, Joshua | 0.70 | 393.75 | 5,456.25 | WO | HD | TR | ____ |
| 02/27/19 | 119836 | e-mails and teleconferences with Receiver's office and counsel re case administration matters (0.8). | Del Castillo, Joshua | 0.80 | 450.00 | 5,906.25 | WO | HD | TR | ____ |

04/10/20 16:05:50 PROFORMA STATEMENT FOR MATTER 375816.00002 (David P. Stapleton/Receiver for BIC Real) (General Receivership)

**Fees for Matter 375816.00002.(General Receivership)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/08/19 | 24979 | Attention to case administration issues and confer with counsel re same (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 6,187.50 | WO | HD | TR | ____ |
| 04/29/19 | 95144 | Review documents and attention to case management matters (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 6,468.75 | WO | HD | TR | ____ |
| 05/06/19 | 126588 | Attention to case administration issues and confer with counsel re same (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 6,750.00 | WO | HD | TR | ____ |
| 05/28/19 | 64819 | Attention to case administration status matters (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 7,031.25 | WO | HD | TR | ____ |
| 06/06/19 | 116390 | Teleconference with J. DiIorio re receivership administration matter (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 7,312.50 | WO | HD | TR | ____ |
| 06/11/19 | 123995 | Attention to case administration issues (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 7,593.75 | WO | HD | TR | ____ |
| 06/13/19 | 119307 | e-mails and teleconferences re estate administration matters (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 7,875.00 | WO | HD | TR | ____ |
| 06/24/19 | 69201 | Review and respond to correspondence and attention to case administration matters (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 8,156.25 | WO | HD | TR | ____ |
| 07/22/19 | 95733 | Review SEC motion for turnover of Capital One funds (0.3). | Del Castillo, Joshua | 0.30 | 178.20 | 8,334.45 | WO | HD | TR | ____ |
| 07/24/19 | 105014 | Review SEC turnover motion, Court order re same, and prepare Receiver's statement of non-opposition (0.6). | Del Castillo, Joshua | 0.60 | 356.40 | 8,690.85 | WO | HD | TR | ____ |
| 07/29/19 | 86840 | Review and respond to correspondence and attention to pending case | Del Castillo, Joshua | 0.50 | 297.00 | 8,987.85 | WO | HD | TR | ____ |

04/10/20 16:05:50 PROFORMA STATEMENT FOR MATTER 375816.00002 (David P. Stapleton/Receiver for BIC Real) (General Receivership)

---

**Fees for Matter 375816.00002.(General Receivership)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | administration matters (0.5). | | | | | | | | |
| 08/05/19 | 105300 | Attention to case administration matters and confer with counsel and Receiver's office re same (0.6). | Del Castillo, Joshua | 0.60 | 356.40 | 9,344.25 | WO | HD | TR | ____ |
| 08/26/19 | 19649 | Attention to case management matters (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 9,641.25 | WO | HD | TR | ____ |
| 09/03/19 | 126495 | e-mails and teleconferences with Receiver's office and counsel and attention to case administration issues (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 9,938.25 | WO | HD | TR | ____ |
| 09/09/19 | 61301 | e-mails with Receiver's office and counsel re case administration matters (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 10,235.25 | WO | HD | TR | ____ |
| 09/27/19 | 139752 | e-mails with Receiver's office re receivership case administration matters (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 10,532.25 | WO | HD | TR | ____ |
| 10/09/19 | 94268 | e-mails with counsel re case administration issues (0.4). | Del Castillo, Joshua | 0.40 | 237.60 | 10,769.85 | WO | HD | TR | ____ |
| 10/21/19 | 114822 | Attention to case administration matters and e-mails re same (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 11,066.85 | WO | HD | TR | ____ |
| 10/28/19 | 95475 | Review and respond to correspondence and attention to case administration matters (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 11,363.85 | WO | HD | TR | ____ |
| 11/18/19 | 73849 | Review documents and e-mails and teleconference re pending case administration matters (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 11,660.85 | WO | HD | TR | ____ |
| 12/09/19 | 108400 | Review and respond to correspondence and attention to case administration matters | Del Castillo, Joshua | 0.50 | 297.00 | 11,957.85 | WO | HD | TR | ____ |

04/10/20 16:05:50 PROFORMA STATEMENT FOR MATTER 375816.00002 (David P. Stapleton/Receiver for BIC Real) (General Receivership)

---

**Fees for Matter 375816.00002.(General Receivership)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (0.5). | | | | | | | | |
| 12/19/19 | 87945 | Attention to case administration matters and confer with Receiver's office and counsel re same (0.7). | Del Castillo, Joshua | 0.70 | 415.80 | 12,373.65 | WO | HD | TR | ____ |
| 01/06/20 | 33020 | Attention to outstanding case administration matters (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 12,670.65 | WO | HD | TR | ____ |
| 01/13/20 | 30564 | Attention to case administration matters and confer with Receiver's office re same (0.4). | Del Castillo, Joshua | 0.40 | 237.60 | 12,908.25 | WO | HD | TR | ____ |
| 01/21/20 | 52543 | Research 1099 reporting obligations. TC with del Castillo (1.0). | Kraus, Katherine | 1.00 | 652.50 | 13,560.75 | WO | HD | TR | ____ |
| 01/21/20 | 55923 | Attention to case administration matters and e-mails re same (0.5); e-mails and teleconference re tax issues (0.4). | Del Castillo, Joshua | 0.90 | 534.60 | 14,095.35 | WO | HD | TR | ____ |
| 01/22/20 | 57797 | Confer with K. Kraus re Receiver's tax inquiry and teleconference with Receiver's office re same (0.8); e-mail to Receiver's office re same (0.1); confer with counsel and review initial analysis re same (0.4). | Del Castillo, Joshua | 1.30 | 772.20 | 14,867.55 | WO | HD | TR | ____ |
| 02/03/20 | 7994162 | Attention to case administration matters (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 15,164.55 | WO | HD | TR | ____ |
| 02/18/20 | 8006605 | e-mails and teleconference with counsel and attention to case administration matters (0.4). | Del Castillo, Joshua | 0.40 | 237.60 | 15,402.15 | WO | HD | TR | ____ |
| 02/25/20 | 8013293 | Attention to case administration issues (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 15,699.15 | WO | HD | TR | ____ |

04/10/20 16:05:50 PROFORMA STATEMENT FOR MATTER 375816.00002 (David P. Stapleton/Receiver for BIC Real) (General Receivership)

---

**Fees for Matter 375816.00002.(General Receivership)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/09/20 | 8030337 | Attention to case administration matters and confer with counsel and Receiver's office regarding same (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 15,996.15 | WO | HD | TR ____ |
| 03/17/20 | 8038315 | Attention to case administration matters and emails with Receiver's office and counsel regarding same (0.6). | Del Castillo, Joshua | 0.60 | 356.40 | 16,352.55 | WO | HD | TR ____ |
| 03/18/20 | 8038354 | Emails and teleconferences with counsel regarding receivership wind-down and associated document preparation; review notes and prepare updates to Receiver's office regarding same (1.2). | Del Castillo, Joshua | 1.20 | 712.80 | 17,065.35 | WO | HD | TR ____ |
| 03/23/20 | 8042089 | Attention to case administration matters and confer regarding same (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 17,362.35 | WO | HD | TR ____ |
| 03/25/20 | 8044887 | Commence review and revision of wind-down materials; teleconferences and emails with counsel regarding same (2.2). | Del Castillo, Joshua | 2.20 | 1,306.80 | 18,669.15 | WO | HD | TR ____ |
| 03/30/20 | 8049049 | Attention to case administration matters and review and respond to correspondence regarding same (0.6). | Del Castillo, Joshua | 0.60 | 356.40 | 19,025.55 | WO | HD | TR ____ |
| 03/31/20 | 8049519 | Review and revise motion to terminate receivership and attention to related wind down issues; confer with counsel and Receiver's office regarding same (2.7). | Del Castillo, Joshua | 2.70 | 1,603.80 | 20,629.35 | WO | HD | TR ____ |

---

**Disbursements for Matter 375816.00002 (General Receivership)**

| Trans Date | Index | Type | Quantity | Amt | | | |
|---|---|---|---|---|---|---|---|
| 07/02/18 | 109713 | MSNGR - Messenger - - Nationwide Legal, LLC, | 1.00 | 288.00 | WO | HD | TR ____ |

**Disbursements for Matter 375816.00002 (General Receivership)**

| Trans Date | Index | Type | Quantity | Amt | | | | |
|---|---|---|---|---|---|---|---|---|
| | | USDC/FRESNO, ^COPIES TO JUDGELAWRANCE J. O'NEILBEFORE NOON TOMORROW, 16CV-00344-LJO-JLT-SEC V. BIC^175721 | | | | | | |
| 07/06/18 | 109959 | DCSRCH - Document Search  - - PACER Service Center - Pacer Service 4/01/2018-6/30/2018^4406104-Q22018 8^4406104Q22018 | 1.00 | 23.30 | WO | HD | TR | _____ |
| 07/18/18 | 43011 | RECORD - - - Nationwide Legal, LLC, USDC/FRESNO, OBTAIN 2 CERTIFIED COPIES OF DOC^COPIES OF DOC #389& RETURN TO ALLENMATKINS BY FRIDAY, 1:16CV-00344 -LJO-JLT-SEC V. BIC^176520 | 1.00 | 181.00 | WO | HD | TR | _____ |
| 07/23/18 | 109648 | MSNGR - Federal Express Invoice No: 625709195 1842 Ship To: Cheryl Noah ^^Ship Dt:07/23/18 Airbill: 781963716700 | 1.00 | 12.30 | WO | HD | TR | _____ |
| 10/01/18 | 31854 | DCSRCH - Document Search  - - Pacer Service 07/01/2018-09/30/2018^4406104 | 1.00 | 16.00 | WO | HD | TR | _____ |
| 11/01/18 | 33577 | WP - Text Editing ^Format Document USER DEFINED 1: 001842 | 0.10 | 3.00 | WO | HD | TR | _____ |
| 11/02/18 | 57666 | FILING - Filing Fees - - Nationwide Legal, LLC, USDC/FRESNO, COPIES TO JUDGE^183269 | 1.00 | 276.00 | WO | HD | TR | _____ |
| 12/05/18 | 197533 | MSNGR - Messenger - - Nationwide Legal, LLC, USDC/FRESNO, DECLARATION^185039 | 1.00 | 134.00 | WO | HD | TR | _____ |
| 12/06/18 | 7010 | MSNGR - Messenger -- Federal Express Invoice No: 639945933 1842 Ship To: Hon  Lawrence J  O Neill ^^Ship Dt: 12/06/18 Airbill: 784243026240 | 1.00 | 14.12 | WO | HD | TR | _____ |
| 12/06/18 | 184758 | DUP - Duplication | 120.00 | 22.80 | WO | HD | TR | _____ |
| 12/13/18 | 197534 | MSNGR - Messenger - - Nationwide Legal, LLC, USDC/FRESNO, DELIVER COURTESY^185039 | 1.00 | 133.00 | WO | HD | TR | _____ |
| 12/31/18 | 67557 | DCSRCH - Document Search - - PACER Service Center, 10/01/2018-12/31/2018^ 4406104-Q42018^4406104Q42018 | 1.00 | 12.00 | WO | HD | TR | _____ |
| 01/10/19 | 176943 | WP - Text Editing ^Create/Edit/Revise Word Documents USER DEFINED 1:  000313 | 1.40 | 42.00 | WO | HD | TR | _____ |
| 03/27/19 | 24090 | LODGE - Lodging - - Courtyard Marriott, lodging in connection with attendance at Settlement Conference at USDC, Eastern District (Fresno) with regard to VMI claim^CRE-300313 | 1.00 | 355.56 | WO | HD | TR | _____ |
| 03/27/19 | 24124 | MLA - Meals Atty - - Courtyard Marriott, lodging in connection | 1.00 | 6.82 | WO | HD | TR | _____ |

04/10/20 16:05:50 PROFORMA STATEMENT FOR MATTER 375816.00002 (David P. Stapleton/Receiver for BIC Real) (General Receivership)

---

**Disbursements for Matter 375816.00002 (General Receivership)**

---

| Trans Date | Index | Type | Quantity | Amt | | | | |
|---|---|---|---|---|---|---|---|---|
| | | with attendance at Settlement Conference at USDC, Eastern District (Fresno) with regard to VMI claim^CRE-300313 | | | | | | |
| 03/28/19 | 24091 | CAR - Rental Car - - Chevron, travel to Fresno to attend Settlement Conference at USDC, Eastern District (Fresno) regarding VMI claim^CRE-300313 | 1.00 | 50.92 | WO | HD | TR | ____ |
| 04/10/19 | 23847 | DCSRCH - Document Search - - WellsOne, PACER ^7/01/2019-9/30/2019 4406104-032019 AP CARD.^4406104Q32019 | 1.00 | 0.80 | WO | HD | TR | ____ |
| 04/10/19 | 77339 | DCSRCH - Document Search - - PACER Service Center, 1/01/2019-3/31/2019^44 06104-Q12019^4406104Q12019B | 1.00 | 0.40 | WO | HD | TR | ____ |
| 04/10/19 | 156592 | DCSRCH - Document Search - - WellsOne, 4/01/2019-6/30/2019^4406104-Q22019^4406104Q22019 | 1.00 | 3.50 | WO | HD | TR | ____ |
| 04/11/19 | 141221 | MSNGR - Messenger - - Nationwide Legal, LLC, USDC/FRESNO, DELIVER COURTESY^191488 | 1.00 | 224.00 | WO | HD | TR | ____ |
| 10/01/19 | 154024 | MSNGR - Messenger - - Nationwide Legal, LLC, USDC/FRESNO, DELIVER COURTESY^200188 | 1.00 | 167.00 | WO | HD | TR | ____ |
| 10/01/19 | 162909 | DUP - Duplication | 170.00 | 32.30 | WO | HD | TR | ____ |
| 10/02/19 | 162905 | DUP - Duplication | 392.00 | 74.48 | WO | HD | TR | ____ |
| 10/21/19 | 170908 | WP - Text Editing ^TOC/TOA Generation USER DEFINED 1: 001842 | 0.60 | 18.00 | WO | HD | TR | ____ |
| 10/31/19 | 128319 | WP - Text Editing ^TOC/TOA Generation USER DEFINED 1: 001842 | 0.20 | 6.00 | WO | HD | TR | ____ |
| 11/01/19 | 178810 | MSNGR - Messenger - - Nationwide Legal, LLC, USDC/FRESNO, DELIVER COURTESY^201508 | 1.00 | 168.00 | WO | HD | TR | ____ |
| 02/10/20 | 105864 | DCSRCH - Document Search - - WellsOne, PACER ^10/01/2019-12/31/2019 AP CARD^4406104Q42019 | 1.00 | 3.40 | WO | HD | TR | ____ |
| 02/10/20 | 105882 | DCSRCH - Document Search - - WellsOne, PACER ^10/01/2019-12/31/2019 AP CARD^4406104Q42019 | 1.00 | 5.60 | WO | HD | TR | ____ |

---

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001842 | Del Castillo, Joshua | 14.50 | 562.50 | 8,156.25 |
| 001842 | Del Castillo, Joshua | 19.90 | 594.00 | 11,820.60 |

04/10/20 16:05:50 PROFORMA STATEMENT FOR MATTER 375816.00002 (David P. Stapleton/Receiver for BIC Real) (General Receivership)

---

**Proforma Summary**

**Timekeeper**

| Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 002372 | Kraus, Katherine | 1.00 | 652.50 | 652.50 |
| | | 35.40 | | $20,629.35 |

| | |
|---|---|
| Subtotal Fees | $20,629.35 |
| Discount | 0.00 |
| Total Fees | 20,629.35 |
| Total Disbursements | 2,274.30 |

**Attorney Billing Instructions**

| | | | |
|---|---|---|---|
| ( } | BILL ALL | ( } | Hold |
| ( } | BILL FEES ONLY | ( } | Write Off |
| ( } | BILL COST ONLY | ( } | Transfer All |

**Billing Instructions**

expires 12/31/2020:  10% adjustment on standard rates (automatic) - rates frozen until 12/31/17

**Account Summary – As Of 04/10/20**

| | Fiscal YTD | | | Calendar YTD | | | LTD | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
| Worked | 18,447.75 | 18,447.75 | 0.00 | 14,120.55 | 14,111.55 | 9.00 | 22,903.65 | 20,629.35 | 2,274.30 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,258.16 | 9,258.16 | 0.00 |
| Billed | 13,645.94 | 10,495.80 | 3,150.14 | 0.00 | 0.00 | 0.00 | 93,063.01 | 93,063.01 | 23,531.62 |
| Collected | 13,645.94 | 10,495.80 | 3,150.14 | 0.00 | 0.00 | 0.00 | 116,594.63 | 93,063.01 | 23,531.62 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | Total | Fees | Costs |
|---|---|---|---|
| **WIP Balance** | *31,622.95* | *28,436.85* | *3,186.10* |
| **AR Balance** | *0.00* | *0.00* | *0.00* |
| **Unalloc Payment** | *0.00* | | |
| **Client Trust Balance** | *0.00* | | |

---

**Billing Address**

04/10/20 16:05:50 PROFORMA STATEMENT FOR MATTER 375816.00002 (David P. Stapleton/Receiver for BIC Real) (General Receivership)

David P. Stapleton/Receiver for BIC Real Estate Develop Corp; Daniel R. Nase
dba Bakersfield Investment Club)

04/10/20 16:05:41 PROFORMA STATEMENT FOR MATTER 375816.00003 (David P. Stapleton/Receiver for BIC Real) (Asset Recovery & Administration)

*Preliminary Billing Form*

Billing Atty: 001842 - Del Castillo, Joshua

Matter #: 375816.00003

Client Name: David P. Stapleton/Receiver for BIC Real

Date of Last Billing: 11/19/19

Matter Name:  Asset Recovery & Administration

Proforma Number: 1031321

Client/Matter Joint Group # 375816-1

---

**Fees for Matter 375816.00003.(Asset Recovery & Administration)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | | Circle Action | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/10/18 | 49989 | Confer with counsel re SEC inquiries re foreclosed residential properties (0.5).; teleconference with Receiver's office re same (0.3). | Del Castillo, Joshua | 0.80 | 450.00 | 450.00 | WO | HD | TR | ____ |
| 07/12/18 | 69054 | Review and respond to SEC inquiries re equity analysis for abandoned properties and confer with Receiver re same (0.3). | Del Castillo, Joshua | 0.30 | 168.75 | 618.75 | WO | HD | TR | ____ |
| 08/07/18 | 106769 | Confer with Receiver re administrative issues (0.3). | Del Castillo, Joshua | 0.30 | 168.75 | 787.50 | WO | HD | TR | ____ |
| 10/29/18 | 48875 | Revise draft motion to surcharge VMI for cost to Receiver for property management land advice to counsel re strategy (.6). | Zaro, David | 0.60 | 445.50 | 1,233.00 | WO | HD | TR | ____ |
| 10/31/18 | 41273 | Work on motion to recover VMI related expenses, revisions/advice to counsel re same (.6). | Zaro, David | 0.60 | 445.50 | 1,678.50 | WO | HD | TR | ____ |
| 11/01/18 | 48210 | Calls with Receiver counsel and SEC re recovery from VMI concerning the Receiver expenses (.3).  Analysis of issues re final draft of brief, advice to counsel re | Zaro, David | 0.70 | 519.75 | 2,198.25 | WO | HD | TR | ____ |

04/10/20 16:05:41 PROFORMA STATEMENT FOR MATTER 375816.00003 (David P. Stapleton/Receiver for BIC Real) (Asset Recovery & Administration)

---

**Fees for Matter 375816.00003.(Asset Recovery & Administration)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | foreclosure law issue (.4). | | | | | | | | |
| 01/07/19 | 18711 | Call with counsel/advice as to settlement brief as it concerns recovery of funds from VMI (.3). | Zaro, David | 0.30 | 222.75 | 2,421.00 | WO | HD | TR | ____ |
| 02/12/19 | 26220 | Attention to case and asset administration issues and prepare inquiries to Receiver's office re same (1.0). | Del Castillo, Joshua | 1.00 | 562.50 | 2,983.50 | WO | HD | TR | ____ |
| 09/16/19 | 56384 | e-mails with SEC and Receiver re asset turnover issues (0.3). | Del Castillo, Joshua | 0.30 | 178.20 | 3,161.70 | WO | HD | TR | ____ |
| 10/23/19 | 43456 | Confer with Receiver's office re potential recovery of additional oil proceeds and review e-mail re same (0.3). | Del Castillo, Joshua | 0.30 | 178.20 | 3,339.90 | WO | HD | TR | ____ |
| 10/29/19 | 101097 | e-mails and teleconferences re oil company revenue matters (0.5); review notes and identify necessary legal standard for additional review (0.8). | Del Castillo, Joshua | 1.30 | 772.20 | 4,112.10 | WO | HD | TR | ____ |
| 11/04/19 | 106948 | Confer with counsel re oil company sale question and prepare outline for demand re same (0.5); review prior correspondence with buyer's counsel (0.3). | Del Castillo, Joshua | 0.80 | 475.20 | 4,587.30 | WO | HD | TR | ____ |
| 11/05/19 | 101587 | e-mails with Receiver's counsel and finalize oil demand letter (0.4). | Del Castillo, Joshua | 0.40 | 237.60 | 4,824.90 | WO | HD | TR | ____ |
| 11/06/19 | 119640 | Confer with Receiver's office and revisions to letter re oil company revenues (0.7). | Del Castillo, Joshua | 0.70 | 415.80 | 5,240.70 | WO | HD | TR | ____ |

---

**Proforma Summary**

---

04/10/20 16:05:41 PROFORMA STATEMENT FOR MATTER 375816.00003 (David P. Stapleton/Receiver for BIC Real) (Asset Recovery & Administration)

**Timekeeper**

| Number | Timekeeper | Hours | Rate | Amounts |
|--------|-----------|-------|------|---------|
| 000313 | Zaro, David | 2.20 | 742.50 | 1,633.50 |
| 001842 | Del Castillo, Joshua | 2.40 | 562.50 | 1,350.00 |
| 001842 | Del Castillo, Joshua | 3.80 | 594.00 | 2,257.20 |
|  |  | 8.40 |  | $5,240.70 |
| Subtotal Fees |  |  |  | $5,240.70 |
| Discount |  |  |  | 0.00 |
| Total Fees |  |  |  | 5,240.70 |
| Total Disbursements |  |  |  | 0.00 |

**Attorney Billing Instructions**

| (　} | BILL ALL | (　} | Hold |
|------|----------|------|------|
| (　} | BILL FEES ONLY | (　} | Write Off |
| (　} | BILL COST ONLY | (　} | Transfer All |

**Billing Instructions**

expires 12/31/2020:  10% adjustment on standard rates (automatic) - rates frozen until 12/31/17

**Account Summary – As Of 04/10/20**

|  | Fiscal YTD | | | Calendar YTD | | | LTD | | |
|--|-----------|--|--|--------------|--|--|-----|--|--|
|  | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
| Worked | 3,170.70 | 3,170.70 | 0.00 | 0.00 | 0.00 | 0.00 | 5,240.70 | 5,240.70 | 0.00 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,835.15 | 5,835.15 | 0.00 |
| Billed | 10,870.65 | 10,870.65 | 0.00 | 0.00 | 0.00 | 0.00 | 59,849.10 | 59,849.10 | 1,105.10 |
| Collected | 10,870.65 | 10,870.65 | 0.00 | 0.00 | 0.00 | 0.00 | 60,954.20 | 59,849.10 | 1,105.10 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

|  | Total | Fees | Costs |
|--|-------|------|-------|
| *WIP Balance* | *6,347.25* | *6,347.25* | *0.00* |
| *AR Balance* | *0.00* | *0.00* | *0.00* |
| *Unalloc Payment* | *0.00* | | |
| *Client Trust Balance* | *0.00* | | |

04/10/20 16:05:41 PROFORMA STATEMENT FOR MATTER 375816.00003 (David P. Stapleton/Receiver for BIC Real) (Asset Recovery & Administration)

| Billing Address |
| --- |
| David P. Stapleton/Receiver for BIC Real Estate Develop Corp; Daniel R. Nase<br>dba Bakersfield Investment Club) |

04/10/20 16:05:43 PROFORMA STATEMENT FOR MATTER 375816.00004 (David P. Stapleton/Receiver for BIC Real) (Investigation/Reporting)

*Preliminary Billing Form*

Billing Atty: 001842 - Del Castillo, Joshua

Matter #: 375816.00004

Client Name: David P. Stapleton/Receiver for BIC Real

Date of Last Billing: 11/19/19

Matter Name:  Investigation/Reporting

Proforma Number: 1031321

Client/Matter Joint Group # 375816-1

**Fees for Matter 375816.00004.(Investigation/Reporting)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/07/18 | 96916 | Review and respond to correspondence re document production inquiry and review prior productions in connection with same (0.6). | Del Castillo, Joshua | 0.60 | 337.50 | 337.50 | WO | HD | TR | ____ |
| 10/01/18 | 92692 | Confer with N. Dunphy re follow-up discovery request to Receiver and review documents re same (1.4). | Del Castillo, Joshua | 1.40 | 787.50 | 1,125.00 | WO | HD | TR | ____ |
| 02/26/19 | 125554 | Review and respond to e-mails and confer with Receiver's office re SEC request for reporting of any funds paid over in satisfaction of Court's judgment (0.5); review correspondence from J. DiIorio and prepare outline and materials associated with next interim report (1.3). | Del Castillo, Joshua | 1.80 | 1,012.50 | 2,137.50 | WO | HD | TR | ____ |
| 02/27/19 | 41139 | Confer with Receiver and counsel re upcoming interim report and matters to be addressed therein (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 2,418.75 | WO | HD | TR | ____ |
| 03/21/19 | 109168 | Review documents and confer with counsel re Sixth Interim Report (0.6). | Del Castillo, Joshua | 0.60 | 337.50 | 2,756.25 | WO | HD | TR | ____ |

04/10/20 16:05:43 PROFORMA STATEMENT FOR MATTER 375816.00004 (David P. Stapleton/Receiver for BIC Real) (Investigation/Reporting)

---

**Fees for Matter 375816.00004.(Investigation/Reporting)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/21/19 | 123743 | Draft BIC Interim Report (2.0). | Aspis, Norman | 2.00 | 702.00 | 3,458.25 | WO | HD | TR | ____ |
| 03/25/19 | 111904 | Review and revise Sixth Interim Report and associated materials and confer with counsel re same (0.7). | Del Castillo, Joshua | 0.70 | 393.75 | 3,852.00 | WO | HD | TR | ____ |
| 04/02/19 | 117762 | Attention to interim report and confer with counsel re reporting on VMI settlement conference (0.6). | Del Castillo, Joshua | 0.60 | 337.50 | 4,189.50 | WO | HD | TR | ____ |
| 04/03/19 | 117695 | Review and revise Sixth Interim Report and transmit to Receiver for review and comment (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 4,470.75 | WO | HD | TR | ____ |
| 04/09/19 | 31244 | Confer with SEC re Sixth Interim Report and finalize materials for filing (0.8). | Del Castillo, Joshua | 0.80 | 450.00 | 4,920.75 | WO | HD | TR | ____ |
| 04/09/19 | 76692 | Revise/advice to counsel related to the report, follow-up meet/confer with SEC counsel (.4). | Zaro, David | 0.40 | 297.00 | 5,217.75 | WO | HD | TR | ____ |
| 04/10/19 | 19804 | Prepare additional revision to Sixth Interim Report, confer with Receiver's office, and re-finalize for filing (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 5,499.00 | WO | HD | TR | ____ |
| 06/28/19 | 121747 | Review correspondence and confer re possible supplemental report to Court (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 5,780.25 | WO | HD | TR | ____ |
| 07/17/19 | 101858 | Confer with Receiver's office and review materials re estate administration and attention to interim reporting matters (1.2). | Del Castillo, Joshua | 1.20 | 712.80 | 6,493.05 | WO | HD | TR | ____ |
| 07/24/19 | 105012 | Confer with counsel re potential additional interim report re oil company and prepare outline re same (0.8). | Del Castillo, Joshua | 0.80 | 475.20 | 6,968.25 | WO | HD | TR | ____ |

04/10/20 16:05:43 PROFORMA STATEMENT FOR MATTER 375816.00004 (David P. Stapleton/Receiver for BIC Real) (Investigation/Reporting)

---

**Fees for Matter 375816.00004.(Investigation/Reporting)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/06/19 | 130852 | Confer with Receiver's office re supplemental report and prepare update to SEC re same (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 7,265.25 | WO | HD | TR | ____ |
| 09/26/19 | 139766 | e-mails with counsel re supplemental report (0.4). | Del Castillo, Joshua | 0.40 | 237.60 | 7,502.85 | WO | HD | TR | ____ |
| 10/23/19 | 48521 | Review notes and confer with counsel re Third Interim Report (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 7,799.85 | WO | HD | TR | ____ |
| 01/10/20 | 122684 | e-mails and teleconferences re draft interim report (0.5); review documents in connection with same (0.5). | Del Castillo, Joshua | 1.00 | 594.00 | 8,393.85 | WO | HD | TR | ____ |
| 03/06/20 | 8030137 | Confer with counsel regarding wind-down materials and commence reviewing materials in anticipation of the same (.4). | Aspis, Norman | 0.40 | 162.00 | 8,555.85 | WO | HD | TR | ____ |
| 03/23/20 | 8046635 | Draft and revise final report and accounting (3.0). | Aspis, Norman | 3.00 | 1,215.00 | 9,770.85 | WO | HD | TR | ____ |
| 03/24/20 | 8046628 | draft and revise memorandum of points and authorities in support of the wind-down of the receivership (2.0). | Aspis, Norman | 2.00 | 810.00 | 10,580.85 | WO | HD | TR | ____ |
| 03/25/20 | 8046355 | revise memorandum of points and authorities in support of wind-down materials (1.9). | Aspis, Norman | 1.00 | 405.00 | 10,985.85 | WO | HD | TR | ____ |
| 03/26/20 | 8045668 | Review and prepare revisions to draft Final Report and Accounting and confer with counsel regarding same (1.7). | Del Castillo, Joshua | 1.70 | 1,009.80 | 11,995.65 | WO | HD | TR | ____ |

04/10/20 16:05:43 PROFORMA STATEMENT FOR MATTER 375816.00004 (David P. Stapleton/Receiver for BIC Real) (Investigation/Reporting)

---

**Proforma Summary**

**Timekeeper**

| Number | Timekeeper | Hours | Rate | Amounts |
|--------|-----------|-------|------|---------|
| 000313 | Zaro, David | 0.40 | 742.50 | 297.00 |
| 001842 | Del Castillo, Joshua | 8.50 | 562.50 | 4,781.25 |
| 001842 | Del Castillo, Joshua | 6.10 | 594.00 | 3,623.40 |
| 002369 | Aspis, Norman | 2.00 | 351.00 | 702.00 |
| 002369 | Aspis, Norman | 6.40 | 405.00 | 2,592.00 |
| | | 23.40 | | $11,995.65 |

| | |
|---|---|
| Subtotal Fees | $11,995.65 |
| Discount | 0.00 |
| Total Fees | 11,995.65 |
| Total Disbursements | 0.00 |

**Attorney Billing Instructions**

| ( } BILL ALL | ( } Hold |
|---|---|
| ( } BILL FEES ONLY | ( } Write Off |
| (  } BILL COST ONLY | ( } Transfer All _____ |

**Billing Instructions**

expires 12/31/2020:  10% adjustment on standard rates (automatic) - rates frozen until 12/31/17

**Account Summary – As Of 04/10/20**

| | Fiscal YTD | | | Calendar YTD | | | LTD | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
| Worked | 10,295.10 | 10,295.10 | 0.00 | 7,800.30 | 7,800.30 | 0.00 | 11,995.65 | 11,995.65 | 0.00 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,672.90 | 3,672.90 | 0.00 |
| Billed | 11,457.64 | 11,226.60 | 231.04 | 0.00 | 0.00 | 0.00 | 48,785.40 | 48,785.40 | 302.24 |
| Collected | 11,457.64 | 11,226.60 | 231.04 | 0.00 | 0.00 | 0.00 | 49,087.64 | 48,785.40 | 302.24 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | Total | Fees | Costs |
|---|---|---|---|
| *WIP Balance* | *15,886.95* | *15,880.95* | *6.00* |
| *AR Balance* | *0.00* | *0.00* | *0.00* |
| *Unalloc Payment* | *0.00* | | |

04/10/20 16:05:43 PROFORMA STATEMENT FOR MATTER 375816.00004 (David P. Stapleton/Receiver for BIC Real) (Investigation/Reporting)

*Client Trust Balance*        *0.00*

---

**Billing Address**

David P. Stapleton/Receiver for BIC Real Estate Develop Corp; Daniel R. Nase
dba Bakersfield Investment Club)

---

04/10/20 16:05:44 PROFORMA STATEMENT FOR MATTER 375816.00005 (David P. Stapleton/Receiver for BIC Real) (Investor Issues)

*Preliminary Billing Form*

Billing Atty: 001842 - Del Castillo, Joshua                Matter #: 375816.00005                Client Name: David P. Stapleton/Receiver for BIC Real

Date of Last Billing: 11/19/19                                                                          Matter Name:  Investor Issues

Proforma Number: 1031321

Client/Matter Joint Group # 375816-1

---

**Fees for Matter 375816.00005.(Investor Issues)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/21/18 | 62742 | Review and respond to investor inquiries re claims process and distributions (0.6). | Del Castillo, Joshua | 0.60 | 337.50 | 337.50 | WO | HD | TR | ____ |
| 08/22/18 | 57495 | Review and respond to investor inquiries (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 618.75 | WO | HD | TR | ____ |
| 08/27/18 | 22936 | Teleconference with investor re status of case and anticipated claims matters (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 900.00 | WO | HD | TR | ____ |
| 09/10/18 | 107881 | Review and respond to investor inquiries re claims (0.5); teleconference with A. Lopez, purported representative for investors (0.5). | Del Castillo, Joshua | 1.00 | 562.50 | 1,462.50 | WO | HD | TR | ____ |
| 09/11/18 | 107912 | Review and respond to investor inquiries re claims issues (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 1,743.75 | WO | HD | TR | ____ |
| 09/18/18 | 114573 | Teleconference with A. Fernandez, purported representative for investors (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 2,025.00 | WO | HD | TR | ____ |
| 10/31/18 | 46271 | Review voicemails and teleconferences with investor and purported investor representatives re case status (1.0). | Del Castillo, Joshua | 1.00 | 562.50 | 2,587.50 | WO | HD | TR | ____ |

**Exhibit A - Page 43**

04/10/20 16:05:44 PROFORMA STATEMENT FOR MATTER 375816.00005 (David P. Stapleton/Receiver for BIC Real) (Investor Issues)

---

**Fees for Matter 375816.00005.(Investor Issues)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/07/18 | 31763 | Review and respond to voicemail from investor (0.4). | Del Castillo, Joshua | 0.40 | 225.00 | 2,812.50 | WO | HD | TR | ____ |
| 11/14/18 | 113439 | Teleconference with investor R. Bruhl re receivership status and claims matters (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 3,093.75 | WO | HD | TR | ____ |
| 11/15/18 | 45711 | Teleconference with investor re case status (0.5).; prepare recommendation to Receiver's office re general status responses (0.5). | Del Castillo, Joshua | 1.00 | 562.50 | 3,656.25 | WO | HD | TR | ____ |
| 11/19/18 | 57449 | Review and respond to investor voicemails re status of claims motion and related issues (0.7); e-mails same (0.3). | Del Castillo, Joshua | 1.00 | 562.50 | 4,218.75 | WO | HD | TR | ____ |
| 11/21/18 | 45590 | Teleconference with atty R. Benson re case status and investor inquiries re same (0.7). | Del Castillo, Joshua | 0.70 | 393.75 | 4,612.50 | WO | HD | TR | ____ |
| 04/19/19 | 49471 | Teleconferences with investors re status of case and related matters (0.8); review notes and prepare inquiries to Receiver's office re same (0.5). | Del Castillo, Joshua | 1.30 | 731.25 | 5,343.75 | WO | HD | TR | ____ |
| 06/06/19 | 117633 | Teleconference with investor representatives re status of case and administrative steps moving forward (0.7). | Del Castillo, Joshua | 0.70 | 393.75 | 5,737.50 | WO | HD | TR | ____ |
| 06/25/19 | 45746 | Teleconference with purported investor re status of distributions (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 6,018.75 | WO | HD | TR | ____ |
| 08/05/19 | 105298 | Teleconference with investor R. Bruhl re status of case and distributions (0.5); review documents in connection with investor information request and transmit same (0.5). | Del Castillo, Joshua | 1.00 | 594.00 | 6,612.75 | WO | HD | TR | ____ |

04/10/20 16:05:44 PROFORMA STATEMENT FOR MATTER 375816.00005 (David P. Stapleton/Receiver for BIC Real) (Investor Issues)

---

**Fees for Matter 375816.00005.(Investor Issues)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/28/19 | 95489 | Calls with counsel and investors regarding the distribution and claims process, follow-up as to general investor communication issues (.2). | Zaro, David | 0.20 | 157.50 | 6,770.25 | WO | HD | TR | ____ |
| 11/08/19 | 136516 | Teleconference with investor representative (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 7,067.25 | WO | HD | TR | ____ |
| 11/22/19 | 73026 | Teleconference and e-mail with investor R. Bruhl re status of receivership case and distributions (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 7,364.25 | WO | HD | TR | ____ |
| 01/07/20 | 27781 | Teleconferences with investors re initial distribution and anticipated second distribution (0.8). | Del Castillo, Joshua | 0.80 | 475.20 | 7,839.45 | WO | HD | TR | ____ |
| 02/03/20 | 7994776 | Teleconferences with counsel and investor representatives re investor inquiries re distributions (0.8). | Del Castillo, Joshua | 0.80 | 475.20 | 8,314.65 | WO | HD | TR | ____ |

---

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | Zaro, David | 0.20 | 787.50 | 157.50 |
| 001842 | Del Castillo, Joshua | 10.70 | 562.50 | 6,018.75 |
| 001842 | Del Castillo, Joshua | 3.60 | 594.00 | 2,138.40 |
| | | 14.50 | | $8,314.65 |

| | |
|---|---|
| Subtotal Fees | $8,314.65 |
| Discount | 0.00 |
| Total Fees | 8,314.65 |
| Total Disbursements | 0.00 |

**Attorney Billing Instructions**

04/10/20 16:05:44 PROFORMA STATEMENT FOR MATTER 375816.00005 (David P. Stapleton/Receiver for BIC Real) (Investor Issues)

| (   ) | BILL ALL | (   ) | Hold |
| (   ) | BILL FEES ONLY | (   ) | Write Off |
| (   ) | BILL COST ONLY | (   ) | Transfer All |

**Billing Instructions**

expires 12/31/2020:  10% adjustment on standard rates (automatic) - rates frozen until 12/31/17

**Account Summary – As Of 04/10/20**

|  | Fiscal YTD | | | Calendar YTD | | | LTD | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
| Worked | 3,246.30 | 3,246.30 | 0.00 | 1,544.40 | 1,544.40 | 0.00 | 8,314.65 | 8,314.65 | 0.00 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 511.20 | 511.20 | 0.00 |
| Billed | 1,606.50 | 1,606.50 | 0.00 | 0.00 | 0.00 | 0.00 | 6,053.40 | 6,053.40 | 0.00 |
| Collected | 1,606.50 | 1,606.50 | 0.00 | 0.00 | 0.00 | 0.00 | 6,053.40 | 6,053.40 | 0.00 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

|  | Total | Fees | Costs |
|---|---|---|---|
| **WIP Balance** | 9,377.55 | 9,377.55 | 0.00 |
| **AR Balance** | 0.00 | 0.00 | 0.00 |
| **Unalloc Payment** | 0.00 | | |
| **Client Trust Balance** | 0.00 | | |

**Billing Address**

David P. Stapleton/Receiver for BIC Real Estate Develop Corp; Daniel R. Nase
dba Bakersfield Investment Club)

04/10/20 16:05:45 PROFORMA STATEMENT FOR MATTER 375816.00006 (David P. Stapleton/Receiver for BIC Real) (Sale of Assets/Disposition)

*Preliminary Billing Form*

| | | |
|---|---|---|
| Billing Atty: 001842 - Del Castillo, Joshua | Matter #: 375816.00006 | Client Name: David P. Stapleton/Receiver for BIC Real |
| Date of Last Billing: 01/24/20 | | Matter Name:  Sale of Assets/Disposition |
| Proforma Number: 1031321 | | |

Client/Matter Joint Group # 375816-1

___

**Fees for Matter 375816.00006.(Sale of Assets/Disposition)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | | Circle Action | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/02/18 | 45416 | Teleconferences and e-mails with Receiver and counsel for prospective overbidders re oil company sale issues (1.6); review documents re same (0.7). | Del Castillo, Joshua | 2.30 | 1,293.75 | 1,293.75 | WO | HD | TR | ____ |
| 07/02/18 | 84391 | Attention to issues re: prospective overbidder for sale of oil & gas assets and correspondence with counsel for overbidder, Receiver's staff and counsel re: the same (0.5). | Hsu, Tim | 0.50 | 236.25 | 1,530.00 | WO | HD | TR | ____ |
| 07/03/18 | 45445 | Teleconferences and e-mails with Receiver's office and prepare detailed letter to T. McCartney re denial of Sagar request for qualification as overbidder and transmit same (2.0). | Del Castillo, Joshua | 2.00 | 1,125.00 | 2,655.00 | WO | HD | TR | ____ |
| 07/03/18 | 45474 | Analysis of the Sagar bid, qualifications for overbidder and the Receiver response (.4). Review letter concerning potential overbidder (.3). | Zaro, David | 0.70 | 519.75 | 3,174.75 | WO | HD | TR | ____ |
| 07/05/18 | 38989 | Review documents and confer with Receiver's office and counsel re oil | Del Castillo, Joshua | 0.70 | 393.75 | 3,568.50 | WO | HD | TR | ____ |

04/10/20 16:05:45 PROFORMA STATEMENT FOR MATTER 375816.00006 (David P. Stapleton/Receiver for BIC Real) (Sale of Assets/Disposition)

---

**Fees for Matter 375816.00006.(Sale of Assets/Disposition)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | company sale and related filing (0.7). | | | | | | | | |
| 07/05/18 | 39017 | Call with SEC related to the Target Oil sale (.2).  Further assess letter concerning overbid, the Receiver report concerning overbids (.6). | Zaro, David | 0.80 | 594.00 | 4,162.50 | WO | HD | TR | ____ |
| 07/06/18 | 39015 | Prepare supplemental notice in support of Oil Company sale motion and confer with Receiver and counsel re same (1.1); teleconferences and e-mails with Receiver re Oil Company sale and pending residential property dispositions (0.6). | Del Castillo, Joshua | 1.70 | 956.25 | 5,118.75 | WO | HD | TR | ____ |
| 07/06/18 | 49851 | Analysis of issues related to the Target sale non-qualifying overbid (.3).  confer with counsel, revise report to the Court re sale and overbid (.4). | Zaro, David | 0.70 | 519.75 | 5,638.50 | WO | HD | TR | ____ |
| 07/07/18 | 39063 | Review and respond to inquiries re Oil Company disposition issues and prepare updates re same (0.9). | Del Castillo, Joshua | 0.90 | 506.25 | 6,144.75 | WO | HD | TR | ____ |
| 07/09/18 | 45811 | Teleconferences and e-mails with counsel for Sagar LLC and Receiver's office re Oil Company sale issues (1.2). | Del Castillo, Joshua | 1.20 | 675.00 | 6,819.75 | WO | HD | TR | ____ |
| 07/10/18 | 49990 | Review and respond to inquiries from Court and interested parties re Oil Company Sale Motion (0.5).; review Court order on sale motion and confer with counsel and Receiver's office re same (1.1); review correspondence from counsel for Sagar re same (0.1); review documents and prepare detailed response to Sagar counsel re same (0.7). | Del Castillo, Joshua | 2.40 | 1,350.00 | 8,169.75 | WO | HD | TR | ____ |

04/10/20 16:05:45 PROFORMA STATEMENT FOR MATTER 375816.00006 (David P. Stapleton/Receiver for BIC Real) (Sale of Assets/Disposition)

---

**Fees for Matter 375816.00006.(Sale of Assets/Disposition)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/10/18 | 75567 | Conference/email related to Target sale/auction with counsel and Receiver (.3). Analysis of Sagar letter and court order (.3). Follow-up to assess the Sagar unqualified bid/cost-benefit of proceeding with sale or action (.5). | Zaro, David | 1.10 | 816.75 | 8,986.50 | WO | HD | TR | ____ |
| 07/11/18 | 50056 | Confer with Receiver and counsel re Oil Company sale issues (1.9); prepare inquiry to counsel for Sagar re same (0.2).; teleconference and e-mail with Sagar counsel (0.5); prepare update and inquiry to Receiver (0.2); prepare summary arguments for hearing and confer re assembly of necessary materials (0.9). | Del Castillo, Joshua | 3.70 | 2,081.25 | 11,067.75 | WO | HD | TR | ____ |
| 07/11/18 | 69070 | Review Purchase and Sale Agreement for Target Oil deal | Shapiro, Maxwell | 0.40 | 178.20 | 11,245.95 | WO | HD | TR | ____ |
| 07/12/18 | 69055 | Review e-mail from T. McCartney re deficient Sagar overbid submission and confer with counsel re same (0.6); teleconferences and e-mails with Receiver's office re same (1.0); prepare additional notice to court re dispute with putative qualified bidder (0.5). | Del Castillo, Joshua | 2.10 | 1,181.25 | 12,427.20 | WO | HD | TR | ____ |
| 07/12/18 | 69071 | Draft amendment to Purchase and Sale Agreement for Target Oil deal | Shapiro, Maxwell | 0.80 | 356.40 | 12,783.60 | WO | HD | TR | ____ |
| 07/12/18 | 76543 | Work related to the dispute with Sagar as to bid qualifications/auction and amendment to PSA (.6).  Email/calls with counsel to advise as to Target Oil sale/auction, revise the draft report (.7).  Conference with counsel, | Zaro, David | 1.50 | 1,113.75 | 13,897.35 | WO | HD | TR | ____ |

04/10/20 16:05:45 PROFORMA STATEMENT FOR MATTER 375816.00006 (David P. Stapleton/Receiver for BIC Real) (Sale of Assets/Disposition)

---

**Fees for Matter 375816.00006.(Sale of Assets/Disposition)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | email/advice to Receiver as to auction process, overbid and closing issues (.2). | | | | | | | | |
| 07/13/18 | 71853 | Several emails with Receiver and counsel re non-qualified bid, response/hearing (.6). Review declaration/documents associated with Sagar and client emails (.7). Address court order and emails with Receiver and SEC (.5). | Zaro, David | 1.80 | 1,336.50 | 15,233.85 | WO | HD | TR | ____ |
| 07/13/18 | 77709 | Review and respond to Receiver team inquiries re oil company sale issues and provide requested documents re same (0.8); review pleadings re same (0.5); review and respond to residential property disposition issues (0.2). | Del Castillo, Joshua | 1.50 | 843.75 | 16,077.60 | WO | HD | TR | ____ |
| 07/15/18 | 71800 | Prepare for hearing concerning the sale, review of contract, pleadings and analysis of dispute (1.4). Conference call with Receiver and Mr. Keiffer related to the sales issues and qualification (1.0). | Zaro, David | 2.40 | 1,782.00 | 17,859.60 | WO | HD | TR | ____ |
| 07/16/18 | 77805 | Analysis of the issues, call/meeting with Receiver to prepare for the auction/dispute with Sagar re bidding (.7). Attend the hearing and follow-up with regard to the dispute over the qualification of the bidder, and sale of Target Oil at USDC/Fresno (4.4). | Zaro, David | 5.10 | 3,786.75 | 21,646.35 | WO | HD | TR | ____ |
| 07/17/18 | 77712 | Confer with counsel re Court request for additional order on Oil Company sale motion (0.3); prepare and revise supplemental order for submission (0.5); confer with counsel re status of residential | Del Castillo, Joshua | 1.40 | 787.50 | 22,433.85 | WO | HD | TR | ____ |

04/10/20 16:05:45 PROFORMA STATEMENT FOR MATTER 375816.00006 (David P. Stapleton/Receiver for BIC Real) (Sale of Assets/Disposition)

---

**Fees for Matter 375816.00006.(Sale of Assets/Disposition)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | sales (0.6). | | | | | | | | |
| 07/18/18 | 71897 | Review orders on Oil Company sale and residential property sale and confer with Receiver's office re same (0.5); teleconference with counsel for VMI re real property sales and payment issues (0.4); teleconference with Receiver's office re same (0.3). | Del Castillo, Joshua | 1.20 | 675.00 | 23,108.85 | WO | HD | TR | ____ |
| 08/06/18 | 106791 | Confer with counsel, advice as to the remaining real properties (.3). | Zaro, David | 0.30 | 222.75 | 23,331.60 | WO | HD | TR | ____ |
| 08/17/18 | 62710 | Confer with counsel for VMI re status of residential property sale and associated claims matters (0.3); e-mails with Receiver's office re same (0.2). | Del Castillo, Joshua | 0.20 | 112.50 | 23,444.10 | WO | HD | TR | ____ |
| 09/07/18 | 96917 | Confer with Receiver's office re disposition of final residential property (0.3); review documents provided by Receiver's office in connection with sales of VMI-associated properties and attention to related matters (1.0). | Del Castillo, Joshua | 1.30 | 731.25 | 24,175.35 | WO | HD | TR | ____ |
| 09/18/18 | 114574 | Confer with Receiver's office re Oil Company sale (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 24,456.60 | WO | HD | TR | ____ |
| 11/07/18 | 31764 | Confer re status of pending oil company sale closing (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 24,737.85 | WO | HD | TR | ____ |
| 11/08/18 | 31794 | Confer with Receiver's office re status of oil company sale (0.6); review notes and documents re same (0.5). | Del Castillo, Joshua | 1.10 | 618.75 | 25,356.60 | WO | HD | TR | ____ |
| 11/15/18 | 113961 | Correspondence with Receiver's office re | Del Castillo, Joshua | 0.50 | 281.25 | 25,637.85 | WO | HD | TR | ____ |

04/10/20 16:05:45 PROFORMA STATEMENT FOR MATTER 375816.00006 (David P. Stapleton/Receiver for BIC Real) (Sale of Assets/Disposition)

---

**Fees for Matter 375816.00006.(Sale of Assets/Disposition)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | status of oil company sale and review materials forwarded from same (0.5). | | | | | | | | |
| 12/06/18 | 127420 | Teleconferences and e-mails with SEC, Receiver, and VMI counsel re meet and confer re VMI attorneys' fees claim (1.0); confer with counsel re same (0.5); prepare omnibus reply and opposition for filing and file (0.6); review SEC filing (0.1).; review VMI replies (0.3). | Del Castillo, Joshua | 2.50 | 1,406.25 | 27,044.10 | WO | HD | TR | ____ |
| 02/13/19 | 33392 | Prepare inquiries to Receiver's office re asset disposition status and associated matters and confer re same (0.7). | Del Castillo, Joshua | 0.70 | 393.75 | 27,437.85 | WO | HD | TR | ____ |
| 02/15/19 | 47941 | Prepare for and teleconference with Receiver's office re status of closing of oil company sale (0.6). | Del Castillo, Joshua | 0.60 | 337.50 | 27,775.35 | WO | HD | TR | ____ |
| 03/06/19 | 33634 | Review and respond to correspondence from Receiver's office re oil company sale and preliminary analysis of issue raised by buyer's counsel (2.2). | Del Castillo, Joshua | 2.20 | 1,237.50 | 29,012.85 | WO | HD | TR | ____ |
| 03/07/19 | 87058 | Attention to pending oil company sale and complete initial analysis of issues recently raised in connection with same (1.2); correspondence with Receiver's office and confer with counsel re same (0.5). | Del Castillo, Joshua | 1.70 | 956.25 | 29,969.10 | WO | HD | TR | ____ |
| 04/21/19 | 89545 | Review notes and prepare inquiries re status of oil company sale and timing for distribution (0.8). | Del Castillo, Joshua | 0.80 | 450.00 | 30,419.10 | WO | HD | TR | ____ |
| 05/14/19 | 36546 | Confer re status of Oil Company sale and attention to associated matters (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 30,700.35 | WO | HD | TR | ____ |

04/10/20 16:05:45 PROFORMA STATEMENT FOR MATTER 375816.00006 (David P. Stapleton/Receiver for BIC Real) (Sale of Assets/Disposition)

**Fees for Matter 375816.00006.(Sale of Assets/Disposition)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/20/19 | 35311 | Confer with Receiver's office re status of oil company sale and correspondence re same (0.8). | Del Castillo, Joshua | 0.80 | 450.00 | 31,150.35 | WO | HD | TR | ____ |
| 05/21/19 | 35276 | Analysis of oil company issues and e-mails with Receiver's office re same (0.5); teleconference re same (0.2). | Del Castillo, Joshua | 0.70 | 393.75 | 31,544.10 | WO | HD | TR | ____ |
| 06/03/19 | 112921 | Confer with Receiver's office re status of oil company sale and prepare outline for inquiry and demand to buyer's counsel re same (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 31,825.35 | WO | HD | TR | ____ |
| 06/05/19 | 113817 | Review oil company-related sale and associated documents and prepare inquiry/demand letter to buyer's counsel (1.5); confer with counsel and Receiver's office re same (0.5). | Del Castillo, Joshua | 2.00 | 1,125.00 | 32,950.35 | WO | HD | TR | ____ |
| 06/05/19 | 113872 | Analysis of the status of sale of oil company and possible declaration of default (.4). Review/revise draft letter/default related to sale contract (.3). | Zaro, David | 0.70 | 519.75 | 33,470.10 | WO | HD | TR | ____ |
| 06/06/19 | 116389 | Confer with counsel and revise and transmit letter to oil company buyer's counsel (0.9). | Del Castillo, Joshua | 0.90 | 506.25 | 33,976.35 | WO | HD | TR | ____ |
| 06/07/19 | 118771 | e-mails re status of oil company sale (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 34,257.60 | WO | HD | TR | ____ |
| 06/12/19 | 119290 | Review correspondence from oil buyer's counsel re status of sale and confer with counsel re same (0.6). | Del Castillo, Joshua | 0.60 | 337.50 | 34,595.10 | WO | HD | TR | ____ |
| 06/14/19 | 126075 | Review correspondence from oil company | Del Castillo, Joshua | 1.10 | 618.75 | 35,213.85 | WO | HD | TR | ____ |

04/10/20 16:05:45 PROFORMA STATEMENT FOR MATTER 375816.00006 (David P. Stapleton/Receiver for BIC Real) (Sale of Assets/Disposition)

---

**Fees for Matter 375816.00006.(Sale of Assets/Disposition)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | buyer counsel and teleconferences and e-mails re status of closing (0.6); attention to associated closing issues (0.5). | | | | | | | | |
| 06/28/19 | 121743 | e-mails and teleconferences re status of oil company sale (0.5); confer with counsel re same (0.3). | Del Castillo, Joshua | 0.80 | 450.00 | 35,663.85 | WO | HD | TR | ____ |
| 07/15/19 | 94407 | e-mails and teleconferences re status of oil company sale (1.0). | Del Castillo, Joshua | 1.00 | 594.00 | 36,257.85 | WO | HD | TR | ____ |
| 07/24/19 | 105013 | Review and respond to correspondence re status of oil company sale (0.7); teleconferences re same (0,4); review documents in connection with same (0.7). | Del Castillo, Joshua | 1.80 | 1,069.20 | 37,327.05 | WO | HD | TR | ____ |
| 07/25/19 | 104657 | e-mails re status of oil company sale (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 37,624.05 | WO | HD | TR | ____ |
| 07/30/19 | 105970 | Review voicemail from J. DiIorio and attention to oil company disposition issues (0.8). | Del Castillo, Joshua | 0.80 | 475.20 | 38,099.25 | WO | HD | TR | ____ |
| 08/05/19 | 105299 | Teleconference with Receiver's office re oil company sale issues (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 38,396.25 | WO | HD | TR | ____ |
| 08/06/19 | 28138 | e-mails and teleconferences re status of oil company sale (0.4). | Del Castillo, Joshua | 0.40 | 237.60 | 38,633.85 | WO | HD | TR | ____ |
| 08/09/19 | 47273 | e-mails and teleconferences re status of oil company sale (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 38,930.85 | WO | HD | TR | ____ |
| 08/16/19 | 72207 | Confer with counsel regarding bill of sale document for the oil company; review the same (.2). | Aspis, Norman | 0.20 | 81.00 | 39,011.85 | WO | HD | TR | ____ |

04/10/20 16:05:45 PROFORMA STATEMENT FOR MATTER 375816.00006 (David P. Stapleton/Receiver for BIC Real) (Sale of Assets/Disposition)

**Fees for Matter 375816.00006.(Sale of Assets/Disposition)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/16/19 | 82380 | Review additional oil company sales materials and e-mails and confer with Receiver's office and counsel re same (1.0). | Del Castillo, Joshua | 1.00 | 594.00 | 39,605.85 | WO | HD | TR | ____ |
| 08/19/19 | 80788 | Teleconference with Receiver's office and confer with counsel re pending oil company sale closing and related matters (1.0). | Del Castillo, Joshua | 1.00 | 594.00 | 40,199.85 | WO | HD | TR | ____ |
| 08/20/19 | 73751 | e-mails and teleconferences re oil company closing (0.6). | Del Castillo, Joshua | 0.60 | 356.40 | 40,556.25 | WO | HD | TR | ____ |
| 08/21/19 | 69604 | Conference with the counsel and SEC counsel re sale of assets, oil company closing and related issues. | Zaro, David | 0.30 | 236.25 | 40,792.50 | WO | HD | TR | ____ |
| 08/21/19 | 73689 | e-mails and teleconferences with Receiver's office and attention to oil company sale closing issues; correspondence with buyer's representatives re same (1.5). | Del Castillo, Joshua | 1.50 | 891.00 | 41,683.50 | WO | HD | TR | ____ |
| 08/22/19 | 75987 | Review and respond to e-mails re pending oil company closing (0.5); review revised documents and confer with Receiver's office re same (0.9). | Del Castillo, Joshua | 1.30 | 772.20 | 42,455.70 | WO | HD | TR | ____ |
| 08/23/19 | 76085 | e-mails and teleconferences re oil company closing (0.8). | Del Castillo, Joshua | 0.80 | 475.20 | 42,930.90 | WO | HD | TR | ____ |
| 08/26/19 | 19637 | e-mails and teleconferences re oil company closing and review materials circulated by Buyer's counsel (0.9). | Del Castillo, Joshua | 0.90 | 534.60 | 43,465.50 | WO | HD | TR | ____ |
| 08/27/19 | 19714 | Review and respond to correspondence re oil company closing (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 43,762.50 | WO | HD | TR | ____ |

04/10/20 16:05:45 PROFORMA STATEMENT FOR MATTER 375816.00006 (David P. Stapleton/Receiver for BIC Real) (Sale of Assets/Disposition)

---

**Fees for Matter 375816.00006.(Sale of Assets/Disposition)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/04/19 | 130151 | e-mails with Receiver's office and counsel re closing of oil sale and attendant status of outstanding distribution issues (0.8).; review documents re same (0.5). | Del Castillo, Joshua | 1.30 | 772.20 | 44,534.70 | WO | HD | TR ____ |
| 09/05/19 | 130225 | e-mails with Receiver's office re oil company sale and prepare short supplemental report re same (1.1). | Del Castillo, Joshua | 1.10 | 653.40 | 45,188.10 | WO | HD | TR ____ |
| 09/17/19 | 57653 | Teleconference with Receiver re anticipated sale of receivership assets and analysis of issues re same (1.1); e-mails re same (0.2). | Del Castillo, Joshua | 1.30 | 772.20 | 45,960.30 | WO | HD | TR ____ |
| 10/21/19 | 114827 | Review oil company sale agreements in connection with revenue dispute and prepare for and teleconference with J. DiIorio re same (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 46,257.30 | WO | HD | TR ____ |

---

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | Zaro, David | 15.10 | 742.50 | 11,211.75 |
| 000313 | Zaro, David | 0.30 | 787.50 | 236.25 |
| 001842 | Del Castillo, Joshua | 42.10 | 562.50 | 23,681.25 |
| 001842 | Del Castillo, Joshua | 17.30 | 594.00 | 10,276.20 |
| 002055 | Hsu, Tim | 0.50 | 472.50 | 236.25 |
| 002149 | Shapiro, Maxwell | 1.20 | 445.50 | 534.60 |
| 002369 | Aspis, Norman | 0.20 | 405.00 | 81.00 |
| | | 76.70 | | $46,257.30 |

| | | |
|---|---|---|
| Subtotal Fees | | $46,257.30 |
| Discount | | 0.00 |
| Total Fees | | 46,257.30 |
| Total Disbursements | | 0.00 |

**Attorney Billing Instructions**

04/10/20 16:05:45 PROFORMA STATEMENT FOR MATTER 375816.00006 (David P. Stapleton/Receiver for BIC Real) (Sale of Assets/Disposition)

| ( } BILL ALL | ( } Hold |
|---|---|
| ( } BILL FEES ONLY | ( } Write Off |
| ( } BILL COST ONLY | ( } Transfer All _____ |

**Billing Instructions**

| expires 12/31/2020:  10% adjustment on standard rates (automatic) - rates frozen until 12/31/17 |
|---|

**Account Summary – As Of 04/10/20**

| | | Fiscal YTD | | | Calendar YTD | | | LTD | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
| Worked | 11,923.65 | 11,923.65 | 0.00 | 0.00 | 0.00 | 0.00 | 46,257.30 | 46,257.30 | 0.00 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,861.74 | 8,861.74 | 0.00 |
| Billed | 37,513.84 | 37,444.84 | 69.00 | 0.00 | 0.00 | 0.00 | 210,238.20 | 210,238.20 | 165.05 |
| Collected | 37,513.84 | 37,444.84 | 69.00 | 0.00 | 0.00 | 0.00 | 210,403.25 | 210,238.20 | 165.05 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | Total | Fees | Costs |
|---|---|---|---|
| *WIP Balance* | *47,857.70* | *47,648.70* | *209.00* |
| *AR Balance* | *0.00* | *0.00* | *0.00* |
| *Unalloc Payment* | *0.00* | | |
| *Client Trust Balance* | *0.00* | | |

**Billing Address**

David P. Stapleton/Receiver for BIC Real Estate Develop Corp; Daniel R. Nase
dba Bakersfield Investment Club)

04/10/20 16:05:47 PROFORMA STATEMENT FOR MATTER 375816.00007 (David P. Stapleton/Receiver for BIC Real) (Pending Litigation)

*Preliminary Billing Form*

Billing Atty: 001842 - Del Castillo,
Joshua
Date of Last Billing: 11/19/19
Proforma Number: 1031321

Matter #: 375816.00007

Client Name: David P. Stapleton/Receiver for BIC Real

Matter Name:  Pending Litigation

Client/Matter Joint Group # 375816-1

**Fees for Matter 375816.00007.(Pending Litigation)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/28/18 | 29759 | Review correspondence from Monitor and prospective litigant's counsel re Caleta Loma construction and threatened litigation re same (0.2); confer with counsel (0.2). | Del Castillo, Joshua | 0.40 | 225.00 | 225.00 | WO | HD | TR | ____ |
| 12/10/18 | 124819 | Teleconference with J. LeBeau re Morales litigation and potential deposition of Receiver or Receiver's counsel (0.3); review documents and notes in connection with same (0.6); voicemail to plaintiffs' counsel (0.1). | Del Castillo, Joshua | 1.00 | 562.50 | 787.50 | WO | HD | TR | ____ |
| 12/11/18 | 21405 | Review document production for stock purchase agreement. | Aspis, Norman | 0.30 | 105.30 | 892.80 | WO | HD | TR | ____ |
| 12/11/18 | 124852 | Teleconference with counsel for Morales plaintiffs' re document request and confer with counsel re same (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 1,174.05 | WO | HD | TR | ____ |
| 12/11/18 | 136070 | Review discovery responses and document productions regarding Morales litigation (.3). Confer with counsel regarding same (.2). | Griffin, Peter | 0.50 | 193.50 | 1,367.55 | WO | HD | TR | ____ |
| 12/12/18 | 21408 | e-mails with counsel in Morales litigation | Del Castillo, Joshua | 1.40 | 787.50 | 2,155.05 | WO | HD | TR | ____ |

04/10/20 16:05:47 PROFORMA STATEMENT FOR MATTER 375816.00007 (David P. Stapleton/Receiver for BIC Real) (Pending Litigation)

---

**Fees for Matter 375816.00007.(Pending Litigation)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action |
|---|---|---|---|---|---|---|---|
| | | and review documents in connection with requested production (1.1); e-mail and teleconference with Receiver's office re same (0.3). | | | | | |
| 12/13/18 | 22485 | Attention to Morales document production issues and confer with Plaintiffs' counsel re same (0.9). | Del Castillo, Joshua | 0.90 | 506.25 | 2,661.30 | WO    HD    TR    ____ |

---

**Disbursements for Matter 375816.00007 (Pending Litigation)**

---

| Trans Date | Index | Type | Quantity | Amt | | | |
|---|---|---|---|---|---|---|---|
| 07/06/18 | 109920 | DCSRCH - Document Search  - - PACER Service Center - Pacer Service 4/01/2018-6/30/2018^4406104-Q2018 8^4406104Q22018 | 1.00 | 0.70 | WO | HD | TR    ____ |

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001842 | Del Castillo, Joshua | 4.20 | 562.50 | 2,362.50 |
| 002209 | Griffin, Peter | 0.50 | 387.00 | 193.50 |
| 002369 | Aspis, Norman | 0.30 | 351.00 | 105.30 |
| | | 5.00 | | $2,661.30 |

| | |
|---|---|
| Subtotal Fees | $2,661.30 |
| Discount | 0.00 |
| Total Fees | 2,661.30 |
| Total Disbursements | 0.70 |

**Attorney Billing Instructions**

|  |  |
|---|---|
| (  )    BILL ALL | (  )    Hold |
| (  )    BILL FEES ONLY | (  )    Write Off |
| (  )    BILL COST ONLY | (  )    Transfer All _____ |

**Billing Instructions**

04/10/20 16:05:47 PROFORMA STATEMENT FOR MATTER 375816.00007 (David P. Stapleton/Receiver for BIC Real) (Pending Litigation)

| expires 12/31/2020:  10% adjustment on standard rates (automatic) - rates frozen until 12/31/17 |
|---|

**Account Summary – As Of 04/10/20**

| | Fiscal YTD | | | Calendar YTD | | | LTD | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
| Worked | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,662.00 | 2,661.30 | 0.70 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,864.80 | 1,864.80 | 0.00 |
| Billed | 2,494.14 | 2,235.15 | 258.99 | 0.00 | 0.00 | 0.00 | 51,107.40 | 51,107.40 | 1,002.27 |
| Collected | 2,494.14 | 2,235.15 | 258.99 | 0.00 | 0.00 | 0.00 | 52,109.67 | 51,107.40 | 1,002.27 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | *Total* | *Fees* | *Costs* |
|---|---|---|---|
| *WIP Balance* | *2,662.00* | *2,661.30* | *0.70* |
| *AR Balance* | *0.00* | *0.00* | *0.00* |
| *Unalloc Payment* | *0.00* | | |
| *Client Trust Balance* | *0.00* | | |

---

**Billing Address**

David P. Stapleton/Receiver for BIC Real Estate Develop Corp; Daniel R. Nase
dba Bakersfield Investment Club)

---

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

*Preliminary Billing Form*

Billing Atty: 001842 - Del Castillo, Joshua                    Matter #: 375816.00008                    Client Name: David P. Stapleton/Receiver for BIC Real

Date of Last Billing: 01/24/20                                                                          Matter Name:  Claims/Distribution

Proforma Number: 1031321

Client/Matter Joint Group # 375816-1

**Fees for Matter 375816.00008.(Claims/Distribution)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/03/18 | 45446 | Attention to claims issues (0.3). | Del Castillo, Joshua | 0.30 | 168.75 | 168.75 | WO | HD | TR | ____ |
| 07/05/18 | 38990 | Confer with counsel re claims motion and assemble and provide outline and relevant supporting materials (0.8). | Del Castillo, Joshua | 0.80 | 450.00 | 618.75 | WO | HD | TR | ____ |
| 07/05/18 | 45488 | begin drafting motion approving Receiver's recommended treatment of claims (.3). | Villagomez, Stacey | 0.30 | 94.50 | 713.25 | WO | HD | TR | ____ |
| 07/07/18 | 38998 | Prepare motion approving recommended treatment of claims (1.0). | Villagomez, Stacey | 1.00 | 315.00 | 1,028.25 | WO | HD | TR | ____ |
| 07/09/18 | 51407 | Research and draft motion for order on recommended treatment of claims (1.0). | Villagomez, Stacey | 1.00 | 315.00 | 1,343.25 | WO | HD | TR | ____ |
| 07/10/18 | 49991 | Review VMI correspondence re claims and confer with counsel and Receiver's office re same (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 1,624.50 | WO | HD | TR | ____ |
| 07/10/18 | 75568 | Email/letter from VMI lender with demands, provide legal advice to counsel (.4). | Zaro, David | 0.40 | 297.00 | 1,921.50 | WO | HD | TR | ____ |

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

Fees for Matter 375816.00008.(Claims/Distribution)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/11/18 | 50057 | Review and revise claims motion (1.0). | Del Castillo, Joshua | 1.00 | 562.50 | 2,484.00 | WO | HD | TR | ____ |
| 07/12/18 | 69056 | Attention to claims issues and confer with counsel re same (0.9). | Del Castillo, Joshua | 0.90 | 506.25 | 2,990.25 | WO | HD | TR | ____ |
| 07/17/18 | 77713 | Review and respond to e-mail from B. Goldner re VMI inquiry re claims and associated matters (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 3,271.50 | WO | HD | TR | ____ |
| 07/18/18 | 93724 | Call with counsel for the SEC re VMI claim and Receiver objection (.2).  Follow-up with Receiver as to VMI claim/objection and counter-claim (.2). | Zaro, David | 0.40 | 297.00 | 3,568.50 | WO | HD | TR | ____ |
| 07/19/18 | 88186 | Confer with counsel and Receiver's office re claims issue (0.9). | Del Castillo, Joshua | 0.90 | 506.25 | 4,074.75 | WO | HD | TR | ____ |
| 07/19/18 | 93780 | Call with SEC counsel and Receiver re VMI attorney's fees claim and motion to recover fees by Receiver under bankruptcy code (.4). | Zaro, David | 0.40 | 297.00 | 4,371.75 | WO | HD | TR | ____ |
| 07/24/18 | 50099 | Teleconference with Receiver's office re claims issues (0.4); review and revise motion papers in connection with same (2.5). | Del Castillo, Joshua | 2.90 | 1,631.25 | 6,003.00 | WO | HD | TR | ____ |
| 07/25/18 | 26797 | Prepare additional revisions to omnibus claims treatment motion and review documents provided by Receiver's office re same (1.8). | Del Castillo, Joshua | 1.80 | 1,012.50 | 7,015.50 | WO | HD | TR | ____ |
| 07/25/18 | 33777 | Review edits to motion approving receiver's recommended treatment of claims (.8); accept changes and add section to motion | Villagomez, Stacey | 1.40 | 441.00 | 7,456.50 | WO | HD | TR | ____ |

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

**Fees for Matter 375816.00008.(Claims/Distribution)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (.5). | | | | | | | |
| 07/26/18 | 102136 | Teleconference with J. Diiorio re: treatment motion (.6). | Villagomez, Stacey | 0.60 | 189.00 | 7,645.50 | WO | HD | TR ____ |
| 07/26/18 | 106057 | Attention to claims issues and prepare updates and inquiries to Receiver's office re draft omnibus claims motion (1.0); teleconference with J. DiIorio re same (0.5). | Del Castillo, Joshua | 1.50 | 843.75 | 8,489.25 | WO | HD | TR ____ |
| 07/27/18 | 106063 | Review and revise claims motion (0.5); confer with Receiver's office re same (0.5). | Del Castillo, Joshua | 1.00 | 562.50 | 9,051.75 | WO | HD | TR ____ |
| 08/07/18 | 106770 | Review and revise claims motion in connection with information received from Receiver's office and confer re same (1.0); discussion of claims issues with counsel (0.5). | Del Castillo, Joshua | 1.50 | 843.75 | 9,895.50 | WO | HD | TR ____ |
| 08/15/18 | 62625 | Attention to claims issues and confer with Receiver's office re same (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 10,176.75 | WO | HD | TR ____ |
| 08/16/18 | 62663 | Attention to claims issues and prepare inquiries to Receiver's office re same (0.5); prepare proposed revisions to omnibus claims motion (0.5). | Del Castillo, Joshua | 1.00 | 562.50 | 10,739.25 | WO | HD | TR ____ |
| 08/17/18 | 62711 | Review and respond to correspondence from Receiver's office re claims issues (0.3); review documents re same (0.3); review outline for claims motion sections and attention to VMI portion of claim (0.8). | Del Castillo, Joshua | 1.40 | 787.50 | 11,526.75 | WO | HD | TR ____ |
| 08/20/18 | 36355 | Review Receiver's comments to draft claims motion and teleconference and e-mails re same (0.9). | Del Castillo, Joshua | 0.90 | 506.25 | 12,033.00 | WO | HD | TR ____ |

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

---

**Fees for Matter 375816.00008.(Claims/Distribution)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/21/18 | 62743 | Review materials provided by Receiver in connection with VMI claim and claim objection (0.8). | Del Castillo, Joshua | 0.80 | 450.00 | 12,483.00 | WO | HD | TR | ____ |
| 08/22/18 | 57496 | Review documents and confer with Receiver's office re proposed revisions to claims motion and prepare requested revisions (1.3); confer with counsel re same (0.5). | Del Castillo, Joshua | 1.80 | 1,012.50 | 13,495.50 | WO | HD | TR | ____ |
| 08/23/18 | 25969 | Analysis of the issues related to the claims allowance motion (.6).  Call with counsel to advise as to claims allowance motion (.2). | Zaro, David | 0.80 | 594.00 | 14,089.50 | WO | HD | TR | ____ |
| 08/23/18 | 29441 | Review and revise claims allowance motion in accordance with additional materials and information received from Receiver and confer with counsel re same (1.4). | Del Castillo, Joshua | 1.40 | 787.50 | 14,877.00 | WO | HD | TR | ____ |
| 08/24/18 | 32854 | Review documents re VMI claim and anticipated objection thereto (0.8); confer with Receiver's office and counsel re same (0.4). | Del Castillo, Joshua | 1.20 | 675.00 | 15,552.00 | WO | HD | TR | ____ |
| 08/27/18 | 22948 | Attention to claims issues and confer with counsel re document review relating to declarations supporting proposed treatment of claims (0.9); teleconference with Receiver's office re revisions to claims allowance motion (0.8). | Del Castillo, Joshua | 1.70 | 956.25 | 16,508.25 | WO | HD | TR | ____ |
| 08/28/18 | 29760 | Review documents and complete additions to claims allowance motion and confer with Receiver's office re same (1.5). | Del Castillo, Joshua | 1.50 | 843.75 | 17,352.00 | WO | HD | TR | ____ |

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

---

**Fees for Matter 375816.00008.(Claims/Distribution)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/04/18 | 99047 | Prepare inquiries to Receiver's office re claims issues (0.7). | Del Castillo, Joshua | 0.70 | 393.75 | 17,745.75 | WO | HD | TR | ____ |
| 09/07/18 | 96941 | Teleconferences and e-mails with j. DiIorio re claims motion and Receiver's summary recommendation on claims (0.3); review documents provided by Receiver's office in connection with same (0.7); review and respond to VMI inquiries re claims (0.5). | Del Castillo, Joshua | 1.50 | 843.75 | 18,589.50 | WO | HD | TR | ____ |
| 09/08/18 | 100010 | Attention to anticipated wind-down issues (0.8). | Del Castillo, Joshua | 0.80 | 450.00 | 19,039.50 | WO | HD | TR | ____ |
| 09/10/18 | 107882 | Review materials obtained from Receiver's office and prepare additional revisions to claims pleadings (0.7); confer with counsel re same (0.4). | Del Castillo, Joshua | 1.10 | 618.75 | 19,658.25 | WO | HD | TR | ____ |
| 09/17/18 | 114599 | Work on the motion to allow claims and address disputed claims issues and advice related to the same (.6). | Zaro, David | 0.60 | 445.50 | 20,103.75 | WO | HD | TR | ____ |
| 09/18/18 | 114575 | Confer with counsel re and revise draft claims motion (0.9). | Del Castillo, Joshua | 0.90 | 506.25 | 20,610.00 | WO | HD | TR | ____ |
| 09/18/18 | 114618 | Further analysis of VMI attorney's fees claims, deficiency claims, Receiver response and legal authority (.4).  Advice t counsel related to claims allowance motion (.3). | Zaro, David | 0.70 | 519.75 | 21,129.75 | WO | HD | TR | ____ |
| 09/24/18 | 105686 | Confer with counsel re claims issues (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 21,411.00 | WO | HD | TR | ____ |
| 09/25/18 | 93445 | Prepare for and teleconference with Receiver re pending claims motion and his | Del Castillo, Joshua | 0.70 | 393.75 | 21,804.75 | WO | HD | TR | ____ |

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

**Fees for Matter 375816.00008.(Claims/Distribution)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | anticipated discussion with SEC re same (0.7). | | | | | | | | |
| 09/26/18 | 87356 | Confer re additional analysis of Nase claim and attention to VMI claim (0.6); additional analysis of claim against VMI for reimbursement (1.3); review and respond to correspondence and voicemail from VMI counsel re claims motion (0.3). | Del Castillo, Joshua | 2.20 | 1,237.50 | 23,042.25 | WO | HD | TR | ____ |
| 09/28/18 | 87415 | Review and revise claims motion (0.9). | Del Castillo, Joshua | 0.90 | 506.25 | 23,548.50 | WO | HD | TR | ____ |
| 09/29/18 | 114877 | Review documents and attention to claims issues (0.7). | Del Castillo, Joshua | 0.70 | 393.75 | 23,942.25 | WO | HD | TR | ____ |
| 10/01/18 | 92693 | Prepare updates and inquiries to Receiver's office re claims process (0.9); prepare for and extended teleconference re claims issues (0.7). | Del Castillo, Joshua | 1.60 | 900.00 | 24,842.25 | WO | HD | TR | ____ |
| 10/03/18 | 115885 | Review supplemental Receiver analysis of claims and draft claims summary exhibit and confer re same (0.7). | Del Castillo, Joshua | 0.70 | 393.75 | 25,236.00 | WO | HD | TR | ____ |
| 10/04/18 | 115866 | Review Receiver's draft summary claims analysis and confer with Receiver's office and counsel re same (0.9); analysis of issues presented by updated analysis (0.5). | Del Castillo, Joshua | 1.40 | 787.50 | 26,023.50 | WO | HD | TR | ____ |
| 10/09/18 | 87057 | Call to address the revisions to claims allowance motion and VMI issues (.3). Analysis of the VMI motion, claims allowance motion (.3). | Zaro, David | 0.60 | 445.50 | 26,469.00 | WO | HD | TR | ____ |
| 10/09/18 | 92964 | Teleconferences and e-mails with SEC and | Del Castillo, Joshua | 2.50 | 1,406.25 | 27,875.25 | WO | HD | TR | ____ |

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

---

Fees for Matter 375816.00008.(Claims/Distribution)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Receiver's office re claims motion and Receiver's anticipated recommended treatment of claims (1.0); review documents in connection with same (0.4); review draft motion (1.1). | | | | | | | | |
| 10/11/18 | 80580 | Follow-up on claims allowance issues and pending issues as to the disputed claims, advice as to the motion (.5). | Zaro, David | 0.50 | 371.25 | 28,246.50 | WO | HD | TR | ____ |
| 10/12/18 | 78982 | Confer with Receiver's office and SEC re claims allowance motion (0.5); teleconferences re same (0.5); prepare additional revisions to same (0.8). | Del Castillo, Joshua | 1.80 | 1,012.50 | 29,259.00 | WO | HD | TR | ____ |
| 10/15/18 | 74229 | Review voicemail from B. Goldner re status of claims motion and attention to issues re claims motion (0.5); prepare and respond to correspondence from Receiver's office re D. Nase, Sr. claim and associated issues (0.4); review documents re same (0.5). | Del Castillo, Joshua | 1.40 | 787.50 | 30,046.50 | WO | HD | TR | ____ |
| 10/16/18 | 79873 | Emails with counsel related to claims, draft motion to allow/disallow claim claims (.4). | Zaro, David | 0.40 | 297.00 | 30,343.50 | WO | HD | TR | ____ |
| 10/16/18 | 79985 | Review and respond to correspondence from J. Dilorio re claims motion and associated matters (0.5); review and revise documents (0.8); prepare update to B. Goldner re same (0.1). | Del Castillo, Joshua | 1.40 | 787.50 | 31,131.00 | WO | HD | TR | ____ |
| 10/17/18 | 78906 | Teleconference with Receiver and J. Dilorio re claims motion and revise draft of same (0.9); deliver draft motion to SEC to meet and confer (0.1); confer with counsel re same (0.5). | Del Castillo, Joshua | 1.50 | 843.75 | 31,974.75 | WO | HD | TR | ____ |

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

---

**Fees for Matter 375816.00008.(Claims/Distribution)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/17/18 | 80011 | Review client correspondence re: Daniel Nase claim. | Villagomez, Stacey | 0.30 | 94.50 | 32,069.25 | WO | HD | TR ____ |
| 10/18/18 | 66261 | Call with SEC counsel to meet/confer as to claims motion/VMI motion (.4).  Work on drafts of claims allowance motion/VMI issues and advice to counsel (.7). | Zaro, David | 1.10 | 816.75 | 32,886.00 | WO | HD | TR ____ |
| 10/18/18 | 74303 | Review and respond to inquiries from SEC and counsel re claims motion and associated documents (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 33,167.25 | WO | HD | TR ____ |
| 10/22/18 | 79067 | Confer with counsel re claims motion and supplemental filings in connection with same (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 33,448.50 | WO | HD | TR ____ |
| 10/24/18 | 68617 | Attention to claims motion and associated claims matters and confer with counsel and Receiver's office re same (1.5). | Del Castillo, Joshua | 1.50 | 843.75 | 34,292.25 | WO | HD | TR ____ |
| 10/25/18 | 75291 | Draft motion to surcharge VMI for administrative expenses incurred in connection with preserving and disposing VMI-associated properties (2.0). | Aspis, Norman | 2.00 | 702.00 | 34,994.25 | WO | HD | TR ____ |
| 10/26/18 | 75294 | Draft declaration of D. Stapleton, notice of motion, proposed order in support of motion for recommended treatment of claims. | Villagomez, Stacey | 1.10 | 346.50 | 35,340.75 | WO | HD | TR ____ |
| 10/27/18 | 43737 | Review and revise VMI surcharge motion (1.8). | Del Castillo, Joshua | 1.80 | 1,012.50 | 36,353.25 | WO | HD | TR ____ |
| 10/29/18 | 48785 | Attention to claims issues, review and revise associated materials, and deliver to Receiver for review and comment (1.5). | Del Castillo, Joshua | 1.50 | 843.75 | 37,197.00 | WO | HD | TR ____ |

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

---

**Fees for Matter 375816.00008.(Claims/Distribution)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/29/18 | 48876 | Revise draft of the motion to allow claims, disallow claims (.6). | Zaro, David | 0.60 | 445.50 | 37,642.50 | WO | HD | TR | ____ |
| 10/30/18 | 75306 | Attention to issues re claims process and confer with counsel and Receiver's office re same (1.9); review and revise associated documents (1.5). | Del Castillo, Joshua | 3.40 | 1,912.50 | 39,555.00 | WO | HD | TR | ____ |
| 10/31/18 | 68860 | Confer with counsel and Receiver's office re claims issues (0.8). | Del Castillo, Joshua | 0.80 | 450.00 | 40,005.00 | WO | HD | TR | ____ |
| 11/01/18 | 24927 | Update David Stapleton's declaration ISO the receiver's motion to surcharge VMI. | Aspis, Norman | 0.20 | 70.20 | 40,075.20 | WO | HD | TR | ____ |
| 11/01/18 | 41344 | Finalize all claims-related papers for filing, confer with Receiver and SEC re same, and assemble supporting materials (4.1). | Del Castillo, Joshua | 4.10 | 2,306.25 | 42,381.45 | WO | HD | TR | ____ |
| 11/07/18 | 31765 | Confer with Receiver's office re accounting of funds on hand and anticipated distribution (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 42,662.70 | WO | HD | TR | ____ |
| 11/09/18 | 94320 | Review voicemail from VMI counsel re claims and anticipated VMI motion for fees (0.1); review pleadings in connection with same (0.9). | Del Castillo, Joshua | 1.00 | 562.50 | 43,225.20 | WO | HD | TR | ____ |
| 11/12/18 | 88760 | e-mail and teleconference with B. Goldner re anticipated VMI opposition to Receiver's claims motion and associated, renewed VMI motion for attorneys' fees (0.6); e-mails with SEC re same (0.1); confer with Receiver and counsel re same (0.4). | Del Castillo, Joshua | 1.10 | 618.75 | 43,843.95 | WO | HD | TR | ____ |
| 11/12/18 | 94358 | Several emails and call concerning VMI | Zaro, David | 0.50 | 371.25 | 44,215.20 | WO | HD | TR | ____ |

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

---

**Fees for Matter 375816.00008.(Claims/Distribution)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | claims/Receiver motion and advice to counsel re response to VMI (.5). | | | | | | | | |
| 11/14/18 | 113440 | Confer with counsel and prepare updates to Receiver re anticipated VMI opposition to claims motions and associated attorneys' fee request (0.6); review and respond to inquiries from Receiver's office re same (0.6); address investor inquiries re claims process and status (0.6). | Del Castillo, Joshua | 1.80 | 1,012.50 | 45,227.70 | WO | HD | TR | ____ |
| 11/14/18 | 113533 | Call/conference with counsel concerning VMI and remaining disputed claims (.3). | Zaro, David | 0.30 | 222.75 | 45,450.45 | WO | HD | TR | ____ |
| 11/28/18 | 60982 | Follow-up call with counsel for SEC re records related to VMI, review of d.b. and email concerning VMI notes (.6). | Zaro, David | 0.60 | 445.50 | 45,895.95 | WO | HD | TR | ____ |
| 11/29/18 | 56155 | Calls with Receiver/counsel concerning the claims motion argument (.3).  Review of the SEC filings related to claims motion (.3). Assess filing by VMI in opposition to Receiver's claims motion (.3). | Zaro, David | 0.90 | 668.25 | 46,564.20 | WO | HD | TR | ____ |
| 11/29/18 | 60969 | Review VMI oppositions to claims motions and renewed motion for attorneys' fees (1.2); preliminary analysis of issues presented therein (0.8); confer with counsel re same (0.5). | Del Castillo, Joshua | 2.50 | 1,406.25 | 47,970.45 | WO | HD | TR | ____ |
| 11/30/18 | 54878 | Additional analysis of issues re VMI motion/oppositions and confer with counsel re same (1.8); revise omnibus reply/opposition outline and commence draft (0.7). | Del Castillo, Joshua | 2.50 | 1,406.25 | 49,376.70 | WO | HD | TR | ____ |

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

---

**Fees for Matter 375816.00008.(Claims/Distribution)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/18 | 126416 | Analyze case law regarding the ability of a secured lender to collect attorneys' fees in connection with a security interest or real property. | Aspis, Norman | 1.20 | 421.20 | 49,797.90 | WO | HD | TR | ____ |
| 12/03/18 | 121813 | Review declarations of M. Augustine for FRE violations (.3); draft insert for Receiver's Omnibus reply regarding the same (.2). | Aspis, Norman | 0.50 | 175.50 | 49,973.40 | WO | HD | TR | ____ |
| 12/03/18 | 121815 | draft declaration of D. Stapleton regarding provision of notice to investors regarding pending motions (.8); draft email notice to investors (.3). | Aspis, Norman | 1.10 | 386.10 | 50,359.50 | WO | HD | TR | ____ |
| 12/03/18 | 126405 | Follow-up on the order from District Court with counsel for the SEC (.2).  Address the issues re: magistrate related to the selection and settlement (.4).  Calls with counsel and Receiver concerning settlement and reply brief (.5). | Zaro, David | 1.10 | 816.75 | 51,176.25 | WO | HD | TR | ____ |
| 12/03/18 | 128572 | Review Court order on claims motion and confer with Receiver's office and counsel re same (0.8); teleconference with B. Goldner re same (0.2); complete legal analysis of VMI oppositions and motions and complete draft of Receiver's omnibus reply and opposition (3.0). | Del Castillo, Joshua | 4.00 | 2,250.00 | 53,426.25 | WO | HD | TR | ____ |
| 12/04/18 | 126400 | Revise and finalize Receiver's notice to investors re claims motions and associated declaration and confer with counsel and Receiver's office re same (1.1); complete additional revisions to omnibus reply and opposition to VMI papers and confer with | Del Castillo, Joshua | 2.50 | 1,406.25 | 54,832.50 | WO | HD | TR | ____ |

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

---

**Fees for Matter 375816.00008.(Claims/Distribution)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Receiver and counsel (1.1); meet and confer correspondence to SEC and VMI counsel (0.3). | | | | | | | | |
| 12/04/18 | 127384 | Further analysis of recent case law concerning the deed/trust and fees, revisions to draft reply brief re VMI (.8). Calls/advice to counsel re reply brief/settlement prospects (.3). | Zaro, David | 1.10 | 816.75 | 55,649.25 | WO | HD | TR | ____ |
| 12/05/18 | 127374 | Teleconferences and e-mails with Receiver's office re meet and confer requirement for VMI and potential proposals for addressing VMI attorneys' fee claim (0.6); revise and revise draft omnibus reply and opposition (0.5). | Del Castillo, Joshua | 1.10 | 618.75 | 56,268.00 | WO | HD | TR | ____ |
| 12/05/18 | 127401 | Analysis related to distribution plan and subordination issues/follow-up with counsel related to the plan terms (.4). | Zaro, David | 0.40 | 297.00 | 56,565.00 | WO | HD | TR | ____ |
| 12/06/18 | 127451 | Emails/conference with the SEC counsel related to meet and confer concerning the VMI motion/claims settlement (.4); Follow-up to address/edit reply (.2); Assess magistrate proposal/advice to Receiver/counsel related to settlement (.3); Review of SEC response to motions/magistrate (.3) | Zaro, David | 1.20 | 891.00 | 57,456.00 | WO | HD | TR | ____ |
| 12/07/18 | 124813 | Follow-up on the issues related to reply briefing, assess the SEC briefs and VMI response (.4).  Emails/advice to Receiver counsel re settlement issues (.2). | Zaro, David | 0.60 | 445.50 | 57,901.50 | WO | HD | TR | ____ |
| 12/07/18 | 127458 | Continue meet and confer re claims | Del Castillo, Joshua | 0.80 | 450.00 | 58,351.50 | WO | HD | TR | ____ |

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

---

Fees for Matter 375816.00008.(Claims/Distribution)

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | motions and VMI responses (0.3); e-mails with Receiver's office re same (0.5). | | | | | | | | |
| 12/10/18 | 124856 | Several calls with counsel, meet/confer related to the Magistrate and VMI claims (.3).  Call with SEC related to Magistrate selection, settlement meeting (.4). | Zaro, David | 0.70 | 519.75 | 58,871.25 | WO | HD | TR | ____ |
| 12/11/18 | 124853 | Confer with Receiver's office re VMI claims resolution matters (0.5); prepare draft report to Court re same (0.5). | Del Castillo, Joshua | 1.00 | 562.50 | 59,433.75 | WO | HD | TR | ____ |
| 12/12/18 | 21409 | Confer with Receiver re VMI claim and prepare e-mail proposal to parties re magistrate conference (0.3); prepare draft supplemental report to Court re same (0.5); review VMI sur reply and confer re same (0.4); confer with Receiver re status of investor inquiries/objections (0.3). | Del Castillo, Joshua | 1.50 | 843.75 | 60,277.50 | WO | HD | TR | ____ |
| 12/13/18 | 22486 | Confer with Receiver's office, SEC, and VMI re settlement conference, revise status report to Court, and prepare for filing (1.1); attention to distribution matters and prepare revised distribution outline (0.4). | Del Castillo, Joshua | 1.50 | 843.75 | 61,121.25 | WO | HD | TR | ____ |
| 12/13/18 | 22557 | Email/advice to counsel related to Receiver joint report, related to magistrate and settlement conference (.3). | Zaro, David | 0.30 | 222.75 | 61,344.00 | WO | HD | TR | ____ |
| 12/17/18 | 21293 | Confer re VMI claim settlement conference and related issues (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 61,625.00 | WO | HD | TR | ____ |
| 12/20/18 | 131136 | Further analysis of the VMI pleadings and issues and follow-up to assess the prospective settlement strategy (.7); Call to | Zaro, David | 1.20 | 891.00 | 62,516.25 | WO | HD | TR | ____ |

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

**Fees for Matter 375816.00008.(Claims/Distribution)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | address claim of trustee of IRA custodian related to claim/turnover and follow-up to investigate claim (.5). | | | | | | | | |
| 12/26/18 | 138768 | Confer with counsel and Receiver's office re accounting for VMI claim in anticipation of settlement conference (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 62,797.50 | WO | HD | TR | ____ |
| 12/26/18 | 138790 | Several calls with counsel and the SEC related to the analysis of VMI loans/property purchases and sales/equity (.6).  Follow-up on the calculation of LTV's and losses of equity (.3). | Zaro, David | 0.90 | 668.25 | 63,465.75 | WO | HD | TR | ____ |
| 12/27/18 | 131472 | Review order and emails and then call with counsel as to magistrate/settlement conference/follow-up advice as to strategy (.6) | Zaro, David | 0.60 | 445.50 | 63,911.25 | WO | HD | TR | ____ |
| 12/27/18 | 138826 | Review order on VMI settlement conference and confer with Receiver's office re same (0.4). | Del Castillo, Joshua | 0.40 | 225.00 | 64,136.25 | WO | HD | TR | ____ |
| 12/29/18 | 131481 | Review correspondence and attention to anticipated distribution issues (0.8). | Del Castillo, Joshua | 0.80 | 450.00 | 64,586.25 | WO | HD | TR | ____ |
| 12/29/18 | 136108 | Analysis of additional argument for confidential settlement conference statement (0.8). | Del Castillo, Joshua | 0.80 | 450.00 | 65,036.25 | WO | HD | TR | ____ |
| 01/02/19 | 131042 | Confer with counsel re anticipated VMI claim confidential settlement statement and revise outline for same (0.9). | Del Castillo, Joshua | 0.90 | 506.25 | 65,542.50 | WO | HD | TR | ____ |
| 01/07/19 | 13162 | Commence draft for detailed settlement conference statement re VMI claim and | Del Castillo, Joshua | 1.30 | 731.25 | 66,273.75 | WO | HD | TR | ____ |

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

---

**Fees for Matter 375816.00008.(Claims/Distribution)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | confer with counsel re same (1.3). | | | | | | | | |
| 01/07/19 | 18712 | Analysis of Receiver email, response and advice to Receiver re VMI settlement/mediation conference (.4). Follow-up with counsel to advise as to the brief related to settlement conference (.2). | Zaro, David | 0.60 | 445.50 | 66,719.25 | WO | HD | TR | ____ |
| 01/08/19 | 127120 | Complete initial draft of VMI claim confidential settlement conference statement (1.2). | Del Castillo, Joshua | 1.20 | 675.00 | 67,394.25 | WO | HD | TR | ____ |
| 01/10/19 | 18726 | Review proposed revisions to and confer with counsel re confidential settlement statement (0.5); commence additional revisions (0.5). | Del Castillo, Joshua | 1.00 | 562.50 | 67,956.75 | WO | HD | TR | ____ |
| 01/10/19 | 91023 | Research the applicability of California anti-deficiency and related legal theories (.5). Analysis of issues and draft revisions to the Receiver mediation brief for settlement conference (1.0). | Zaro, David | 1.50 | 1,113.75 | 69,070.50 | WO | HD | TR | ____ |
| 01/11/19 | 85421 | Complete settlement conference briefing and confer with counsel re same (0.8). | Del Castillo, Joshua | 0.80 | 450.00 | 69,520.50 | WO | HD | TR | ____ |
| 01/12/19 | 85202 | Review and respond to inquiries re VMI settlement conference statement (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 69,801.75 | WO | HD | TR | ____ |
| 01/14/19 | 124532 | Confer with Monitor's office re claims and claims denial issues (0.3); review, revise, and circulate draft investor communication language in connection with claims (0.5); review and respond to correspondence from Monitor and review draft notices from Monitor re claims issues (1.0). | Del Castillo, Joshua | 1.80 | 1,012.50 | 70,814.25 | WO | HD | TR | ____ |

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

---

**Fees for Matter 375816.00008.(Claims/Distribution)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/14/19 | 124554 | Several conferences with counsel related to Receiver's response to VMI (.4).  Finalize the settlement conference memorandum/statement to reflect additional analysis of California law (.7). | Zaro, David | 0.70 | 519.75 | 71,334.00 | WO | HD | TR | ____ |
| 01/15/19 | 121505 | Call with SEC counsel, meet/confer related to stay motion/settlement conference (.3).  Email to SEC and call with counsel re settlement/stay issues (.4). | Zaro, David | 0.70 | 519.75 | 71,853.75 | WO | HD | TR | ____ |
| 01/30/19 | 19934 | Teleconference re supplemental JSR re settlement conference and prepare and update associated materials (0.5); confer with counsel re same (0.4).; revise settlement conference statement (0.8). | Del Castillo, Joshua | 1.70 | 956.25 | 72,810.00 | WO | HD | TR | ____ |
| 01/30/19 | 20037 | Prepare for/attend SEC call related to settlement conference as to claims (.3).  Follow-up to attend conference and meeting with counsel/Receiver re settlement (.4).  Work on draft report/settlement conference statement re VMI claims (.4). | Zaro, David | 1.10 | 816.75 | 73,626.75 | WO | HD | TR | ____ |
| 02/01/19 | 139618 | Call with SEC counsel re settlement conference (.2).  Confer with Receiver and counsel as to Receiver settlement statement (.2). | Zaro, David | 0.40 | 297.00 | 73,923.75 | WO | HD | TR | ____ |
| 02/05/19 | 135617 | Confer with counsel re proposed schedule for VMI settlement conference and prepare updates to Receiver re same (0.3); review and respond to inquiries from Court clerk re same (0.2). | Del Castillo, Joshua | 0.50 | 281.25 | 74,205.00 | WO | HD | TR | ____ |

---

**Fees for Matter 375816.00008.(Claims/Distribution)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/05/19 | 139696 | Call with SEC counsel related to settlement statements and mediation (.3).  Several calls and emails with counsel/court concerning settlement conference (.3). | Zaro, David | 0.60 | 445.50 | 74,650.50 | WO | HD | TR | ____ |
| 03/07/19 | 28611 | Calls with SEC counsel and Receiver counsel, email related to settlement conference (.4). | Zaro, David | 0.40 | 297.00 | 74,947.50 | WO | HD | TR | ____ |
| 03/08/19 | 22335 | Follow-up on the distribution plan with counsel and respond to SEC inquiry as to the plan/timing (.2).  Follow-up on the mediation brief/settlement proposal and advice to counsel re same (.4). | Zaro, David | 0.60 | 445.50 | 75,393.00 | WO | HD | TR | ____ |
| 03/20/19 | 105543 | Finalize confidential settlement statement re VMI claim for submission to Court (0.4); review and respond to correspondence from SEC and Receiver re Receiver's accounting, property sales, and other matters relating to VMI claim (0.6). | Del Castillo, Joshua | 1.00 | 562.50 | 75,955.50 | WO | HD | TR | ____ |
| 03/21/19 | 109169 | e-mails and teleconferences with Receiver's office, counsel, and SEC counsel re VMI claim settlement conference (0.7). | Del Castillo, Joshua | 0.70 | 393.75 | 76,349.25 | WO | HD | TR | ____ |
| 03/21/19 | 135346 | Calls with Receiver counsel and SEC counsel as to the mediation, Receiver's legal foundation and SEC's arguments (.4). Review of legal issues related to one action/anti-deficiency (.5). | Zaro, David | 0.90 | 668.25 | 77,017.50 | WO | HD | TR | ____ |
| 03/22/19 | 115648 | e-mails and teleconferences with Receiver's office re upcoming VMI settlement conference re claims and distribution and review and assemble materials as | Del Castillo, Joshua | 1.10 | 618.75 | 77,636.25 | WO | HD | TR | ____ |

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

**Fees for Matter 375816.00008.(Claims/Distribution)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | requested (1.1). | | | | | | | | |
| 03/26/19 | 139540 | Review the underlying brief concerning the BIC/VMI claims dispute (.4). | Zaro, David | 0.40 | 297.00 | 77,933.25 | WO | HD | TR | ____ |
| 03/27/19 | 123656 | Work on issues related to claim allowance motion and mediation (1.0). | Zaro, David | 1.00 | 742.50 | 78,675.75 | WO | HD | TR | ____ |
| 03/28/19 | 118617 | Prepare for the mediation, including review of the pleadings/case law, meeting with Receiver (1.5).  Attend mediation in USDC/Fresno (3.0).  Follow-up calls with SEC, Receiver and counsel concerning the mediation and motion (.4). | Zaro, David | 4.90 | 3,638.25 | 82,314.00 | WO | HD | TR | ____ |
| 03/28/19 | 135410 | Teleconference with Receiver and counsel re results of settlement conference and attention to issues re same (0.7). | Del Castillo, Joshua | 0.70 | 393.75 | 82,707.75 | WO | HD | TR | ____ |
| 03/29/19 | 123974 | Calls and email with counsel and SEC counsel following the mediation/next steps (.4). | Zaro, David | 0.40 | 297.00 | 83,004.75 | WO | HD | TR | ____ |
| 05/10/19 | 24898 | Review documents and notes from calls with Receiver's office and attention to anticipated distribution matters (1.5). | Del Castillo, Joshua | 1.50 | 843.75 | 83,848.50 | WO | HD | TR | ____ |
| 05/17/19 | 27614 | Analysis of order related to claims motion, VMI and Capital One, emails with Receiver and counsel as to the response/next steps, advice to counsel re strategy and email with Receiver (.8). | Zaro, David | 0.80 | 594.00 | 84,442.50 | WO | HD | TR | ____ |
| 05/17/19 | 44812 | Detailed review of Court order on distribution/claims motion and confer with counsel and Receiver's office re same (1.0). | Del Castillo, Joshua | 1.00 | 562.50 | 85,005.00 | WO | HD | TR | ____ |

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

---

**Fees for Matter 375816.00008.(Claims/Distribution)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/20/19 | 35313 | Follow-up on the Court's Order, develop analysis and options to resolve the claims issues, and brief call with Mr. Diiorio (.5). Call with VMI counsel related to the settlement of VMI claim (.2).  Calls with Receiver and Mr. Diiorio related to the possible settlement of claim (.3).  Call with the SEC counsel re VMI claim (.2). | Zaro, David | 1.20 | 891.00 | 85,896.00 | WO | HD | TR | ____ |
| 05/21/19 | 27610 | Conference with SEC counsel related to possible settlement with VMI and strategy (.3). | Zaro, David | 0.30 | 222.75 | 86,118.75 | WO | HD | TR | ____ |
| 05/28/19 | 64689 | Review/evaluate the VMI order, address the settlement (.3).  Call with counsel for VMI and settlement counsel (.3). | Zaro, David | 0.60 | 445.50 | 86,564.25 | WO | HD | TR | ____ |
| 05/31/19 | 64756 | Teleconference with B. Goldner re VMI waiver of claim and proposed stipulation re same (0.2); prepare e-mail to SEC re same and review response (0.1); review documents in connection with preparation of stipulation (0.8). | Del Castillo, Joshua | 1.10 | 618.75 | 87,183.00 | WO | HD | TR | ____ |
| 05/31/19 | 96616 | Email/call with counsel re settlement with VMI related to claims and stipulation (.4). | Zaro, David | 0.40 | 297.00 | 87,480.00 | WO | HD | TR | ____ |
| 06/03/19 | 112922 | Prepare draft stipulation re resolution of VMI and surcharge claims (1.5). | Del Castillo, Joshua | 1.50 | 843.75 | 88,323.75 | WO | HD | TR | ____ |
| 06/04/19 | 113815 | Analysis/revise draft of the stipulation with VMI, follow-up email and call with counsel (.4). | Zaro, David | 0.40 | 297.00 | 88,620.75 | WO | HD | TR | ____ |
| 06/05/19 | 113818 | e-mails to SEC to meet and confer re | Del Castillo, Joshua | 0.30 | 168.75 | 88,789.50 | WO | HD | TR | ____ |

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

**Fees for Matter 375816.00008.(Claims/Distribution)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | proposed stipulation to resolve VMI claim (0.1); confer with counsel re same (0.2). | | | | | | | | |
| 06/06/19 | 123681 | Call with sEC counsel to address VMI stipulation and the Capital One claim (.2). Email/call with counsel to address VMI stipulation and the Capital One filing, and response (.4). | Zaro, David | 0.60 | 445.50 | 89,235.00 | WO | HD | TR | ____ |
| 06/10/19 | 118857 | e-mails and teleconferences with SEC and VMI counsel re VMI claim and surcharge motion and revise stipulation re same (0.7). | Del Castillo, Joshua | 0.70 | 393.75 | 89,628.75 | WO | HD | TR | ____ |
| 06/11/19 | 123994 | Teleconference with B. Goldner re VMI stipulation and proposed revisions to same, revise draft stipulation, and confer with SEC and VMI counsel re same (0.9); finalize stipulation for filing (0.1). | Del Castillo, Joshua | 1.00 | 562.50 | 90,191.25 | WO | HD | TR | ____ |
| 06/12/19 | 120250 | Email related to the Capital One claim and VMI Stipulation, call with SEC counsel (.3). Review the revisions to VMI/Receiver/SEC stipulation (.2). | Zaro, David | 0.50 | 371.25 | 90,562.50 | WO | HD | TR | ____ |
| 06/16/19 | 120389 | Prepare draft distribution motion outline and analysis of issues re same (0.5). | Del Castillo, Joshua | 0.50 | 281.25 | 90,843.75 | WO | HD | TR | ____ |
| 07/22/19 | 95732 | Legal analysis of constructive trust and subordination issues in anticipation of distribution recommendations (1.1). | Del Castillo, Joshua | 1.10 | 653.40 | 91,497.15 | WO | HD | TR | ____ |
| 08/10/19 | 65728 | Review inquiries re distribution status and prepare detailed update and recommendation to Receiver re distributions based on anticipated near-term closing of oil company sale (1.5); prepare | Del Castillo, Joshua | 2.40 | 1,425.60 | 92,922.75 | WO | HD | TR | ____ |

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

---

Fees for Matter 375816.00008.(Claims/Distribution)

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | |
|---|---|---|---|---|---|---|---|---|---|
| | | revised pleading re same (0.9). | | | | | | | |
| 08/26/19 | 19638 | Attention to distribution matters and review and revise notice to claimants re same (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 93,219.75 | WO | HD | TR ____ |
| 09/05/19 | 130285 | Analysis of closing tasks and follow-up o the final distribution following the closing of the sale of the oil company, follow-up with counsel and advice re same. | Zaro, David | 0.40 | 315.00 | 93,534.75 | WO | HD | TR ____ |
| 09/17/19 | 35830 | Email/follow-up on call with SEC counsel as to the final distribution, closing of the case. | Zaro, David | 0.40 | 315.00 | 93,849.75 | WO | HD | TR ____ |
| 09/28/19 | 50603 | Review documents from Receiver and analysis of prospective distribution issues (1.1); prepare memorandum re same (1.1). | Del Castillo, Joshua | 2.20 | 1,306.80 | 95,156.55 | WO | HD | TR ____ |
| 10/07/19 | 112165 | Review documents and attention to final distribution issues (0.6); confer with Receiver's office re same (0.4). | Del Castillo, Joshua | 1.00 | 594.00 | 95,750.55 | WO | HD | TR ____ |
| 10/11/19 | 111329 | Teleconference with Receiver's office and review documents re anticipated distribution (1.1); attention to revised distribution motion (0.8). | Del Castillo, Joshua | 1.90 | 1,128.60 | 96,879.15 | WO | HD | TR ____ |
| 10/15/19 | 101216 | Review Receiver's proposed distribution accounting and confer with counsel re same (.6). | Del Castillo, Joshua | 0.60 | 356.40 | 97,235.55 | WO | HD | TR ____ |
| 10/22/19 | 43421 | e-mails and teleconferences with counsel and Receiver's office re distribution issues (1.0). | Del Castillo, Joshua | 1.00 | 594.00 | 97,829.55 | WO | HD | TR ____ |
| 10/23/19 | 48522 | Teleconference with Receiver's office re | Del Castillo, Joshua | 2.20 | 1,306.80 | 99,136.35 | WO | HD | TR ____ |

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

**Fees for Matter 375816.00008.(Claims/Distribution)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | distribution motion and issues in connection with same (0.5); revise motion and prepare to transmit for meet and confer purposes (0.7); review additional exhibit prepared by Receiver's office and additional legal analysis re question raised in connection with distribution (1.0). | | | | | | | | |
| 10/24/19 | 112780 | Meet and confer with SEC re proposed distribution motion and teleconference and e-mails with Receiver's office re same (0.6); attention to further revisions to motion (0.4). | Del Castillo, Joshua | 1.00 | 594.00 | 99,730.35 | WO | HD | TR | ____ |
| 10/25/19 | 116646 | e-mails with Receiver's office and prepare additional revisions to distribution motion (0.7). | Del Castillo, Joshua | 0.70 | 415.80 | 100,146.15 | WO | HD | TR | ____ |
| 10/30/19 | 99186 | Revise and finalize distribution motion and confer with SEC and Receiver's office re same (1.5). | Del Castillo, Joshua | 1.50 | 891.00 | 101,037.15 | WO | HD | TR | ____ |
| 11/27/19 | 126899 | Review minute order on distribution motion and teleconference and emails with Receiver's office re same (0.2); teleconferences with investor representative I Sigur re same (0.7). | Del Castillo, Joshua | 0.90 | 534.60 | 101,571.75 | WO | HD | TR | ____ |
| 12/02/19 | 68270 | Review final order on distribution motion and emails and teleconferences re same (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 101,868.75 | WO | HD | TR | ____ |
| 12/05/19 | 91644 | Attention to distribution matters and prepare inquiries to Receiver's office re same (0.6). | Del Castillo, Joshua | 0.60 | 356.40 | 102,225.15 | WO | HD | TR | ____ |
| 12/17/19 | 132053 | e-mails and teleconferences re pending first interim distribution (0.6). | Del Castillo, Joshua | 0.60 | 356.40 | 102,581.55 | WO | HD | TR | ____ |

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

---

**Fees for Matter 375816.00008.(Claims/Distribution)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/19/19 | 87944 | Teleconference with Receiver's office re distribution questions raised by investors (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 102,878.55 | WO | HD | TR | ____ |
| 12/20/19 | 88015 | e-mails and teleconferences re pending distribution issues (0.3); confer with counsel re prospective distribution cover letter (0.2). | Del Castillo, Joshua | 0.50 | 297.00 | 103,175.55 | WO | HD | TR | ____ |
| 01/16/20 | 55267 | Review and respond to inquiry from Receiver's office re distribution issues and confer with counsel re same (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 103,472.55 | WO | HD | TR | ____ |
| 02/06/20 | 7998705 | Teleconference with Receiver's office re final distribution (0.5). | Del Castillo, Joshua | 0.50 | 297.00 | 103,769.55 | WO | HD | TR | ____ |
| 02/13/20 | 8004833 | Attention to final distribution matters and confer with counsel re wind-up and termination of receivership post-distribution (0.6). | Del Castillo, Joshua | 0.60 | 356.40 | 104,125.95 | WO | HD | TR | ____ |
| 02/22/20 | 8011107 | Review materials, e-mails with counsel, and attention to final distribution issues (1.2). | Del Castillo, Joshua | 1.20 | 712.80 | 104,838.75 | WO | HD | TR | ____ |
| 03/09/20 | 8031663 | Confer with counsel regarding final distribution and wind-down issues; emails to Receiver's office regarding same (0.8). | Del Castillo, Joshua | 0.80 | 475.20 | 105,313.95 | WO | HD | TR | ____ |
| 03/20/20 | 8041912 | Emails and teleconferences regarding wind-down of receivership as relates to final distribution; review notes and documents in connection with same (1.0). | Del Castillo, Joshua | 1.00 | 594.00 | 105,907.95 | WO | HD | TR | ____ |

---

**Disbursements for Matter 375816.00008 (Claims/Distribution)**

---

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

| Trans Date | Index | Type | Quantity | Amt | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/09/18 | 101597 | WP - Text Editing ^TOC/TOA Generation USER DEFINED 1: 002336 | 0.90 | 27.00 | WO | HD | TR | ____ |
| 07/25/18 | 158485 | DUP - Duplication | 24.00 | 4.56 | WO | HD | TR | ____ |
| 08/07/18 | 71042 | WP - Text Editing ^Create/Edit/Revise Word Documents USER DEFINED 1:  001842 | 0.30 | 9.00 | WO | HD | TR | ____ |
| 11/01/18 | 39200 | WP - Text Editing ^TOC/TOA Generation USER DEFINED 1: 002336 | 0.50 | 15.00 | WO | HD | TR | ____ |
| 12/04/18 | 17705 | WP - Text Editing ^Create/Edit/Revise Word Documents USER DEFINED 1: 000313 | 0.80 | 24.00 | WO | HD | TR | ____ |
| 01/14/19 | 176942 | WP - Text Editing ^Create/Edit/Revise Word Documents USER DEFINED 1: 002336 | 0.20 | 6.00 | WO | HD | TR | ____ |

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | Zaro, David | 35.90 | 742.50 | 26,655.75 |
| 000313 | Zaro, David | 0.80 | 787.50 | 630.00 |
| 001842 | Del Castillo, Joshua | 107.80 | 562.50 | 60,637.50 |
| 001842 | Del Castillo, Joshua | 24.30 | 594.00 | 14,434.20 |
| 002336 | Villagomez, Stacey | 5.70 | 315.00 | 1,795.50 |
| 002369 | Aspis, Norman | 5.00 | 351.00 | 1,755.00 |
| | | 179.50 | | $105,907.95 |

| | |
|---|---|
| Subtotal Fees | $105,907.95 |
| Discount | 0.00 |
| Total Fees | 105,907.95 |
| Total Disbursements | 85.56 |

**Attorney Billing Instructions**

( }   BILL ALL        ( }   Hold
( }   BILL FEES ONLY    ( }   Write Off
( }   BILL COST ONLY    ( }   Transfer All

**Billing Instructions**

expires 12/31/2020:  10% adjustment on standard rates (automatic) - rates frozen until 12/31/17

**Account Summary – As Of 04/10/20**

04/10/20 16:05:48 PROFORMA STATEMENT FOR MATTER 375816.00008 (David P. Stapleton/Receiver for BIC Real) (Claims/Distribution)

| | Fiscal YTD | | | Calendar YTD | | | LTD | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
| Worked | 21,451.95 | 21,451.95 | 0.00 | 3,029.40 | 3,029.40 | 0.00 | 105,993.51 | 105,907.95 | 85.56 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,774.44 | 1,774.44 | 0.00 |
| Billed | 22,359.60 | 22,359.60 | 0.00 | 0.00 | 0.00 | 0.00 | 68,717.34 | 68,717.34 | 0.00 |
| Collected | 22,359.60 | 22,359.60 | 0.00 | 0.00 | 0.00 | 0.00 | 68,717.30 | 68,717.30 | 0.00 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.04 | 0.00 |

| | Total | Fees | Costs |
|---|---|---|---|
| *WIP Balance* | *114,856.96* | *114,499.80* | *357.16* |
| *AR Balance* | *0.00* | *0.00* | *0.00* |
| *Unalloc Payment* | *0.00* | | |
| *Client Trust Balance* | *0.00* | | |

**Billing Address**

David P. Stapleton/Receiver for BIC Real Estate Develop Corp; Daniel R. Nase
dba Bakersfield Investment Club)



## David R. Zaro
PARTNER | LOS ANGELES

**T** (213) 955-5518
**E** dzaro@allenmatkins.com

David R. Zaro is a partner in our Los Angeles office, where his practice focuses upon litigation with an emphasis upon creditors' rights, bankruptcy litigation, and state and federal receiverships. David represents a wide range of clients including banks and other institutional lenders, developers, landlords, receivers, examiners, secured and unsecured creditors, and other business enterprises.

David has extensive experience as a bankruptcy lawyer as well as a trial lawyer in federal and state courts in California and several other jurisdictions. His experience in the field of insolvency, creditors' rights, and bankruptcy litigation includes out-of-court workouts and restructurings, federal and state court receiverships, and bankruptcy reorganization proceedings. David also advises residential and commercial lenders and others regarding all aspects of commercial law with regard to commercial and residential mortgage litigation, bank regulatory disputes, and collection actions.

David's representative cases include the representation of Court Appointed Receivers in a $1.2 billion fraud action brought by the Securities and Exchange Commission in connection with the sale of TIC and other interests in 300 assisted living facilities; and a $750 million ponzi-like scheme involving the purchase of medical related receivables and related lending transactions; representation of lender in workout of mezzanine financing on a multi-building office park; defense of actions in bankruptcy by junior lienholder and debtor against lender on an industrial park; and structure lease termination and modifications for commercial and retail tenants both in and out of bankruptcy.

David has lectured on matters regarding residential and commercial mortgage litigation and workouts, creditors' rights, construction law, and other real property remedies.

### EDUCATION
J.D., University of California, Hastings College of the Law
B.A., Stanford University

### SERVICES
Litigation
Restructuring, Insolvency & Bankruptcy
Construction Law
Receiverships, Lenders & Special Creditor Remedies

### INDUSTRIES
Financial Services
Construction

## MEMBERSHIPS
- Financial Lawyers Conference
- American Bankruptcy Institute
- Turnaround Management Association

## ACCOLADES
- Awarded Turnaround Management Association's Transaction of the Year- Large Turnaround Award (2011)

## BAR ADMISSIONS
- California

## COURT ADMISSIONS
- U.S. District Court, Central District of California
- U.S. District Court, Northern District of California
- U.S. District Court, Eastern District of California
- U.S. District Court, Southern District of California
- U.S. District Court, District of Arizona
- California Supreme Court
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Supreme Court

# Matters

**Residential and Commercial Bank.** Represented bank in achieving a favorable published decision by the Ninth Circuit in Chapter 12 bankruptcy case. The appeal involved an attempt by a debtor in bankruptcy, and self-described family farmer, to leverage a discharge of personal debt in a prior Chapter 7 bankruptcy case into subsequent eligibility under Chapter 12 of the Bankruptcy Code, which could have enabled her to avoid foreclosure or strip down the value of the bank's security in the subject property. The Ninth Circuit did not agree with the debtor. The debtor sought an en banc review of the Ninth Circuit's decision which was subsequently denied.

**SEC Receiver.** Representing SEC Receiver in securities fraud case in connection with the raising of $120 million via the EB-5 program for the development of two large real estate developments in Seattle and neighboring Everett. We are prosecuting claims to recover investor funds from third-party borrower.

**Residential and Commercial Bank.** Represented a residential and commercial bank in defending several thousand lawsuits throughout California, and managed local counsel in 20 other states. The lawsuits concern allegations of mortgage fraud, wrongful foreclosure, violations of TILA, RESPA, HOSPA, and other statutory and regulatory issues.

**SEC Receiver.** Represented SEC Receiver in securities fraud case involving losses to investors of over $40 million.

**Exhibit B**

**Residential and Commercial Lender.** Represented a residential and commercial lender in the workout and collection of a portfolio of commercial loans exceeding $1 billion.

**Residential and Commercial Lender.** Represented a residential and commercial lender as to the workout and collections of a portfolio of construction loans, some loans involving completed projects as well as those in progress.



## Joshua A. del Castillo
### PARTNER | LOS ANGELES

**T** (213) 955-5591
**E** jdelcastillo@allenmatkins.com

Joshua A. del Castillo is a litigation, creditors' rights, and regulatory compliance attorney practicing in the Firm's Receiverships, Lenders & Special Creditor Remedies; Restructuring, Insolvency & Bankruptcy; and Corporate Finance practice groups. Joshua's practice includes general business litigation, receiverships and bankruptcy, and regulatory compliance. Joshua represents a range of clients including banks and other institutional lenders, receivers, monitors, secured and unsecured creditors, developers, and other business enterprises.

### EDUCATION
J.D., USC Gould School of Law
M.A., University of Michigan
B.A., *cum laude*, University of Southern California

### SERVICES
Restructuring, Insolvency & Bankruptcy
Litigation & Counseling
Receiverships, Lenders & Special Creditor Remedies
Commercial Finance

### INDUSTRIES
Financial Services
Residential & Multifamily

Joshua regularly serves as general litigation counsel for institutional lenders and administrators of securitized trusts throughout the state and federal court systems in California, including in connection with contract matters, actions challenging the enforceability of security instruments, and actions alleging regulatory violations for which private remedies exist. He also frequently represents creditors in related bankruptcy proceedings and oversees local counsel in creditor matters nationwide.

Joshua also serves as counsel for court-appointed permanent receivers in enforcement actions brought by the Securities and Exchange Commission, Federal Trade Commission, and other federal agencies. Joshua's receiver clients are regularly tasked with taking over the entities used to perpetrate a fraud or other unlawful conduct, conducting necessary forensic accountings, documenting (for the benefit of the appointing court) the unlawful conduct itself, and recovering available proceeds for distribution, where possible. Joshua also maintains an active real property receivership practice, advising lender and receiver clients on the propriety of a receivership for a given circumstance and on the management and disposition of receivership estate property. In this context, Joshua has secured the appointment of receivers in hotly contested real property disputes and assisted real property receivers with the administration and sale of environmentally compromised and other unusual commercial properties.

Joshua further maintains a growing regulatory compliance practice, with a focus on federal and state financial services regulations. Joshua has successfully represented lenders and other business enterprises in litigation alleging regulatory violations, as well as provided regulatory compliance and analysis advice to lenders, investment and telecommunications companies, public interest organizations, and others.

An advocate for social and economic justice, Joshua sits on the board of the Wage Justice Center, a public-interest organization that collaborates with community groups, workers' centers and legal services providers to advance low-income workers' rights, educate workers, and advocate for the collection of unpaid wages.  He has also served as a *pro bono* law clerk for the ACLU of Southern California, and *pro bono* counsel to Public Counsel, one of the nation's largest public interest law firms.

Joshua has represented clients before state and federal courts throughout California, including the California Court of Appeal, the United States Bankruptcy Appellate Panel of the Ninth Circuit, and the Ninth Circuit Court of Appeals.

## MEMBERSHIPS
- Financial Lawyers Conference
- California Receivers Forum
- Hispanic National Bar Association
- National Association of Federal Equity Receivers

## ACCOLADES
- *Pro Bono* Award, Wage Justice Center, 2009
- Selected for inclusion in *Super Lawyers'* Southern California *Rising Stars* (2012 - 2015)

## BAR ADMISSIONS
- California

## COURT ADMISSIONS
- All California state courts
- U.S. District Court, Northern District of California (including Bankruptcy Court)
- U.S. District Court, Eastern District of California (including Bankruptcy Court)
- U.S. District Court, Central District of California (including Bankruptcy Court)
- U.S. District Court, Southern District of California (including Bankruptcy Court)
- U.S. Court of Appeals for the Ninth Circuit
- Bankruptcy Appellate Panel of the Ninth Circuit
- Supreme Court of the United States

# Matters

## LITIGATION AND BANKRUPTCY

**Commercial Lenders**. Represented a national, commercial lender in connection with a large bankruptcy and breach of contract dispute, in both state and federal courts.

**Developers**. Represented national developers in connection with preferential transfer claims brought by bankruptcy trustees.

**Law Firms**. Represented a national law firm in connection with the bankruptcy of a large client.

**Mortgage Lenders**. Represented a number of the nation's largest mortgage lenders in multiple commercial litigation matters, in both state and federal courts, including courts of appeal.

**Non-Profit Organizations**. Provided *pro bono* assistance to a non-profit organization representing indigent and low-income workers in employment disputes.

## FEDERAL EQUITY RECEIVERSHIPS

*Securities and Exchange Commission v. Plus Money, Inc., et al.,* (U.S. District Court, Southern District of California). Represented a receiver appointed in a Securities and Exchange Commission enforcement action alleging a $45 million Ponzi-like investment scheme based on purported covered-call option trading. Receiver marshaled assets and distributed funds to defrauded investors.

*Securities and Exchange Commission v. Pacheco, et al.,* (U.S. District Court, Southern District of California). Represented a receiver appointed in a Securities and Exchange Commission enforcement action alleging a $15 million Ponzi-like investment scheme bases on purported covered-call option trading. Receiver marshaled assets and distributed funds to defrauded investors.

*Securities and Exchange Commission v. Medical Capital Holding, et al.,* (U.S. District Court, Central District of California). Represented a receiver appointed in a Securities and Exchange Commission enforcement action alleging a Ponzi-like investment scheme which raised over $1 billion, ostensibly to purchase medical receivables.

*Securities and Exchange Commission v. Global Online Direct, Inc., et al.,* (U.S. District Court, Northern District of Georgia). Represented a receiver appointed in a Securities and Exchange Commission enforcement action alleging that the defendant entities raised over $45 million through the sale of unregistered securities.

*Securities and Exchange Commission v. Trabulse, et al.,* (U.S. District Court, Northern District of California). Represented a receiver appointed to monitor a hedge fund, at the request of the Securities and Exchange Commission.

*Federal Trade Commission v. Consumer Advocates Group, LLC, et al.,* (U.S. District Court, Southern District of California). Represented a receiver appointed at the request of the Federal Trade Commission in connection with an enforcement action alleging deceptive and fraudulent mortgage modification practices.

## REAL PROPERTY RECEIVERSHIPS

*Wachovia Bank, NA v. Downtown Sunnyvale Residential, LLC, et al.,* (Superior Court of California, County of Santa Clara). Represented a real property receiver appointed over a large-scale commercial development in connection with successfully securing trial court approval of the receiver's administration and improvement of the development, as well as approval of the receiver's compensation and discharge request.

*First Citizens Bank & Trust Co. v. NDustrial Drive LLC, et al., (*Superior Court of California, County of San Joaquin). Represented a real property receiver appointed to administer receivership estate substantially comprised of abandoned recycling facility. Assisted receiver with site clean-up, marketing, and sale efforts.

*Hana Small Business Lending, Inc. v. Rock Petroleum, Inc., et al.,* (Superior Court of California, County of Riverside). Represented a real property receiver appointed to administer, and ultimately sell, receivership estate comprised of multiple service stations, convenience stores, and attendant contracts and permits.

*Excel National Bank v. Tolosa Sison Family Corp., et al.,* (Superior Court of California, County of San Mateo). Represented a real property receiver appointed to administer receivership estate substantially comprised of service station and convenience store assets.

## REGULATORY COMPLIANCE

**Real Property Brokerage**. Represented one of the Southwest's largest real property brokerages in connection with litigation alleging a violation of federal consumer protection statutes.

**Lenders and Institutional Investors**. Represented lender in connection with litigation alleging systematic violations of the Fair Credit Reporting Act. Represented national institutional investor in connection with revision of internal policies and procedures for compliance with new or revised consumer protection statutes. Represented lender in connection with action implicating Bank Secrecy Act and Gramm-Leach-Bliley-Act matters.

**Telecommunications Business**. Represented cell tower leasing entity in connection with policies and procedures for compliance with new or revised consumer protection statutes.

**Public Interest Organizations**. Provided analysis of applicability of provisions of Dodd-Frank Act to highly publicized business practices of so-called buy-here / pay-here automobile dealerships.

**Exhibit B**



# Norman M. Aspis

ASSOCIATE | LOS ANGELES

**T** (213) 955-5621
**E** naspis@allenmatkins.com

Norman helps clients maximize their goals and objectives in litigation related to creditors' rights, bankruptcy, and state and federal receiverships. He is a valued team member who provides a high level of attention to detail, sound judgment, and responsive service.

## EDUCATION

J.D., University of Virginia School of Law
B.S., *summa cum laude*, Northeastern University

## SERVICES

Litigation & Counseling
Receiverships, Lenders & Special Creditor Remedies
Restructuring, Insolvency & Bankruptcy

Working alongside Allen Matkins litigation partners, Norman is known for his ability to flesh out creative angles and craft persuasive arguments to win in a broad array of proceedings both inside and outside the courtroom.

Prior to joining Allen Matkins, Norman was an associate in the commercial litigation department at Dentons US LLP. There, he worked on litigation matters involving government contracts law, international trade regulations, insurance coverage, employment disputes, and environmental issues. He is a former intern at the United States Attorney's Office for the Central District of California, the District of Massachusetts, and the House of Commons of the United Kingdom.

## BAR ADMISSIONS

- California

# **PROOF OF SERVICE**

*Securities and Exchange Commission v. BIC Real Estate Development Corporation and Daniel R. Nase, et al.*
USDC, Eastern District of California – Case No. 1:16-cv-00344-NONE-JLT

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 865 S. Figueroa Street, Suite 2800, Los Angeles, California 90017-2543.

On **May 27, 2020**, I caused to be served the document entitled: **FINAL APPLICATION OF RECEIVER, DAVID P. STAPLETON AND ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, GENERAL COUNSEL TO THE RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES** on all the parties to this action addressed as stated on the attached service list.

☒ **OFFICE MAIL**:    By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with the firm's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **OVERNIGHT DELIVERY**:    I deposited in a box or other facility regularly maintained by Fedex, or delivered to a courier or drive authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in sealed envelope(s) or package(s) designed by the express service carrier, with fees for overnight delivery paid or provided for.

☐ **HAND DELIVERY**:    I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **ELECTRONIC MAIL**:    By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING**: By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX**: By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on **May 27, 2020** at Los Angeles, California.

/s/  *Martha Diaz*
Martha Diaz

1153211.22/LA

- 1 -

1

## SERVICE LIST

2

*Securities and Exchange Commission v. BIC Real Estate Development Corporation and Daniel R. Nase, et al.*
USDC, Eastern District of California – Case No. 1:16-cv-00344-NONE-JLT

3

4

Franchise Tax Board (FTB)                         **VIA U.S. MAIL**
P.O. Box 2952

5

Sacramento, CA  95812-2952

6

Internal Revenue Service                          **VIA U.S. MAIL**

7

880 Front Street
San Diego, CA  92101-8869

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28